STATE OF MISSISSIPPI

COUNTY OF HARRISON

## AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the aforesaid Jurisdiction, the within named **Christy Chandler** of Harrison County, Mississippi who, after being sworn, on oath did state that the facts and beliefs stated herein and below are true and correct to the best of her knowledge and belief:

1. That I, **Christy Chandler**, reside in Harrison County, Mississippi and I am the Affiant herein;

2. That I am an adult resident citizen of Harrison County, Mississippi and have been since 2005 and am employed as a private investigator and professional process server.

3. That on or about March 28, 2008 I was hired by Foxworth Law Office, LLC to serve process on Rick Gaston for five separate cases. One of the summons and complaints for which I was hired to serve Rick Gaston had a Plaintiff by the name of Gary Brice McBay;

4. That between on or about March 28, 2008 until May 19, 2008, I spent several hours researching the location of Rick Gaston, to include using several research investigative tools to obtain residential addresses for Rick Gaston, as well as places of employment;

5. That I spent a total of several days driving from location to location attempting service on Rick Gaston, without success;

6. That I finally received an investigative lead in the form of a confidential tip as to the location of Rick Gaston's place of employment, at which time I went to said location of Oaks Golf Club, 24384 Club House Drive, Pass Christian, MS 39571;

PAGE 1 OF 2



PLAINTIFF'S EXHIBIT "A" 2 Pgs

7. That on May 19, 2008 at 7:15 p.m. I presented before a gentleman who identified himself as Rick Gaston and personally served him with five separate summons and complaints;

8. That at the time I served Rick Gaston as described hereinabove in Paragraph 7, Rick Gaston responded by stating to me as follows: "They have finally found me." and/or words similar and to that effect. He continued to explain to me that his attorney is going to love this, counted all summons and added to me that his attorney is going to make some money; not that he had to pay him or anything.

9. That the facts and information contained herein are true and correct to the best of my knowledge;

10. Further, affiant sayeth not.

Respectfully submitted, this the 28th day of May, 2008.

*Christy Chandler*
Christy Chandler

SWORN TO AND SUBSCRIBED BEFORE ME, this the 28th day of May, 2008.

NOTARY PUBLIC

My Commission Expires:
MY COMMISSION EXPIRES:
October 11, 2010