COUNTY OF HARRISON
STATE OF MISSISSIPPI

## AFFIDAVIT OF FORMER HARRISON COUNTY CORRECTIONS OFFICER WILLIAM M. DRECHSEL

Having been first duly sworn and to the best of his personal knowledge, information and belief, before me, William M. Drechsel, does swear and depose under oath the following:

1. I am William M. Drechsel and was a Deputy Sheriff attaining the rank of Sergeant for the Harrison County Sheriff's Office from 2000-2004.

2. I was assigned primarily to duties within the Harrison County Adult Detention Center (HCADC) and was assigned a variety of duties including Shift Supervisor.

3. I also served within the HCADC as a Field Training Officer (FTO), Corrections Officer In-Service Instructor, USM Gulf Coast Academy Law Enforcement Instructor and while at the HCADC was involved in all aspects of Correction Officer's duties and the daily operations within the facility.

4. As a Shift Supervisor, FTO and In-Service Instructor, I was intimately familiar and acquainted with aspects of the HCADC including physical security, operations of the Booking Department, handling of Pre-Trial Detainees and Inmates, training, supervision and proper protocols to be used in the overall daily operations of the facility.

5. I was also intimately and personally aware of the actual overall physical condition of the HCADC, routine and regular operational conditions, level of daily

**EXHIBIT "B"**

staffing, number of inmates and persons detained within the facility, services available and overall general functioning of the facility.

6. I have received training and hold qualifications with both the American Correctional Association (ACA) and the American Jail Association.

7. I am familiar with both the mandatory and non-mandatory standards required for a County Correctional Facility such as the HCADC to be accredited by the ACA.

8. I was present and working in the HCADC when the facility received accreditation in 2002 by the American Correctional Association.

9. Based on my personal observations of the physical conditions of the HCADC and daily operational status, it was impossible that the HCADC met the standards required for ACA accreditation due to the numerous deficiencies that existed.

10. Under the conditions existing within the HCADC at the time of ACA accreditation, it was impossible for the required levels of mandatory and non-mandatory compliance to be legitimately met.

11. Numerous other supervisors within the HCADC were aware of this and it was openly discussed at a number of meeting both before and after the ACA auditors were on-site and the HCADC received ACA accreditation.

12. Shortly, after the ACA accreditation was announced, Sergeant Gerald Necaise, a Booking Department Shift Supervisor, informed me that the ACA had been "paid off."

13. Not only Sergeant Necaise but also Captain Rick Gaston, the overall supervisor in charge of Booking, was openly stating after the ACA accreditation that the

ACA had been "paid off" and that's how the Sheriff got the ACA to give the accreditation.

14. I also heard about the ACA "pay off" at a number of meetings with other supervisors shortly after the ACA accreditation was announced.

15. I believe these statements to be accurate and true based upon my personal knowledge and familiarity concerning the overall sub-standard conditions and numerous deficiencies of the HCADC and the requirements of the ACA for the type of accreditation the HCADC received.

16. Due in part to the ACA accreditation in 2002, the overall conditions within the HCADC continued to deteriorate and the facility was in a further declined condition, both physical and operational, when reaccreditation occurred in 2005.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
William M. Drechsel

Sworn to and subscribed before me this the 4th day June of 2008.

_____
Kathy G Miller, Notary Public

My Commission Expires: September 12, 2011