IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


GARY BRICE McBAY,
          Plaintiff,


VERSUS              CIVIL ACTION NO: 1:07cv1205LG-RHW


HARRISON COUNTY, MISSISSIPPI,
by and through its Board of
Supervisors; HARRISON COUNTY
SHERIFF, George Payne, in his
official capacity CORRECTIONS
OFFICER MORGAN THOMPSON,
acting under color of state law,
          Defendants.



DEPOSITION OF GARY BRICE MCBAY


          Taken at the offices of Brown Buchanan,
P.A., 796 Vieux Marche' Mall, Suite 1,
Biloxi, Mississippi, on Tuesday, August
18, 2009, beginning at 12:30 p.m.



APPEARANCES:

          PATRICK R. BUCHANAN, ESQUIRE
          Brown Buchanan, P.A.
          796 Vieux Marche' Mall, Suite 1
          Biloxi, Mississippi  39530
               ATTORNEY FOR PLAINTIFF

          JOE C. GEWIN, ESQUIRE
          HALEY BROOM, ESQUIRE
          Dukes, Dukes, Keating & Faneca, P.A.
          2909 13th Street, Sixth Floor
          Gulfport, Mississippi  39501
               ATTORNEYS FOR GEORGE PAYNE, JR.

EXHIBIT

"A"

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


GARY BRICE McBAY,
     Plaintiff,


VERSUS          CIVIL ACTION NO: 1:07cv1205LG-RHW


HARRISON COUNTY, MISSISSIPPI,
by and through its Board of
Supervisors; HARRISON COUNTY
SHERIFF, George Payne, in his
official capacity CORRECTIONS
OFFICER MORGAN THOMPSON,
acting under color of state law,
     Defendants.



DEPOSITION OF GARY BRICE McBAY


     Taken at the offices of Brown Buchanan,
P.A., 796 Vieux Marche' Mall, Suite 1,
Biloxi, Mississippi, on Tuesday, August
18, 2009, beginning at 12:30 p.m.



APPEARANCES:

     PATRICK R. BUCHANAN, ESQUIRE
     Brown Buchanan, P.A.
     796 Vieux Marche' Mall, Suite 1
     Biloxi, Mississippi  39530
        ATTORNEY FOR PLAINTIFF

     JOE C. GEWIN, ESQUIRE
     HALEY BROOM, ESQUIRE
     Dukes, Dukes, Keating & Faneca, P.A.
     2909 13th Street, Sixth Floor
     Gulfport, Mississippi  39501
        ATTORNEYS FOR GEORGE PAYNE, JR.

1    apartment?

2        A.    I sure don't, sir.

3        Q.    So did you go -- you took your truck,

4    went to the bar by yourself?

5        A.    Yes, sir.

6        Q.    About what time did you get there?

7        A.    Maybe 6:30.

8        Q.    Okay.  Had you been to this bar before?

9        A.    No, sir.

10       Q.    How did you pick out Chopper's?

11       A.    Because I had drove around the area just

12   because I was here, you know, evaluating the area,

13   damages.

14       Q.    So had you seen Chopper's Lounge before

15   and knew it was here?

16       A.    Yes.

17       Q.    Okay.  Did you know what kind of crowd

18   hung out there?

19       A.    No, sir.

20       Q.    Did Chopper's give you a clue?

21       A.    It does now.

22       Q.    So you got there at 6:30.  Had you been

23   drinking before you got there?

24       A.    No, sir.

25       Q.    All right.  So tell me -- just lead me

1    through.  You went in, and then what happened?

2        A.   I had a couple of beers, and obviously

3    I -- they wanted me to leave.

4        Q.   After you had two beers or more than

5    two?

6        A.   More.

7        Q.   More?

8        A.   Yes.

9        Q.   How much more?

10       A.   I don't recall.

11       Q.   Do you remember how drunk you were?

12       A.   I don't recall.

13       Q.   Well, tell me what you do recall about

14   that evening while you were in Chopper's.

15       A.   While I was at Chopper's?

16       Q.   You remember going in --

17       A.   Yes, sir.

18       Q.   -- and having more than two beers?

19       A.   Yes, sir.

20       Q.   About what time of the night was it that

21   you tried to leave?

22       A.   I don't recall.

23       Q.   Did you leave on your own, just walk

24   out, or did someone escort you out?

25       A.   I was escorted.

1     Q.   Did you read his deposition?

2     A.   No, sir.

3     Q.   Do you remember the cops showing up at

4  Chopper's bar?

5     A.   No, sir.

6     Q.   You don't remember having an altercation

7  with Mr. Randazzo?

8     A.   No, sir.

9     Q.   Do you remember the cops doing or saying

10  anything to you at the bar?

11    A.   No, sir.

12    Q.   Do you remember them hogtying you?

13    A.   Yes, sir.

14    Q.   That was the cops at Chopper's, right?

15    A.   Yes, sir.

16    Q.   You remember that, but you're blank --

17    A.   Yes, sir.

18    Q.   -- the time between that?  How can you

19  remember that one incident without anything else

20  around it?

21    A.   Don't know, sir.

22    Q.   So the police came in.  They hogtied

23  you.  That means hands and legs behind you and

24  tied up?

25    A.   At some point in the night, I was

Page 26

1   hogtied.

