UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GARY BRICE MCBAY**                                            **PLAINTIFF**

**V.**                                            **CIVIL ACTION NO. 1:07CV1205-LG-RHW**

**HARRISON COUNTY, MISSISSIPPI BY AND
THROUGH ITS BOARD OF SUPERVISORS;
HARRISON COUNTY SHERIFF GEORGE PAYNE;
WAYNE PAYNE; DIANE GATSON RILEY;
STEVE CAMPBELL; RICK GATSON; RYAN TEEL;
MORGAN THOMPSON; JOHN DOES 1-4;
AMERICAN CORRECTIONAL ASSOCIATION;
JAMES A GONDLES, JR.; UNKNOWN DEFENDANTS
1-3 EMPLOYEES OF AMERICAN CORRECTIONAL
ASSOCIATION; HEALTH ASSURANCE LLC AND
UNKNOWN DEFENDANTS 1-2 EMPLOYEES OF
AMERICAN CORRECTIONAL ASSOCIATION**          **DEFENDANTS**

STATE OF MISSISSIPPI

COUNTY OF HARRISON

### AFFIDAVIT OF KENNETH ALLEN

    PERSONALLY CAME AND APPEARED BEFORE ME the undersigned authority in and for the County and State aforesaid, the within named, KENNETH ALLEN, who, after first being duly sworn by me on his oath, did depose and state the following:

1. My name is KENNETH ALLEN, and I am over the age of twenty-one (21) years. I have personal knowledge of the matters and facts contained in this Affidavit and I am competent to testify to the matters stated herein.

2. At the time of this alleged incident I held the position of patrol officer for the

EXHIBIT "C"

Harrison County Sheriff's Department.

3. I have attached hereto as **Exhibit "1"** a true and correct copy of my Arrest Report, Offense Form including Narrative of offense prepared on or about November 6, 2005. This document was routinely prepared in the course and scope of my duties as a patrol officer for the Harrison County Sheriff's Department and it was prepared immediately following my transport of McBay to the Harrison County Adult Detention Center after his arrest at Choppers Lounge on November 6, 2005. Exhibit "1" fairly and accurately represents my contemporaneous observations of the events which took place during my arrest of Gary McBay on November 6, 2005.

_____
Affiant/Kenneth Allen
Harrison County, Mississippi

Sworn to and subscribed before me on this the _____ day of October, 2009.

_____
Notary Public

My Commission Expires:
Sept. 18, 2012
(SEAL)

## HARRISON COUNTY SHERIFF'S DEPARTMENT
## UNIFORM ARREST / BOOKING FORM

HCSD FILE # _____   ☐ JUVENILE INVOLVED

| NAME (LAST, FIRST, MIDDLE) | ALIAS OR NICKNAME (LAST, FIRST, MIDDLE, ECT) | CASE NUMBER |
|---|---|---|
| MCBAY, GARY BRICE | N/A | 05-21728 |

| ADDRESS | CITY | STATE | ZIP CODE | HOME PHONE NUMBER |
|---|---|---|---|---|
| 1109 SILVERCREEK | DE SOTO | TX | 75115 | N/A |

| OCCUPATION / EMPLOYER | CITY | STATE | ZIP CODE | WORK PHONE NUMBER |
|---|---|---|---|---|
| UNEMPLOYED | N/A | N/A | N/A | N/A |

| AGE | DATE OF BIRTH | SOCIAL SECURITY NUMBER | DRIVERS LICENSE NUMBER | STATE |
|---|---|---|---|---|
| 29 | 08-05-76 | 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 | 16889131 | TX |

| SEX | RACE | HEIGHT | WEIGHT | HAIR | EYES | HISPANIC | PLACE OF BIRTH (CITY, STATE) |
|---|---|---|---|---|---|---|---|
| M | W | 506 | 150 | BLONDE | BLUE | NO | DALLAS, TX |

☐ SCARS ☐ MARKS ☐ TATTOOS ☐ AMPUTATIONS
NONE

FBI NUMBER / OTHER ALIAS INFORMATION

EMERGENCY CONTACT: NONE | RELATIONSHIP | HOME PHONE | WORK PHONE | ADDRESS

HOW ARREST WAS MADE: ON CALL ■   ON VIEW ☐   ON WARRANT ☐   JUDGE:   WARRANT DATE:

| CHARGE FEL☐ MISD ■ | OFFENSE DATE | CASE # | CAUSE # | BOND AMOUNT | BOND A/O |
|---|---|---|---|---|---|
| PUBLIC DRUNK | 11-06-05 | 05-21728 | | $ 500.00 | 1ST JUSTICE |
| DISPOSITION OF CHARGE | | | | MISD COURT DATE 12-14-05 | COURT / DISTRICT 1ST JUSTICE |

| CAPIAS-FINE $ CASH ONLY | TOTAL MISD BOND | TOTAL FELONY BOND | TOTAL BOND |
|---|---|---|---|
| $ N/A | $ 500.00 | $ N/A | $ 500.00 |

| ARRESTING AGENCY (NAME) | ORI |
|---|---|
| Harrison County Sheriff's Department | MS0240000 |

| DATE OF ARREST | TIME | LOCATION OF ARREST |
|---|---|---|
| 11-06-05 | 1953 HOURS | 18009 TILLMAN RD. GULFPORT, MS 39503 |

| ARRESTING OFFICER (# & NAME) | ASSISTING OFFICER (# & NAME) | INVESTIGATOR HANDLING CASE |
|---|---|---|
| # 75 N. ALLEN | # 93 R. BORJA | |

