Case 1:07-cv-01205-LG-RHW   Document 300-5   Filed 11/13/09   Page 1 of 9
McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson                August 14, 2009

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

Southern Division

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GARY BRICE McBAY,                    \*

    Plaintiff,                   \*

    v.                           \*     Civil Action No.

HARRISON COUNTY, MISSISSIPPI         \*     1:07CV1205-LG-RHW

BY AND THROUGH ITS BOARD OF          \*

SUPERVISORS, et al.,                 \*

    Defendants.                  \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VIDEO-RECORDED DEPOSITION OF

MORGAN THOMPSON

August 14, 2009

11:48 a.m. - 12:45 p.m.

Hopewell, Virginia

REPORTED BY:   Kurt D. Hruneni, CCR-VA

Case 1:07-cv-01205-LG-RHW    Document 300-5    Filed 11/13/09    Page 2 of 9
McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson                August 14, 2009

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

Southern Division

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GARY BRICE McBAY,                *

    Plaintiff,              *

    v.                      *    Civil Action No.

HARRISON COUNTY, MISSISSIPPI  *    1:07CV1205-LG-RHW

BY AND THROUGH ITS BOARD OF   *

SUPERVISORS, et al.,          *

    Defendants.             *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



VIDEO-RECORDED DEPOSITION OF

MORGAN THOMPSON

August 14, 2009

11:48 a.m. - 12:45 p.m.

Hopewell, Virginia

REPORTED BY:  Kurt D. Hruneni, CCR-VA

Case 1:07-cv-01205-LG-RHW    Document 300-5    Filed 11/13/09    Page 3 of 9

McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson                August 14, 2009

Page 9

```
 1      A      Yes, sir.
 2      Q      Did you request medical evaluation for
 3   injuries that he received from the use of force or from
 4   preexisting injuries?
 5      A      From the use of force.
 6      Q      All right.  So then the use of force
 7   resulted in Brice having facial swelling and bleeding
 8   from the nose.
 9      A      Yes, sir.
10      Q      And in this booking photograph, which is
11   page 3 of Exhibit 9, were those the injuries that Brice
12   received from the use of force by you?
13      A      He didn't look like that when I left.
14      Q      When you left?
15      A      When I left for the shift that evening.
16      Q      So he did not look like this after you used
17   excess -- or after you used force on Brice?
18      A      Not the purple and -- no.  No, sir.
19      Q      Well, then how do you explain how he looks
20   there?
21      A      It very well could have happened when we
22   got in the fight.  But I did not see him look like
23   that, personally.
24      Q      The report, on page 3 of Exhibit 7, says he
25   -- "McBay appeared intoxicated but able to follow
```

Case 1:07-cv-01205-LG-RHW    Document 300-5    Filed 11/13/09    Page 4 of 9

McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson                August 14, 2009

Page 10

```
 1   verbal commands."
 2        A    Yes, sir.
 3        Q    You asked him to remove his clothing.  He
 4   indicated that he wouldn't "get naked," and took an
 5   aggressive posture towards you with closed fists.
 6             Where is this going on?  Where is he taking
 7   -- what part of the jail is he in or where is he
 8   located when he's taking this aggressive, closed fist
 9   posture towards you?
10        A    In the shower area, where we dress out
11   everybody.
12        Q    "Deputy Thompson moved toward McBay to
13   employ a soft empty hand control hold.  McBay grabbed
14   Deputy Thompson by the shirt and struck Deputy Thompson
15   approximately 2 times on the side of the head with a
16   closed fist."
17             During the attack, you felt you were in
18   physical danger and returned multiple blows with closed
19   fists to the head and face area of McBay.
20        A    That's not correct.  I didn't -- I had Teel
21   write this report out for me, because I was busy doing
22   property.
23        Q    All right.  What's not correct about it?
24        A    The soft empty hand control, however he put
25   it in there.  I didn't do that.  I had reached out the
```

Case 1:07-cv-01205-LG-RHW    Document 300-5    Filed 11/13/09    Page 5 of 9

McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson                    August 14, 2009

Page 11

```
 1   door to grab clothes.  We had a little ledge outside of
 2   the door that we sat all the clothes on.
 3              So that way, we could get all their
 4   clothes, check pockets, turn everything inside out, set
 5   it up on one ledge.  And then when we had visually
 6   searched them, made them squat and cough and do
 7   whatever, then we would reach out and grab the uniform
 8   and hand it to the inmate so they can get dressed.
 9              As I was reaching out the door and looking
10   away, that's when he caught me in the back of the head.
11        Q     And that was in the shower?
12        A     Yes, sir.
13        Q     And that's where we can't see it on the
14   camera?
15        A     Yes, sir.
16        Q     Before you got him into the shower, was he
17   doing anything physical to you or --
18        A     Just -- just verbal.
19        Q     Did you have to hit him, strike him, or
20   take him down at any time before you got into the
21   shower?
22        A     No, sir.  No, sir.
23        Q     So the problem didn't happen until you got
24   into the shower.
25        A     Right.
```

