### INQUIRY

**Inmate photo**

**Search Criteria**

- Booking Agency
- Detention Facility
- Docket ID
- Last Name
- Alias Last Name
- Booking Date
- Release Date
- PIN
- SSN
- DL
- First Name
- Alias First Name
- DOB
- Last Charge Date
- DOC
- Cause
- Case
- Middle Name
- Alias Middle Name

**Search Criteria**

- Agency
- Facility
- Charge
- Block
- Section
- Cell

**Inmate List**

| DocketID | Last Name | First Name | Middle Name | DOB | Last Booking | SSN | PIN | Facility Location | Release Date |
|---|---|---|---|---|---|---|---|---|---|
| CJ0000278783 | MCBAY | GARY | BRICE | | 11/06/2005 | 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 | 92765 | | 11/07/2005 |

**Controls**

Search | Show Mugshot | New Booking | New Inmate | Details

USER: FERRELL MADINE
DATE: 10:36:11 Friday 12/14/2007
PROCESSING:

F2 - Form Menu. F3 - Screen Menu. F10 - Logoff.
F6 - Add To List. F8 - Print Screen

JMS 1.4
SP6

**EXHIBIT "G"**