IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GARY BRICE MCBAY**                                                                                  **PLAINTIFF**

V.                                                               CIVIL ACTION NO. 1:07CV1205-LG-RHW

**HARRISON COUNTY, MISSISSIPPI BY AND
THROUGH ITS BOARD OF SUPERVISORS;
HARRISON COUNTY SHERIFF GEORGE PAYNE;
WAYNE PAYNE; DIANE GATSON RILEY;
STEVE CAMPBELL; RICK GATSON; RYAN TEEL;
MORGAN THOMPSON; JOHN DOES 1-4;
AMERICAN CORRECTIONAL ASSOCIATION;
JAMES A GONDLES, JR.; UNKNOWN DEFENDANTS
1-3 EMPLOYEES OF AMERICAN CORRECTIONAL
ASSOCIATION; HEALTH ASSURANCE LLC AND
UNKNOWN DEFENDANTS 1-2 EMPLOYEES OF
AMERICAN CORRECTIONAL ASSOCIATION**                                      **DEFENDANTS**

STATE OF MISSISSIPPI

COUNTY OF HARRISON

## AFFIDAVIT OF WARDEN DONALD CABANA
## HARRISON COUNTY SHERIFF'S OFFICE

PERSONALLY CAME AND APPEARED BEFORE ME the undersigned authority in and for the County and State aforesaid, the within named, DONALD CABANA, who, after first being duly sworn by me on his oath, did depose and state the following:

1. My name is DONALD CABANA, and I am over the age of twenty-one (21) years. I am the Director of Corrections for the Harrison County Adult Detention Center and have held this position since August 18, 2006. I have personal knowledge of the matters and facts contained in this Affidavit and

Page 1 of 3



EXHIBIT "I"

        I am competent to testify to the matters stated herein.

2. As Director of Corrections for the Harrison County Sheriff's Office, I have first hand knowledge of the maintenance and/or storage of records of the Harrison County Sheriff's Office for the Adult Detention Center and what those records reflect, including inmate medical records, inmate court records, and policies of the Harrison County Sheriff's Office.

3. I have attached hereto as **Exhibit "1"** relevant portions of Plaintiff's inmate records. They are a true and correct copy of Plaintiff's inmate records contained in the files of the Harrison County Adult Detention Center, which are maintained in the regular course of the law enforcement function of the Sheriff of Harrison County and the Harrison County Adult Detention Center, and were generated in the regular course and pursuant to the regular activities of and duties imposed by law upon the office of the Harrison County Sheriff and made at or near the time of the matters set forth or from information transmitted by, a person with knowledge of those matters.

4. I have attached hereto as **Exhibit "2"** relevant portions of Plaintiff's medical records contained in the files of the Harrison County Adult Detention Center, which are maintained in the regular course of the law enforcement function of the Sheriff of Harrison County and the Harrison County Adult Detention Center, and were generated in the regular course and pursuant to the regular activities of and duties imposed by law upon the office of the Harrison County Sheriff and made at or near the time of the matters set forth or from information transmitted by, a person with knowledge of those matters.

I certify the above declaration is true and correct under penalty of perjury.

_____
Affiant/Donald Cabana
Harrison County, Mississippi

Sworn to and subscribed before me on this the 12 day of November, 2009.

_____
Notary Public

My Commission Expires: _____

(SEAL)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## UNIFORM ARREST / BOOKING FORM

HCSD FILE #_____     ☐ JUVENILE INVOLVED

| NAME (LAST, FIRST, MIDDLE) | ALIAS OR NICKNAME (LAST, FIRST, MIDDLE, ECT) | CASE NUMBER |
|---|---|---|
| MCBAY, GARY BRICE | N/A | 05-21728 |

| ADDRESS | CITY | STATE | ZIP CODE | HOME PHONE NUMBER |
|---|---|---|---|---|
| 1109 SILVERCREEK | DE SOTO | TX | 75115 | N/A |

| OCCUPATION / EMPLOYER | CITY | STATE | ZIP CODE | WORK PHONE NUMBER |
|---|---|---|---|---|
| UNEMPLOYED | N/A | N/A | N/A | N/A |

| AGE | DATE OF BIRTH | SOCIAL SECURITY NUMBER | DRIVERS LICENSE NUMBER | STATE |
|---|---|---|---|---|
| 29 | [redacted] | [redacted] | 16889131 | TX |

| SEX | RACE | HEIGHT | WEIGHT | HAIR | EYES | HISPANIC | PLACE OF BIRTH (CITY, STATE) |
|---|---|---|---|---|---|---|---|
| M | W | 506 | 150 | BLONDE | BLUE | NO | DALLAS, TX |