2        Q.    Did I describe that -- your legs and

3   hands behind your back --

4        A.    Yes, sir.

5        Q.    -- and tied together?

6        A.    Yes, sir.

7        Q.    Did they throw you in the backseat of

8   the police car?

9        A.    I was put in -- I was placed in the

10   backseat of the cop car.

11        Q.    You were hogtied at the time?

12        A.    I do believe so.

13        Q.    Do you know why they had to hogtie you?

14        A.    I do not.

15        Q.    You don't know if you were being unruly

16   or anything?

17        A.    No, sir.

18        Q.    So do you remember the ride from

19   Chopper's in the backseat?  Were you hogtied the

20   whole time?

21        A.    I don't recall.

22        Q.    Do you remember getting to the jail?

23        A.    No, sir.

24        Q.    So you don't know if you were still

25   hogtied or not?

Page 27

1       A.    No, sir.

2       Q.    Do you remember if you were handcuffed

3   by the arresting officers?

4       A.    No, sir.  I was hogtied, so obviously I

5   was handcuffed.

6       Q.    But your legs were secured, too, also,

7   right?

8       A.    Correct.

9       Q.    Did they use shackles or handcuffs or

10  what?

11      A.    I don't recall.

12      Q.    So what happened when you got to the

13  jail?  Is your memory good about that?

14      A.    What part?

15      Q.    When you got to the jail in the police

16  car.

17      A.    No.

18      Q.    Do you remember going in the jail?

19      A.    No.

20      Q.    Do you remember standing at the counter

21  and being processed into the jail?

22      A.    No, sir.

23      Q.    Do you remember going through the

24  booking room at all that day?

25      A.    No, sir.

```
 1        Q.    Do you remember going into the shower?

 2        A.    No, sir.

 3        Q.    Do you remember coming out of the

 4   shower?

 5        A.    No, sir.

 6        Q.    What do you remember after -- do you

 7   remember having a jail uniform put on you?

 8        A.    No, sir.

 9        Q.    Do you remember having your photo made?

10        A.    Yes, sir.

11        Q.    Okay.  How long after -- when was your

12   photo made after you got to the jail?  Do you have

13   any idea how long of time passed by?

14        A.    The next morning.

15        Q.    So you were photographed the next

16   morning?

17        A.    Yes.

18        Q.    Is that pretty much the first thing you

19   remember?

20        A.    No.

21        Q.    What is the first thing you remember?

22        A.    Being beat.

23        Q.    Okay.  I just asked if you remembered

24   going into the shower and what happened and coming

25   out, and you didn't remember.
```

Page 30

1        A.    I don't recall.

2        Q.    Do you know where else you would have

3   been hit?

4        A.    I don't recall.

5        Q.    Do you remember coming out of the

6   shower?

7        A.    No.

8        Q.    Okay.  Did your attorney show you the

9   videotape of the booking area?

10       A.    Yes, sir.

11       Q.    So if you remember something today,

12   could it be because of looking at that video?

13       A.    No, sir.

14       Q.    You remember that one part right in the

15   middle, correct?

16       A.    What part in the middle?

17       Q.    In the shower being beat.

18       A.    Right.

19       Q.    And do you remember what you were saying

20   or doing at the time?

21       A.    Please, no more.

22       Q.    Do you remember anything else you said?

23       A.    No, sir.

24       Q.    Were you cursing the officers?

25       A.    I don't recall.

1     Q.    Do you remember just making noises and

2   talking a lot?

3     A.    I don't recall.

4     Q.    But you remember, "please, no more,"

5   that one sentence?

6     A.    Yes, sir.

7     Q.    Is that correct?

8     A.    Yes, sir.

9     Q.    Can you tell me how you remember that

10   one sentence and can't remember anything else you

11   said or did?

12     A.    Can't tell you.

13     Q.    So you came out of the shower, and then

14   you were dressed in your prison garb and went to

15   the holding blocks; is that right?

16     A.    I suppose.

17     Q.    But you're not sure?

18     A.    That's right.

19     Q.    But you do remember having your photo

20   made that next morning?

21     A.    Yes, sir.

22     Q.    Okay.  And what happened after that?

23     A.    I was put back into the holding cell.

24     Q.    And what happened?  Did you bond out?

25     A.    I'm sorry, sir.

1      Q.   Did you bond out of jail at that time?

2      A.   Yes, sir.

3      Q.   Who came to get you?

4      A.   My parents.  And ASAP Bail Bonds.

5      Q.   What happened to the charges against you

6 from Chopper's?

7      A.   Everything was dropped.

8      Q.   Are you sure?

9      A.   As far as I know.

10     Q.   While we're on the area of the -- your

11 criminal history, back in October of 1994, you

12 were arrested for aggravated assault with a deadly

13 weapon; is that correct?

14     A.   That's correct.

15     Q.   Tell me about that.  Who did you

16 assault, when and why?

17     A.   I was assaulted -- or I assaulted a

18 gentleman in ag class.

19     Q.   At school?

20     A.   Yes, sir.

21     Q.   Were you a junior or senior then?

22     A.   Senior.

23     Q.   And what was the altercation about?

24     A.   He wanted to bully me.

25     Q.   That happened a lot in your career,