DETENTION DATE / TIME | OFFICER (# & NAME) | CELL | PROPERTY | PHONE CALL MADE (YES/NO)

DOCKET | FACILITY: ADULT DETENTION☐ JUVENILE DETENTION☐ SHELTER☐ OTHER☐ | PICTURE YES☐ NO☐ | FINGERPRINTS YES☐ NO☐

NCIC INQUIRY NEGATIVE☐ POSITIVE☐ | NIC# | CHARGE | AGENCY

RELEASE DATE / TIME | OFFICER (& NAME) | RELEASE STATUS (BOND, TIME SERVED, ECT) | SHERIFF'S RECEIPT NUMBER

NCIC INQUIRY NEGATIVE☐ POSITIVE☐ | NIC# | CHARGE | AGENCY

PAGE 02 OF 02

# HARRISON COUNTY SHERIFF'S OFFICE
## OFFENSE FORM I

**INCIDENT NUMBER:** 05-21278 (21728)

### OFFENSE
- **1. Type Offense:** PUBLIC DRUNK
- **2. Code:** 2301
- **5. Offense Occurred — Earliest Date:** 11-06-05  **Latest Date:** 11-06-05
- **6. Date Offense Reported:** 11-06-05
- **7. Time Offense Reported:** 1929 HOURS
- **Earliest Time:** 1929  **Latest Time:** 1953
- **8. Location of Offense:** 18009 TILLMAN RD. GULFPORT, MS 39503
- **9. Firm Name:** CHOPPERS LOUNGE
- **10. Grid:** N/A
- **11. Patrol Area:** S. WEST
- **12. Shift:** MIDNIGHT
- **13. Day of Week Occurred:** S

### VICTIM & WITNESS

**Witness 2 (RP):**
- **24. Name:** RANDAZZO, THOMAS  **SSN:** 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
- **25. Residence Address:** 1906 46TH AVE. GULFPORT, MS 39501
- **26. Res. Phone:** 228-547-4393
- **27. DOB:** 05-06-67
- **28. Sex:** M
- **29. Race:** W
- **30. Employer/School:** CHOPPERS LOUNGE
- **31. Business/School Address:** 18009 TILLMAN RD. GULFPORT, MS 39503
- **32. Bus. Phone:** UNKNOWN

**Witness 3 (RP):**
- **34. Name:** ALLEN, KENNETH N.
- **35. Residence Address:** ON FILE
- **36. Res. Phone:** ON FILE
- **37. DOB:** ON FILE
- **38. Sex:** M
- **39. Race:** W
- **40. Employer/School:** HARRISON CO. SHERIFF DEPT.
- **41. Business/School Address:** P.O. BOX 1480 GULFPORT, MS
- **42. Bus. Phone:** 228-865-7060

**43.** Alcohol Related ☒

### 62. Narrative of Offense

ON 11-06-05 DEPUTY ALLEN RESPONDED TO CHOPPER LOUNGE IN REFERENCE A DRUNK AND DISORDERLY COMPLAINT. UPON ARRIVAL DEPUTY ALLEN SPOKE TO THOMAS RANDAZZO WHO STATED THAT A WHITE MALE, LATER IDENTIFIED AS GARY MCBAY, WAS DISTURBING THE BUSINESS AND ASKED TO LEAVE. MR RANDAZZO SAID THAT HE WATCHED AS MR. MCBAY WAS LEAVING AND NOTICED HIM FALLING OVER AND HITTING OTHER VEHICLES. MR. RANDAZZO TOLD MR. MCBAY THAT HE DID NOT NEED TO BE DRIVING AND TO WAIT FOR THEM TO CALL HIM A TAXI. MR. RANDAZZO STATED THAT MR. MCBAY THEN ATTEMPTED TO ASSAULT HIM. MR. RANDAZZO THEN GRABBED MR. MCBAY AND HELD HIM DOWN UNTIL THE SHERIFF'S DEPT ARRIVED. DEPUTY ALLEN OBSERVED MR. RANDAZZO SITTING ON TOP OF MR. MCBAY AND NOTICED THAT MR MCBAY HAD A BLOODY NOSE. AMR RESPONDED AND MR. MCBAY REFUSED ANY TREATMENT. DEPUTY ALLEN THEN PLACED MR. MCBAY INTO CUSTODY AND TRANSPORTED HIM TO THE JAIL. MR. MCBAY WAS CHARGED WITH PUBLIC DRUNK.

### 64. MOI (Reverse Side)
| Item | Code |
|---|---|
| 1. Type of Premise | F |
| 2. Object of Attack | - |
| 3. Point of Entry | - |
| 4. Method of Entry | - |
| 5. Method of Attack (Person) | - |
| 6. Method of Attack (Property) | - |
| 7. Weapon Type | - |
| 8. Use of Weapon | - |
| 9. Method of Departure | C |
| 10. Demeanor of Suspect | F |
| 11. Evidence Obtained | - |
| 12. Place of Offense | C |
| 13. Solvability Factors | A |

### 65. OFFENSE STATUS
- CLOSED — 10 Cleared Adult Arrest ☒
- Signed Affidavit: Yes ☒

### Reporting
- **66. Reporting Officer No.:** 75  **Name:** N. ALLEN
- **67. Division:** PATROL
- **68. Reviewing Supervisor No.:** 44
- **69. Date of Status:** 11/06/05
- **72. Attachments:** Custody Form ☒

Page 01 of 02