Case 1:07-cv-01205-LG-RHW   Document 300-5   Filed 11/13/09   Page 6 of 9
McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson          August 14, 2009

Page 48

```
 1    jumpsuit for him.
 2            And when I was turned away, he hit me, back
 3    here around the jaw, right around my ear.
 4       Q    Had you done anything prior to that to
 5    provoke him doing that?
 6       A    No.  I mean, aside from just throwing
 7    answers like, "Oh, listen to you.  You've got little
 8    man syndrome," and all that, you know.  Just pretty
 9    much blowing it off.
10       Q    Is that the way you'd normally handle
11    inmates like that?
12       A    Yeah.
13       Q    Is that to kind of defuse the situation?
14       A    Yeah.
15       Q    And just so that we're clear.  You were
16    looking in the opposite direction when you got hit in
17    the head; is that right?
18       A    Yeah, yeah.
19       Q    Okay.  What part of the head did you get
20    hit on?
21       A    He caught me once in the jaw, back here
22    around my ear.
23       Q    Okay.  What side are you referring to?
24       A    On my left side.
25       Q    On your left side.  Was it with an open
```

Case 1:07-cv-01205-LG-RHW   Document 300-5   Filed 11/13/09   Page 7 of 9
McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson                August 14, 2009

Page 49

```
 1   fist or a closed fist?
 2        A       Closed fist.
 3        Q       What did it feel like?
 4        A       Like I got punched.  Gave me a ringing in
 5   my ears.  I mean, he caught me off guard, so I wasn't
 6   tensed up for it or anything.  And it kind of rocked me
 7   back a little.
 8                But when I turned back around, he was, you
 9   know, ready to go.
10        Q       Was it a light hit or a hard hit?
11        A       It was a pretty hard hit.  Yeah.  A pretty
12   hard hit.
13        Q       What happened after the hit from Mr. McBay?
14        A       I turned towards him.  He was in a stance,
15   and he hit me again.
16        Q       Where did he hit you again?
17        A       I don't remember.  I think he caught me in
18   the head.  I'm not sure, I mean.
19        Q       With a closed fist or open fist?
20        A       Yeah.  He was in a boxing stance.  He was
21   ready to go.
22        Q       But with a closed fist or an open fist?
23        A       Yes.  Closed fist.
24        Q       Okay.
25        A       Closed fist.
```

Case 1:07-cv-01205-LG-RHW   Document 300-5   Filed 11/13/09   Page 8 of 9
McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson                August 14, 2009

Page 50

```
 1      Q      So he's now hit you twice; right?
 2      A      Right.
 3      Q      You haven't hit him back yet at this point;
 4   correct?
 5      A      Not yet.
 6      Q      What happens after that?
 7      A      I hit him back.  Because he was ready to
 8   go.  He was doing a little boxing stance, you know, and
 9   he was getting ready to throw another punch.  So I hit
10   him first.
11      Q      Okay.  When you say, "He was ready to go,"
12   what do you mean by that?
13      A      Like I said, his fists were up, balled in a
14   fist.  He was, you know, kind of standing off to me,
15   like a boxer would, I guess.
16      Q      Okay.  And you said you did what after
17   that, after he made the stance?
18      A      I hit him back.
19      Q      At that time, did you feel like you were
20   trying to defend yourself?
21      A      Well, yeah.  Because he's getting ready to
22   hit me again.
23      Q      Did he say that, that he was fixing to hit
24   you again?
25      A      No.  He didn't say it, but he was postured
```

Case 1:07-cv-01205-LG-RHW    Document 300-5    Filed 11/13/09    Page 9 of 9

McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson                August 14, 2009

Page 54

```
 1      A      We were doing 10- to 12-hour shifts.
 2      Q      How many days a week?
 3      A      Any where from five to six days a week.
 4      Q      And if you were adequately staffed, how
 5   many hours would you be working?
 6      A      Probably 40, 45 hours a week.
 7             MR. BRENDEL:  That's all the questions I
 8      have.
 9

10           F U R T H E R   E X A M I N A T I O N
11             BY MR. BUCHANAN:
12      Q      Just a couple of follow-ups.
13             You said you took him into the shower, you
14   turned away.  And when you turned away, he hit you, and
15   that surprised you.
16      A      Yeah.
17      Q      All right.  And then hit you again?
18      A      Uh-huh.
19             MR. BRENDEL:  You have to say yes or no.
20             THE WITNESS:  Yes, yes.  I'm sorry.
21
22             BY MR. BUCHANAN:
23      Q      And then you had no choice, once he hit you
24   again, but to hit him with a closed fist to the face.
25      A      Yes, sir.
```