☐ SCARS  ☐ MARKS  ☐ TATTOOS  ☐ AMPUTATIONS
NONE

| FBI NUMBER | OTHER ALIAS INFORMATION |
|---|---|
|  |  |

| EMERGENCY CONTACT | RELATIONSHIP | HOME PHONE | WORK PHONE | ADDRESS |
|---|---|---|---|---|
| NONE |  |  |  |  |

HOW ARREST WAS MADE: ON CALL ■  ON VIEW ☐  ON WARRANT ☐
JUDGE: 
WARRANT DATE: 

| CHARGE  FEL☐ MISD■ | OFFENSE DATE | CASE # | CAUSE # | BOND AMOUNT | BOND A/O |
|---|---|---|---|---|---|
| PUBLIC DRUNK | 11-06-05 | 05-21728 |  | $ 500.00 | 1ST JUSTICE |
| DISPOSITION OF CHARGE |  |  | MISD COURT DATE 12-14-05 | COURT / DISTRICT 1ST JUSTICE | |

| CHARGE  FEL☐ MISD☐ | OFFENSE DATE | CASE # | CAUSE # | BOND AMOUNT | BOND A/O |
|---|---|---|---|---|---|
|  |  |  |  | $ |  |
| DISPOSITION OF CHARGE |  |  | MISD COURT DATE | COURT / DISTRICT | |

| CHARGE  FEL☐ MISD☐ | OFFENSE DATE | CASE # | CAUSE # | BOND AMOUNT | BOND A/O |
|---|---|---|---|---|---|
|  |  |  |  | $ |  |
| DISPOSITION OF CHARGE |  |  | MISD COURT DATE | COURT / DISTRICT | |

| CHARGE  FEL☐ MISD☐ | OFFENSE DATE | CASE # | CAUSE # | BOND AMOUNT | BOND A/O |
|---|---|---|---|---|---|
|  |  |  |  | $ |  |
| DISPOSITION OF CHARGE |  |  | MISD COURT DATE | COURT / DISTRICT | |

| CAPIAS-FINE $ CASH ONLY | TOTAL MISD BOND | TOTAL FELONY BOND | TOTAL BOND |
|---|---|---|---|
| $ N/A | $ 500.00 | $ N/A | $ 500.00 |

| ARRESTING AGENCY (NAME) | ORI |
|---|---|
| Harrison County Sheriff's Department | MS0240000 |

| DATE OF ARREST | TIME | LOCATION OF ARREST |
|---|---|---|
| 11-06-05 | 1953 HOURS | 18009 TILLMAN RD. GULFPORT, MS 39503 |

| ARRESTING OFFICER (# & NAME) | ASSISTING OFFICER (# & NAME) | INVESTIGATOR HANDLING CASE |
|---|---|---|
| # 75  N. ALLEN | # 93  R. BORJA |  |

| DETENTION DATE / TIME | OFFICER (# & NAME) | CELL | PROPERTY | PHONE CALL MADE (YES/NO) |
|---|---|---|---|---|
|  |  |  |  |  |

| DOCKET | FACILITY: ADULT DETENTION☐ JUVENILE DETENTION☐ SHELTER☐ OTHER☐ | PICTURE YES☐ NO☐ | FINGERPRINTS YES☐ NO☐ |
|---|---|---|---|
|  |  |  |  |

| NCIC INQUIRY  NEGATIVE☐ POSITIVE☐ | NIC# | CHARGE | AGENCY |
|---|---|---|---|
|  |  |  |  |

| RELEASE DATE / TIME | OFFICER (& NAME) | RELEASE STATUS (BOND, TIME SERVED, ECT) | SHERIFF'S RECEIPT NUMBER |
|---|---|---|---|
|  |  |  |  |

| NCIC INQUIRY  NEGATIVE☐ POSITIVE☐ | NIC# | CHARGE | AGENCY |
|---|---|---|---|
|  |  |  |  |

PAGE __02__ OF __02__


EXHIBIT "1"

# SHERIFF'S OFFICE — OFFENSE FORM I

**INCIDENT NUMBER:** 05-21278

☐ JUVENILE INVOLVED

## OFFENSE

- **1. Type Offense:** PUBLIC DRUNK
- **2. Code:** 2301
- **3. Type Offense:** —
- **4. Code:** —
- **5. Offense Occurred — Earliest Date:** 11-06-05  **Latest Date:** 11-06-05
- **6. Date Offense Reported:** 11-06-05
- **7. Time Offense Reported:** 1929 HOURS
- **Earliest Time:** 1929  **Latest Time:** 1953
- **8. Location of Offense:** 18009 TILLMAN RD. GULFPORT, MS 39503
- **9. Firm Name (If Commercial):** CHOPPERS LOUNGE
- **10. Grid:** N/A
- **11. Patrol Area:** S. WEST
- **12. Shift:** MIDNIGHT
- **13. Day(s) of Week Occurred:** (S) M T W T F S

## VICTIM & WITNESSES

**Entry 2 — RP, W**
- **24. Name:** RANDAZZO, THOMAS  SSN 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
- **25. Residence Address:** 1906 46TH AVE. GULFPORT, MS 39501
- **26. Res. Phone:** 228-547-4393
- **27. DOB:** (redacted)
- **28. Sex:** M  **29. Race:** W
- **30. Employer/School:** CHOPPERS LOUNGE
- **31. Business/School Address:** 18009 TILLMAN RD. GULFPORT, MS 39503
- **32. Bus. Phone:** UNKNOWN

**Entry 3 — RP**
- **34. Name:** ALLEN, KENNETH N.
- **35. Residence Address:** ON FILE
- **36. Res. Phone:** ON FILE
- **37. DOB:** ON FILE
- **38. Sex:** M  **39. Race:** W
- **40. Employer/School:** HARRISON CO. SHERIFF DEPT.
- **41. Business/School Address:** P.O. BOX 1480 GULFPORT, MS
- **42. Bus. Phone:** 228-865-7060

- **43. Victim/Suspect Relationship:** Stranger / Acquaintance / Relative — (none marked)
- ■ Alcohol Related
- ☐ Drug Related

## PROPERTY / VEHICLE

(No entries.)

## 62. Narrative of Offense

ON 11-06-05 DEPUTY ALLEN RESPONDED TO CHOPPER LOUNGE IN REFERENCE A DRUNK AND DISORDERLY COMPLAINT. UPON ARRIVAL DEPUTY ALLEN SPOKE TO THOMAS RANDAZZO WHO STATED THAT A WHITE MALE, LATER IDENTIFIED AS GARY MCBAY, WAS DISTURBING THE BUSINESS AND ASKED TO LEAVE. MR RANDAZZO SAID THAT HE WATCHED AS MR. MCBAY WAS LEAVING AND NOTICED HIM FALLING OVER AND HITTING OTHER VEHICLES. MR. RANDAZZO TOLD MR. MCBAY THAT HE DID NOT NEED TO BE DRIVING AND TO WAIT FOR THEM TO CALL HIM A TAXI. MR. RANDAZZO STATED THAT MR. MCBAY THEN ATTEMPTED TO ASSAULT HIM. MR. RANDAZZO THEN GRABBED MR. MCBAY AND HELD HIM DOWN UNTIL THE SHERIFF'S DEPT ARRIVED. DEPUTY ALLEN OBSERVED MR. RANDAZZO SITTING ON TOP OF MR. MCBAY AND NOTICED THAT MR MCBAY HAD A BLOODY NOSE. AMR RESPONDED AND MR. MCBAY REFUSED ANY TREATMENT. DEPUTY ALLEN THEN PLACED MR. MCBAY INTO CUSTODY AND TRANSPORTED HIM TO THE JAIL. MR. MCBAY WAS CHARGED WITH PUBLIC DRUNK.

## 64. MOI / CODE

| # | Item | Code |
|---|---|---|
| 1 | Type of Premise | F |
| 2 | Object of Attack | - |
| 3 | Point of Entry | - |
| 4 | Method of Entry | - |
| 5 | Method of Attack (Person) | - |
| 6 | Method of Attack (Property) | - |
| 7 | Weapon Type | - |
| 8 | Use of Weapon | - |
| 9 | Method of Departure | C |
| 10 | Demeanor of Suspect | F |
| 11 | Evidence Obtained | - |
| 12 | Place of Offense | C |
| 13 | Solvability Factors | A |

## 65. OFFENSE STATUS

- OPEN: ☐ 60 Suspended Inactive  ☐ 63 Patrol Follow-Up  ☐ 66 Detective Follow-Up
- Signed Affidavit: ■ Yes  ☐ No  ☐ Will Sign Later
- CLOSED: ■ 10 Cleared Adult Arrest  ☐ 20 Cleared Exceptional Adt.  ☐ 30 Cleared Juvenile Custody  ☐ 40 Cleared Exceptional Juv.  ☐ 50 Other Cleared Exception  ☐ 70 Unfounded

## Reporting

- **66. Reporting Officer:** No. 75  Name: N. ALLEN
- **67. Division:** PATROL
- **68. Reviewing Supervisor:** No. 44
- **69. Date of Status:** 11/06/05
- **70. Follow-Up Officer:** —
- **71. Date/Time Assigned:** —
- **72. Attachments:** ☐ Narrative  ☐ Other  ☐ Offense Form II  ■ Custody Form (Describe)

# Harrison County Adult Detention Center
## George Payne, Sheriff
## Use of Force Report

| | | | |
|---|---|---|---|
| 1) Date: 11.16.2005 | 2) Time: 2100 hrs | 3) Location: Booking | 4) Incident Number: |
| 5) Inmate's Name: McBay, Gary | | 6) Date of Birth: | 7) Sex: ☒ Male ☐ Female |
| 8) Docket Number: 278873 | 9) Block: N/A | 10) Section: N/A | 11) Cell: N/A |

12) Reason for use of Force:
☒ Necessary to defend another officer
☐ Necessary to defend another inmate
☒ To prevent violent behavior
☐ To restrain for inmate's safety
☐ Other: _____

| 13) Was inmate injured? | 14) Transported? | 15) Destination: | 16) Screened by medical? |
|---|---|---|---|
| ☒ yes ☐ no | ☐ yes ☒ No | N/A | ☒ Yes ☐ No |

| 17) # of inmates that resisted: 01 | 18) # of officers present: 02 | 19) Supervisor notified / time: Sgt. Mathis 2115 Hrs | 20) Notified supervisor's signature: Sgt. ___ 157 |

21) At the time of the incident, the inmate was:
☒ Hostile Behavior   ☒ Suspected under the influence of alcohol / drugs   ☐ Mentally impaired
☐ Other: _____

22) Describe the inmate's injuries: Facial Swelling, Nose Bleed

23) Levels of resistance:
☐ Psychological Intimidation: Explain: _____
  (non-verbal cues indicating inmate's attitude or physical readiness)
☐ Verbal-Non Compliance: Explain: Inmate verbally refused to "dress out" / Made verbal threats against County Staff
  (verbal responses or threats of non-compliance to officer's directions)
☒ Passive Resistance: Explain: Would not comply with loud clear verbal commands
  (dead weight or clinging to objects in an attempt to prevent the officer from gaining control)
☐ Defensive Resistance: Explain: _____
  (pushing, pulling, or running away from the officer to avoid control; never attempting to harm the officer)
☒ Active Aggression: Explain: Grabbed Deputy Thompsons shirt and punched him in the head
  (physical actions of assault)
☐ Aggravated Active Aggression: Explain: _____
  (assaults with a weapon)

24) Levels of Control: (Officer Presence is Implied)
☒ Verbal Direction: Explain: McBay was told to complete actions during dress out.
  (commands of direction)
☒ Empty Hand Control (☐ Soft ☒ Hard): Explain: Closed hand strikes to head and face
☐ physical touch ☐ joint locks ☐ pressure points ☒ hand strikes ☐ leg strikes
Body Part: Head & Face                    Body Part: _____

☐ Intermediate Weapons: (Chemical etc.): _____
☐ Impact Weapons: (primary or alternative): _____
☐ Lethal Force: specify: (Firearms or other lethal force employed): _____

| 25) Reporting Officer No. 274 Name: Thompson | Division: Booking | Reviewing supervisor: No. 157 Name: McH-3 | Disposition Date: | Page: 1 of 1 |

Inmate file __   Director of Corrections __   Captain of Security __   Inmate medical file __   Shift Records __   Officer file __

# Harrison County Adult Detention Center
## George Payne, Sheriff
## Use of Force Report

| Pressure Point Control Target Areas | Chemical Spray Target Area |
|---|---|

Labels on body diagram: Infra orbital Nerve (P.P.), Mandibular Angle (P.P.), Jugular notch (P.P.), Hypoglossal Nerve (P.P.), Brachial Plexus (Origin) (H.E.H.), Bracial Plexus Tie-in (H.E.H.), Brachial Plexus (Clavical Notch) (P.P.), Median Nerve (H.E.H., I.W.), Radial Nerve (H.E.H., I.W.), Femoral Nerve (H.E.H., I.W.), Common Peroneal Nerve (H.E.H., I.W.), Tibial Nerve (H.E.H., I.W.)

Chemical Spray diagram labels: Primary target area, Application area

### Effects of Chemical Spray

26) Was Spray Effective? ☐ Yes ☐ No
Were Further Control Methods Needed? ☐ Yes ☐ No
Number of Times Sprayed: ___
Approximate distance from subject: ___

Eyes: ☐ closure ☐ tears ☐ No effect
Skin: ☐ Redness ☐ Burning ☐ No effect
Nose: ☐ Discharge ☐ Irritation ☐ No effect
Chest: ☐ Coughing ☐ Labored Breathing

O.C. Spray administrative warning? ☐ Yes ☐ No Time: ___
Decontamination: Start Time: ___ End Time: ___

P.P. --- Pressure point
HEH --- Hard empty hand
I.W. --- Impact Weapon

Variables affecting levels of control
1. Officer / subject size and gender
2. Environmental conditions and totality of circumstances
3. Reaction time

**This section to be completed by Medical staff only!**

27) Injuries Sustained by officer: ☒ yes ☐ No
Explain: Officer was grabed by inmate and hit several times in the head.

28) Injuries Sustained by Inmate: ☒ yes ☐ No
Explain: Small superficial abrasion to back of head swollen brusied ⓛ eye.

29) Location of Examination: Booking
Time of Examination: 2100

30) Examined by: Staff Name: J.O.Davidson [signature] Badge #: ___

31) Medical treatment administered: ☒ Yes ☐ No
Explain: BP 130/88 P 84 R 16. I/m AAOx3 PERRLA

32) Signature of Physician:

33) Narrative:
I/m placed in shower to dress out I/m grabed officer and hit him several times in the head. I/m has small superficial cut to back of head, swollen and brusied ⓛ eye, PERRLA, AAOx3. Ø other injuries noted at present time. — J.O.Davidson [signature]
I/m stated when asked if his jaw was hurting I/m stated "No my jaw does not hurt." — J.O.Davidson [signature]

34) Inmate Classification: ☐ Juvenile ☐ Minimum security ☐ Medium ☐ Maximum security ☐ Inmate worker

35) Reviewing Shift Lieutenant: No. ___ Name: ___  Division: ___
36) Disposition: ☐ Closed ☐ Open ☐ Under review

Inmate file ___   Director of Corrections ___   Captain of Security ___   Inmate medical file ___   Shift Records ___   Officer file ___

# NARRATIVE FORM

| | | | |
|---|---|---|---|
| ☐ Juvenile Involved | Type Incident/Case: | Date of This Report | Date of Original Report |
| ☑ Original Report | INFORMATIONAL | 11/06/2005 | 11/06/2005 |
| ☐ Offense Supplement | | | |
| ☐ Custody Supplement | Suspect/Victim Name | List Complaint Numbers of Connected Cases | |
| ☐ Other | MCBAY, GARY # 278873 | | |

| Status | Qty. | Article | Brand/Make | Model Name | Description | Serial No. or OAN | Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

ON NOVEMBER 6TH 2005, DEPUTY M. THOMPSON #224 WAS POSTED IN THE BOOKING DEPARTMENT FOR THE 1900 - 0700 HOURS SHIFT. AT APPROXIMATELY 2115 HOURS DEPUTY THOMPSON WAS PERFORMING THE DRESS OUT PROCEEDURE WITH NEW INMATE MCBAY, GARY H.C.A.D.C. DOCKET #278873. INMATE MCBAY APPEARED INTOXICATED BUT STILL ABLE TO FOLLOW VERBAL COMMANDS GIVEN BY DEPUTY THOMPSON. WHEN DEPUTY THOMPSON ASKED MCBAY TO REMOVE HIS (MCBAY) CLOTHING, MCBAY INDICATED THAT HE WOULD NOT "GET NAKED " AND TOOK AN AGGRESSIVE POSTURE TOWARDS DEPUTY THOMPSON WITH RAISED CLOSED FISTS. DEPUTY THOMPSON MOVED TOWARD MCBAY TO EMPLOY A SOFT EMPTY HAND CONTROL HOLD AND MCBAY THEN GRABBED DEPUTY THOMPSON BY THE SHIRT AND STRUCK DEPUTY THOMPSON APPROXIMATELY 2 TIMES ON THE SIDE OF THE HEAD WITH A CLOSED FIST. DURING THE ATTACK DEPUTY THOMPSON FELT HE WAS IN PHYSICAL DANGER AND RETURNED MULTIPLE BLOWS WITH CLOSED FISTS TO THE HEAD AND FACE AREA OF MCBAY. DEPUTY THOMPSON STOPPED ALL ACTIONS WHEN MCBAY LET GO OF HIS (THOMPSONS) SHIRT . DEPUTY THOMPSON REQUESTED MEDICAL EVALUATION VIA RADIO DUE TO MCBAY BLEEDING FROM THE NOSE AND FACIAL SWELLING. MEDICAL NURSE EVALUATED MCBAY AT APPROXIMATELY 2125 HOURS AND FOUND NO SERIOUS INJURIES TO HIS PERSON. MCBAY THEN COMPLIED WITH ALL FURTHER INSTRUCTIONS GIVEN BY DEPUTY THOMPSON AND COMPLETED THE DRESS OUT PROCESS WITH NO FURTHER INCIDENT. DEPUTY THOMPSON TOOK NO FUTHER ACTION IN THIS MATTER.

END OF NARRATIVE

**DISPOSITION**
- ☐ A. Cleared Adult Arrest
- ☐ B. Cleared Exceptional Adult
- ☐ C. Cleared Juvenile Custody
- ☐ D. Cleared Exceptional Juvenile
- ☐ E. Unfounded
- ☐ F. Other - Cleared Exceptional
- ☐ G. Suspended Closed

| Reporting Officer: | Division | Reviewing Supervisor: | Disposition Date |
|---|---|---|---|
| No. 224  Name  M. THOMPSON | BOOKING | No.  Name | |

## HEALTH ~~ANCE LLC~~

## NURSES NOTES

| DATE | TIME | |
|---|---|---|
| 11/6/05 | 2100 | Called to booking I/m ~~start~~ "Error to" hit officer. I/m has small superficial cut on the back of his head. I/m © eye swollen and bruised. I/m denies any other injuries. I/m stated "I am ok." I/m is AAOx3, PERRLA. I/m voices ø other c/o at this time. I/m can move his jaw up and down, side to side without difficulty. Will place on Dr call next available visit. I/m was intoxicated and unable to sign consents at present time. Will follow up PRN. J Davidson |

| INITIAL | SIGNATURE | INITIAL | SIGNATURE | INITIAL | SIGNATURE |
|---|---|---|---|---|---|
| JD | J Davidson | | | | |

| NAME-LAST | FIRST | MIDDLE | ALLERGIES |
|---|---|---|---|
| Mchay, Gary | | | |

INMATE # 278783

NURSE NOTES

**EXHIBIT** "2"

```
(en) Next Screen                              (24) Exit
Docket: CJ   278783 File #    92765   Name MCBAY,GARY BRICE
 1) Obvious pain/bleeding/injury/illness requiring medical treatment? Y
    INMATE HAD A BLOODY NOSE WHEN HE CAME IN SEEN BY MEDICAL
 2) Was taken to hospital prior to intake? N

 3) Appear UI Alcohol Y   Drugs N
    INMATE UI OF ALCOHOL
 4) Visible signs of Alcohol/Drug withdrawal? N

 5) Obvious signs of fever/jaundice/infection which might be contagious? N

 6) Skin free of vermin? Y
    CLEAN
 7) Difficulty understanding questions or spoken language? Y
    INMATE MAKING STRANGE STATEMENTS
```

```
 (en) Next Screen      (4) Previous Screen      (24) Exit
Docket: CJ    278783 File #     92765   Name MCBAY,GARY BRICE
 8) Experiencing/Demonstrating/exhibiting signs of   Stress Y  Assaultive Y
Anger    Y  Hostility Y  Violent Behavior Y  Lifeless reaction Y
Passive  N  Depression N  Disorientation   Y  Hearing Voices    N
Bizarre Behavior      Y  Extreme emotions Y  Nervousness       Y
     INMATE ACTING VERY BIZARRE AND TALKING TO HIMSELF


 9) Have scars on wrists, legs or neck (possibly self-inflicted) N
```