MEMORIAL HOSPITAL AT GULFPORT
CERTIFICATION BY CUSTODIAN OF MEDICAL RECORDS

STATE OF MISSISSIPPI

COUNTY OF HARRISON

The undersigned being duly sworn does state on oath as follows:

1. That she is the duly authorized custodian of the hospital medical records of MEMORIAL HOSPITAL AT GULFPORT and has the authority to certify records.

2. That the within and annexed are true and correct copies of requested portions from the medical records of MCBAY, GARY, DOB: 08/05/1976 as described in the correspondence received for these records.

3. The within and annexed records were prepared either by the personnel of the hospital or it's staff, physicians or by persons acting under the control either of them, in the ordinary course of hospital business at or near the time of the act, condition or event reported therein.

_____, RHIA
Signature of Custodian

SWORN AND SUBSCRIBED before me, this the ____ day of May 2009

_____
Notary Public

MISSISSIPPI STATEWIDE NOTARY
MY COMMISSION EXPIRES SEPT 8, 2010
BONDED THRU STEGALL NOTARY SERVICE

**EXHIBIT**
"J"

F/ S      P/T:ERT

MCBAY,GARY B              05311-00375                    11/07/05   11/07/05    1

                                                         E R PHYSICIAN

                 GARY BRICE MCBAY                        NO INSURANCE
                 300 VZ COUNTY ROAD 3506
                 EDGEWOOD TX          75117-3466                              04/29/09


|       | CODE    | DESCRIPTION                        | QTY |          |
|-------|---------|------------------------------------|-----|----------|
|       | ***250  | PHARMACY                           |     |          |
| 11/07 | 002834  | TETANUS-DIPHTHERIA TOXOIDS-TD      | 1   | 49.90    |
|       |         | AREA TOTAL ***                     |     | 49.90    |
|       | ***272  | STERILE SUPPLY                     |     |          |
| 11/07 | 013013  | KIT URINE CULTURE CLEAN CATCH      | 1   | 48.50    |
|       |         | AREA TOTAL ***                     |     | 48.50    |
|       | ***309  | OTHER LABORATORY                   |     |          |
| 11/07 | 075164  | DRUG SCREEN-URINE RAPID (6 DRUGS)  | 1   | 500.60   |
|       |         | AREA TOTAL ***                     |     | 500.60   |
|       | ***351  | CT SCAN/HEAD                       |     |          |
| 11/07 | 050017  | CT BRAIN WITHOUT IV CONTRAST       | 1   | 1,693.50 |
| 11/07 | 050023  | CT ORBIT/SELLA/P FOSSA/IAC W/O CX  | 1   | 1,693.50 |
|       |         | AREA TOTAL ***                     |     | 3,387.00 |
|       | ***450  | EMERGENCY ROOM                     |     |          |
| 11/07 | 000100  | INJECTION SQ/IM                    | 1   | 33.60    |
| 11/07 | 060209  | LEVEL VB-W DIAG TEST/PROCEDURE     | 1   | 1,008.10 |
|       |         | AREA TOTAL ***                     |     | 1,041.70 |
|       | ***981  | PROFESSIONAL FEES E/R              |     |          |
| 11/07 | 069321  | E&M LEVEL III                      | 1   | 230.40   |
|       |         | AREA TOTAL ***                     |     | 230.40   |

                 TOTAL CHARGES                                         5,258.10


                 TOTAL PAYMENTS/ADJUSTMENTS                               0.00



                                                                      5,258.10

                                                                         0.00

                                                                      5,258.10

# Memorial

## PATIENT REGISTRATION

E15   CP

| MR | PATIENT NAME | | | | | | | | ROOM NO | ACCOUNT NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 0000359017 | MCBAY, GARY BRICE | | | | | | FC | S - | | 05311-00375 |

| ADDRESS | | | | | | | CITY | | | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1109 SILVER CREEK | | | | | | | DE SOTO | | | TX | 75115 |

| SOCIAL SECURITY NO | ADMISSION DATE | ADM HOUR | ADM TYPE | ADM SOURCE | ACCDO CODE | DISCHARGE DATE | MED BY CD | ADM PHY | ATT PHY | ATT PHYS. NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| ###-##-#### | 11/07/05 | 1502 | 1 | 7 | ERT | ER | | 999 | 999 | PHYSICIAN, E R |

| PATIENT PHONE | BIRTHDATE | AGE | SEX | ORIGIN | MARITAL | RELIGION | CHURCH PREFERENCE |
|---|---|---|---|---|---|---|---|
| (972)223-2083 | ######## | 29Y | M | 4 | S | UAF | UNAFFILIATED |

| SPOUSE'S NAME | NEAREST RELATIVE | RELATIONSHIP | PATIENT'S MAIDEN NAME |
|---|---|---|---|
| | | | |

| IN CASE OF EMERGENCY NOTIFY | RELATIONSHIP | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| MCBAY, GARY | FATHER | 1109 SILVER CREEK | DE SOTO | | |

| PRIMARY EMERGENCY PHONE | ALT EMERGENCY PHONE | PATIENT EMPLOYER |
|---|---|---|
| (972)223-2083 | | SELF |

| ADDRESS OF EMPLOYER | CITY | STATE | ZIP CODE | PHONE |
|---|---|---|---|---|
| | | | | |

| OTHER EMPLOYER | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| MCBAY, GARY BRICE | | | | |

| GUARANTOR EMPLOYER | PHONE | GUARANTOR SOCIAL SECURITY NO |
|---|---|---|
| SELF | | ########### |

| ADDRESS OF GUARANTOR EMPLOYER | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| | ACCIDENT | DATE | TIME |
|---|---|---|---|
| ALTERCATION | ALTERCATION W/SHERIFF DE | 11/06/05 | 2000 |

| NAME OF INSURANCE NO 1 | NAME OF INSURANCE NO 2 | NAME OF INSURANCE NO 3 |
|---|---|---|
| | | |
| GROUP NAME | GROUP NAME | GROUP NAME |
| | | |
| GROUP NO / POLICYHOLDER | GROUP NO / POLICYHOLDER | GROUP NO / POLICYHOLDER |
| | | |
| STREET ADDRESS | STREET ADDRESS | STREET ADDRESS |
| | | |
| CITY    STATE    ZIP CODE | CITY    STATE    ZIP CODE | CITY    STATE    ZIP CODE |

Admitting Diagnosis (Record here or on Physical Examination)                                                    Days

PRINCIPAL Diagnosis                                                                                             Codes



Complications and/or Additional Diagnosis (List All)



Principal Procedure

All Other Procedures

PRINTED BY: slh9337
DATE    5/19/2009

Consultation with _____

DISCHARGE STATUS: ☐ ALIVE  ☐ AMA  ☐ DIED (AUTOPSY ☐ YES ☐ NO)  ☐ TRANSFER

MHG#1460 (Rev 7/99)

T 10



## CONSENT FOR ADMISSION TO HOSPITAL AND MEDICAL TREATMENT

I, __Gary Brice McBay__, give permission for such examination and treatment as the doctor(s) considers necessary or advisable for the care of __MCBAY, GARY BRICE__ (Patient's Name).

I understand:
1. That examination and treatment may include x-rays, drawing blood, medical/surgical care, medicines, anesthesia, or other healing measures.
2. That unexpected situations may arise and I now give permission, in the event I am later unavailable or unable to consent, for the doctor(s) to do what is necessary to save the health, or life, of the above named patient.
3. If I/the above named patient deliver a baby during this hospital stay, I give permission for such examination and treatment of that baby as the doctor(s) considers necessary and advisable.
4. The practice of medicine and surgery is not an exact science. There are no guarantees of success.
5. I have read and do understand this consent. I have had a chance to ask questions. The MHG staff answered my questions.

### OTHER TERMS OF ADMISSION

I understand:
1. Memorial Hospital at Gulfport will send me/the above named patient a bill.
2. Each physician specialist who examines or treats me or the above named patient will send a separate bill.
3. Physicians working in the Hospital Emergency Department are not employees of the hospital. They work for Emergency Care Specialists of Mississippi, Ltd., a separate organization which is an independent contractor to Memorial Hospital at Gulfport.
4. I am responsible for calling my insurance company before admission. The insurance company may reduce my benefits if I do not follow procedures. The hospital will contact the insurance company only as a courtesy.
5. If I am in a Managed Care Plan requiring approval of a primary care physician (PCP), the hospital will contact the PCP for instructions. My insurer may not pay if I receive services without their approval. In this case, I may be personally responsible for all charges for these services.
6. Memorial Hospital will not deny or delay treatment for any emergency medical condition in order to contact or receive approval from my insurance company or any PCP.

### WAIVER OF CLAIM FOR LOSS OR DAMAGE TO PERSONAL PROPERTY

I understand:
1. I may place my personal property in the Hospital safe.
2. I am responsible for loss of or damage to personal property that I do not place in the Hospital safe.

_Wendy Hayund_ Date _NOV 06 2005_ Time _3:04_    _Brice McBay_ Date _NOV 06 2005_
Witness                                                Signature of patient or person permitted to sign for patient

### AUTHORIZATION TO RELEASE INFORMATION TO INSURER & ASSIGNMENT

I give permission to the Hospital to release medical information needed to process any claim related to this hospital stay against any of my insurance companies, including automobile or other liability insurance companies. MHG can release this medical information only to the insurance company or any third party payor involved in this claim. Third party payors may be Medicare, Medicaid, CHAMPUS, CHAMPVA, automobile or other liability insurance, or any worker compensation plan. This permission is good for the time provided in MHG's Health Information Management Department policy unless I deliver to the Hospital written notice of cancellation.

I assign all insurance benefits and all third party claims up to the amount owed to Memorial Hospital at Gulfport and to any physicians who provide services to me or the above named patient. I direct third party payors to pay all benefits directly to MHG and these physicians.
I have given current and correct information about my insurance or other benefit status to the Hospital.

_W Hayund_ Date _NOV 06 2005_    _Brice McBay_ Date _NOV 06 2005_
Witness                              Signature of patient or person permitted to sign for patient

### FINANCIAL AGREEMENT AND GUARANTY OF PAYMENT

In consideration of services rendered the above named patient, I unconditionally guarantee payment for services not covered by insurance or a benefit program while a patient in Memorial Hospital at Gulfport. I guarantee this payment within 60 days of final billing. If I do not pay in full, within that time, MHG may refer the bill to an attorney or collection agency. If the bill is referred to an attorney, either by MHG or by a collection agency, I will be responsible for attorneys' fees of up to 33 1/3% in addition to the amount of the bill and legal interest from date 60 days after final billing. I understand that the Hospital has the right to examine credit bureau files for financial information on unpaid debts. MHG may inform any credit bureau of any hospital bill not paid within 60 days of final billing.

I have read and understand this financial agreement. I have had a chance to ask questions. The MHG staff answered my questions.

_W Hayund_ Date _NOV 06 2005_    _Brice McBay_ Date _NOV 06 2005_
Witness                              Signature of Patient or Guarantor of Account
                                     Relationship to Patient_____

IF PATIENT IS UNABLE TO CONSENT TO THE FOREGOING OR IS A MINOR, COMPLETE THE FOLLOWING:
PATIENT IS A MINOR _____ YEARS OF AGE / IS UNABLE TO CONSENT BECAUSE _____

_____ Date __/__/__        _____ Date __/__/__
Witness                                    Person Permitted to Sign for Patient

Important Message from Medicare received: _____
                                           Signature of Patient         Clerk Initials        Date

| Memorial | Consent for Admission to Hospital and Medical Treatment PRINTED BY: SIM9337 DATE 5/19/2009 | PATIENT INFORMATION<br>ERT   ERT   -<br>MCBAY, GARY BRICE<br>11/07/2005  MR 0000359017<br>PHYSICIAN, E R<br>DOB-_____ 0531100375<br>M 29Y |

*1720C*

**Name:** McBay G Brice    **DOB:** 8-5-76    **Age:** 29

| Triage Level | ☐ Emergent Priority | ☒ Urgent Priority | ☐ Non-Urgent Priority | Emotional Status: ☐ Comatose ☒ Calm ☐ Adv. Directive |
|---|---|---|---|---|
| | | | | ☐ Anxious ☐ Combative ☒ Cooperative ☐ Living Will |
| | | | | ☐ Hostile ☐ Other: ☐ DNR ☒ NONE |

| ☐ 24-72 Hour Return | On the Job Accident: | Mode of Arrival: | Arrived With: | Treatment Prior to Arrival: ☒ None |
|---|---|---|---|---|
| ☐ Same Complaint | ☐ Yes ☒ No | ☐ W/C ☒ Ambulatory | ☐ Friend ☐ Self | ☐ Yes: ☐ ice ☐ IV ___ ☐ ACLS |
| ☒ New Complaint | Date: | ☐ Carried ☐ Ambulance | ☐ Police ☐ Spouse | ☐ O/2 ☐ Spine Board/C-Collar ☐ Monitor |
| ☐ Call Back | Time of Event: | | ☐ Relative ☒ Parent | ☐ Splint/dressing ☐ Other |

Visual Acuity RT 20/___  LT 20/___  Both 20/___    TET Tox: under    LMP: ∅    Wt: /    Ht: /    ☐ Actual ☒ Estimate

TB Screen: ☐ Persistent Cough > 2 weeks ☐ Wt Loss ☐ Hx of TB  ☐ Bloody Sputum ☐ Fever ☐ Night Sweats ☐ Anorexia  ☒ No Symptoms ☐ In Foreign Country Recently

**Date:** 11/7/05  **Time:** 1442  **Chief Complaint:** (In Patient's Words) _Laceration_
State arrests _____ lip - hit c ___ all over ___ go w/ ___ pa. ___ to face abrasion. ___ lip ___.

RN Signature: ___

**PAIN ASSESSMENT**  ☐ None  ☐ Pt Uncooperative  ☐ Unable to assess due to acuity
Pain now: (circle) 0 1 2 3 4 5 6 7 (8) 9 10
For PEDS, use faces scale; document as 0-10.

Private Physician(s): ___
☐ STAT (ED) Placement to Room # ___
Reported to ___
☐ To Lobby after triage - Awaiting Bed Availability
☐ To Room # ___ at 1450
Report to ___
☐ LWBS at ___   ☐ Refusal Obtained

How long have you been in pain? _early AM_
Location(s) (specify each site) _face elbow_
☐ Sharp ☐ Stabbing ☐ Shooting ☒ Burning ☐ Dull ☐ Other _Hurt_
What worsens pain? _touch_
What relieves pain? ___
Pain interferes with: ☒ Function ☐ Sleep ☐ Appetite ☐ Other ___
What level of pain would be able to tolerate (Ex. Would allow you to sleep, perform ADLs, move post-op, etc.) _0_

**Social History:**
Lives - ☐ Alone ☐ N.H. ☒ Family ☐ Homeless
Smoker - ☐ Yes ☐ No ☐ PPD ___
OH Use - ☐ Yes ☐ No
Abuse - ☐ Yes ☐ No

**Past Surgical History:** ___

**Past Medical History:**

| Family | Patient | | Family | Patient |
|---|---|---|---|---|
| ☐ | ☐ Arthritis | | ☐ | ☐ Hypertension |
| ☐ | ☐ Asthma | | ☐ | ☐ Lung Disease |
| ☐ | ☐ Cancer | | ☐ | ☐ COPD |
| ☐ | ☐ CVA | | ☐ | ☐ Bronchitis |
| ☐ | ☐ Diabetes | | ☐ | ☐ Nerves |
| ☐ | ☐ GI | | ☐ | ☐ Back Problems |
| ☐ | ☐ Ulcer | | ☐ | ☐ Seizures |
| ☐ | ☐ Glaucoma | | ☐ | ☐ PVD |
| ☐ | ☐ Heart Disease | | ☐ | ☐ Mental |
| ☐ | ☐ Angina | | ☐ | ☐ Renal |
| ☐ | ☐ CAD | | ☐ | ☐ Thyroid |
| ☐ | ☐ Hepatitis | | ☐ | ☐ None |
| ☐ | ☐ HIV | | | |

Comments: _hypoglycemia_
_G nose_ _o meds_

**Initial Vitals**
BP: 124/92
☐ NIBP ☐ Audible ☐ Palpable
Pulse: 124-116
☐ Regular ☐ Irregular ☐ Weak
Resp: 18
☐ Regular ☐ Shallow ☐ Labored
Temperature: 98
☐ Oral ☐ Rectal ☐ Axillary
SpO2: ☐ Room Air ☐ O/2 at __ L/Min  99%

**ALLERGIES** ☐ NONE KNOWN

| Food, Medication, Latex, Tape, Iodine, Other | Rash | Hives | Dyspnea | N/V | Other |
|---|---|---|---|---|---|
| 1. Micronase | | | | | |
| 2. ___ | | | | | |
| 3. | | | | | |

**Mental Status**
☒ Alert  ☐ Uncooperative
☒ Oriented X 3  ☐ Combative
☐ Lethargic  ☐ Drowsy
☐ Unresponsive  ☐ Disoriented

**Speech**
☒ Coherent
☐ Incoherent
☐ Slurred
☐ Silent

**Respiratory**
☒ Regular
☐ Labored
☐ Shallow
☐ Retractive
☐ Absent

**Skin Color**
☒ Normal Pink / Dark Pigment  ☐ Ashen
☐ Cyanotic  ☐ Flushed
☐ Pale  ☐ Jaundiced

**Skin**
☒ Dry
☐ Moist
☐ Diaphoretic

**Pupils**
☐ N/A
☒ Perl
☐ Unequal
☐ RT ___
☐ LT ___

**Skin Temp**
☐ Warm
☐ Hot
☐ Cool

Special Needs or Physical Ability Needs    ☐ Teeth/Mouth problems ___
☐ N/A  ☐ Blind Y/N Interpreter ___  ☐ Deaf Y/N Interpreter ___
☐ Foreign language Interpreter ___   ☐ Financial ☐ Emotional ☐ Spiritual ☐ Cultural

PATIENT INFORMATION
_c/r brown_
_c/r ___/505_
_do_


**Memorial**
_Building a Healthier Community_

**Emergency Department Nursing Record**
PRINTED BY: smh9337
DATE 5/19/2009

**MCBAY, GARY BRICE**
PHYSICIAN, E R    11/07/2005
MR 0000359017

ERT  M   29Y
0531100375

8753 (Page 1 of 2) (4/05)

Patient Name _____  Account # _____  Date: _____

| Time | T | P | R | BP | Time | T | P | R | BP |
|------|---|---|---|----|------|---|---|---|----|
|      |   |   |   |    |      |   |   |   |    |
|      |   |   |   |    |      |   |   |   |    |
|      |   |   |   |    |      |   |   |   |    |

**Ongoing Assessment Treatment**

1435 Pt c̄ multiple bruises - blackened eyes Lt > Rt happened early AM at Police Station - nose is not straight, abrasion across Lt forehead, abrasion to Rt forehead, elbow, minor knee contusions - Dr. Killebrew to see pt.
1510 CT of [orbits?]/brain ordered - cb as below
1535 pt to CT amb & H [EDT], 1555 pt to Rm from CT [...] EDT, 1732 [results?] obtained & delivered to Lab. Dr. [...] in care of Family to f/u tomorrow for results - pt [...] x 3 fully ambulatory. ∅ acute c/o [nurse]

| Time | Medication | Dose | Mode | Site | Signature | Time | Medication | Dose | Mode | Site | Signature |
|------|-----------|------|------|------|-----------|------|-----------|------|------|------|-----------|
| 1500 | dT | 0.5cc | IM | | [signed] | | | | | | |

MCBAY, GARY BRICE
PHYSICIAN, E R
MR 0000359017
11/07/2005
DOB [redacted]
ERT  M  29Y
0531100375

| I N F U S I O N | Amt | Solution | Additive | Device | Site | Rate | Start | Stop | Total Amount | Signature | Intake | Output |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |   |   |   |   |

Disposition 1732 AM/PM  ☐ Admitted Time  Room No.  Ready Room Time ☐ Discharged via  ☑ Ambulatory  ☐ Wheelchair  ☐ In Arms  ☐ Ambulance

9753 (Page 2 of 2) (4/05)

| HISTORY AND PHYSICAL | Time: | | |
|---|---|---|---|
| /PHI: | | FMH: | |
| | | SH: | |

29 y/o involved in altercation c̄ police last p.m. — pain chest, arms, face

PE
Lungs-clear
CV RSR
NJ intact
Bruising over arms bilaterally —
Bruising chest
large ® periorbital hematoma
Bruising under ® eye

ROS: ● if neg.
Gen: ○
Card: ○
Resp: ○
Renal: ○
End: ○
GI: ○
Neuro: ○
Eye: ○
ENT: ○
Skin: ○
Psych: ○
Ms/Stl: ○

ORDERS

| Test Order | Tm/Int. |
|---|---|
| CT maxi s | |
| CT orbits s | |
| UDS | |

R:

X-RAY
EKG
U.S./C.T.

DIAGNOSIS: Nasal fracture

| Nurse Order | Tm/Int. |
|---|---|
| 86.5 cc 1 hr now | |

☑ May Discharge  ☐ Transfer  Condition on Discharge  
☐ Admit  ☐ AMA  ☑ Stable  
Time 1832

I HAVE REVIEWED THE NURSES ASSESSMENT AND HISTORY   ☐ See Dictated Notes
Physician's Signature

**Patient Instructions**
☐ Sprain & Fracture, Severe Bruises  ☐ Medications  ☐ Head Inj (adult)  ☐ Fever  ☐ Back/Neck Inj  ☐ Vomiting/Diarrhea  ☐ Common Cold/Viruses
☐ Sedation Instruction  ☐ Reducing High Fever  ☐ Orthopedic Appliance  ☐ Head Inj (Child)  ☐ Eye Inj  ☐ Wound Care/Animal Bite  ☐ Burns
☐ Other

**DISCHARGE INSTRUCTIONS:**
Ice
meds as ordered
return as needed

Follow Up  ☐ Make an appointment to see your regular physician    ☐ Follow-up Visit in Emergency Department    ☐ Have Sutures Removed in ___ Days

PATIENT/S/O VERBALIZED UNDERSTANDING OF INSTRUCTIONS
Nurse Signature

I HAVE READ AND UNDERSTAND AND INSTRUCTIONS AND HAVE RECEIVED A COPY OF THEM
Patient Signature

**Memorial** — Building a Healthier Community

Emergency Department Physician Record
PRINTED BY: s1h9337
DATE 5/19/2009

PATIENT INFORMATION
MCBAY, GARY BRICE
PHYSICIAN, E R
MR 0000359017
11/07/2005
ERT M  29Y
0531100375

9631 (Rev. 7/05)

\* \* \* \* \* MHG Cumulative Summary Report \* \* \* \* \*

---

| | | |
|---|---|---|
| Patient: MCBAY, GARY BRICE | Admit Loc: ERT | Facility: ER Trauma |
| Age: 29Y  Sex: M | | \*\* **MEDICALR DISCHARGE REPORT** \*\* |
| DOB: ~~~~~~~ | | \*\*\* **PERMANENT REPORT - DO NOT DISCARD** \*\*\* |
| MR#: 0000359017 | Admit#: 0531100375 | Dsch Date: 11/07/05 |
| Admit Phys: PHYSICIAN, E R DE | Order Phys: KILLEBREW, LARRY MD | RunID: R1624489 |
| Attend Phys: KILLEBREW, LARRY MD | Consult Phys: | Reported: 11/10/05 03:11 |

\*\*\*\*\*\*\*\*\*\* TOXICOLOGY \*\*\*\*\*\*\*\*\*\*

| | 11/07/05 17:30 | REF RANGE | UNITS |
|---|---|---|---|
| Amphet | Negative | Negative | |
| Barb | Negative | Negative | |
| Benzo | Negative | Negative | |
| Cannab | Negative | Negative | |
| Cocaine | Negative | Negative | |
| Opiate | Negative | Negative | |
| Comment | See Note[1] | | |

---

[1]Results are for medical / screening purposes only. Confirmation testing by reference lab available if ordered within 48 hours..

---

Patient: MCBAY, GARY BRICE                                                                                                       Page 1 of 1

Clinical / Pathology Laboratory \* Memorial Hospital at Gulfport \* 4500 13th Street \* Gulfport, MS 39501
Phone. 228-575-2300 \* Fax 228-575-2387

MHG Dept of Pathology    P. Saccoccia, Jr., MD    C. Slonaker, MD    M.J. Gandour, MD    J. Causey, MD
PRINTED BY: slh9337

\*\*\*\*\*\*\*\*\*\* TOXICOLOGY \*\*\*\*\*\*\*\*\*\*

RADIOLOGY REPORT

```
MCBAY,GARY BRICE                    DOB:██████76              AGE: 29Y
MR# G0000359017      CI#  834729     ACCOUNT # 0531100375
 RV: ERT
   TYPE: ERT    LOC: ERT             EXAM DATE: 11/07/05
ORD: KILLEBREW,LARRY MD              ADM: PHYSICIAN,E R MD
ATT: PHYSICIAN,E R MD


   Chk-in #   Order    Exam
    834729    0001     50017   CT BRAIN WITHOUT IV CONTRAST
                               Ord Diag: trauma
```

CT BRAIN WITHOUT IV CONTRAST:

CLINICAL HISTORY PROVIDED:  Altercation with head trauma.

    Multiple sequential sections were obtained through the brain and there is a large left temporoparietal scalp hematoma.  There is no associated fracture.
    Brain attenuation is normal with no focal ischemic infarct, mass, or hemorrhage.  Ventricular system is normal and midline structures are midline.  There is no acute extraaxial fluid accumulation.
    There is some mucosal thickening of the ethmoid air cells bilaterally.

IMPRESSION:
    THERE IS A RELATIVELY LARGE LEFT TEMPOROPARIETAL SCALP HEMATOMA OR CONTUSION.  THERE IS NO ASSOCIATED FRACTURE OR ACUTE INTRACRANIAL ABNORMALITY.
    THERE IS SOME MUCOSAL THICKENING OF THE ETHMOID AIR CELLS LATERALLY.


```
/Read By/ MILTON R RAINES, M.D.
/Released By/ MILTON R RAINES, M.D.          PRELIMINARY UNLESS RELEASED
              11/07/05  2016
Typed By:    SKY
Typed On:    11/07/05 1647
```


DRS. BARRETT, JUSTICE, TIPTON, DIAZ, MASSONY, LOVELL, RAINES, COREY, LAWSON, STOREY, RADIOLOGISTS
FINAL                                                        Page :1

RADIOLOGY REPORT
PRINTED BY: slh9337
DATE    5/19/2009

RADIOLOGY REPORT

```
MCBAY, GARY BRICE                DOB: ██████████           AGE: 29Y
MR# G0000359017        CI#  834748      ACCOUNT # 0531100375
  RV: ERT
   TYPE: ERT    LOC: ERT            EXAM DATE: 11/07/05
ORD: KILLEBREW, LARRY MD            ADM: PHYSICIAN, E R MD
ATT: PHYSICIAN, E R MD


   Chk-in #    Order    Exam
    834748     0003     50023   CT ORBIT/SELLA/P FOSSA/IAC W/O CX
                                Ord Diag: ALTERCATION
```

CT OF THE ORBITS:

CLINICAL HISTORY PROVIDED: Altercation. Orbital injury.

Multiple sequential sections were obtained through the orbits and there is comminuted nasal bone fracture with deviation of the nasal septum to the right posteriorly with spurring which is chronic in appearance. I do not see a definite orbital fracture. There is mucosal thickening ethmoid air cells bilaterally and frontal sinuses more on right than left. There is also air within the soft tissues over the anterior and lateral right maxillary sinus although no definite orbital floor or sinus fractures are seen. There is soft tissue swelling over the orbits and face bilaterally.

IMPRESSION:
COMMINUTED NASAL BONE FRACTURE. MUCOSAL THICKENING BILATERAL ETHMOID AND FRONTAL SINUSES WHICH IS MORE PROMINENT ON RIGHT THAN THE LEFT, PROBABLY RELATED TO TRAUMA AND MILD BLEEDING. SOFT TISSUE AIR OVER THE RIGHT MAXILLARY SINUS BUT NO DEFINITE ORBITAL OR MAXILLARY FRACTURE IS IDENTIFIED. PROMINENT DEVIATION OF THE NASAL SEPTUM APPEARS CHRONIC.


```
/Read By/ MILTON R RAINES, M.D.
/Released By/ MILTON R RAINES, M.D.        PRELIMINARY UNLESS RELEASED
              11/07/05 2016
Typed By:     SKY
Typed On:     11/07/05 1650
```

DRS. BARRETT, JUSTICE, TIPTON, DIAZ, MASSONY, LOVELL, RAINES, COREY, LAWSON, STOREY, RADIOLOGISTS
FINAL                                                          Page :1

RADIOLOGY REPORT

PRINTED BY: slh9337
DATE      5/19/2009

## INTERDISCIPLINARY PATIENT/FAMILY
## EDUCATION FLOW SHEET



| INITIAL | PROVIDER SIGNATURE | INITIALS | PROVIDER SIGNATURE |
|---|---|---|---|
| (signature) | (signature) | | |
| | | | |
| | | | |
| | | | |
| | | | |

### DOCUMENTATION LEGEND:

**Topic**

| | | | | |
|---|---|---|---|---|
| M - Medications | P - Procedure | D - Diet | A - ADL | FDI - Food/Drug Interaction |
| E - Equipment | C - Consents | DX - Diagnosis | T - Treatment | Other _____ |

**Readiness to Learn**

| | | | |
|---|---|---|---|
| Ability to Understand Verbal Instruction: | VP - Poor | VA - Average | VG - Good |
| Cognitively Able to Understand: | CP - Poor | CA - Average | CG - Good |
| Ability to Understand Written Instruction: | WP - Poor | WA - Average | WG - Good |

**Barriers to Learning**

| | | | | |
|---|---|---|---|---|
| P - Physical | V - Visual | C - Cognitive | M - Motivation | R - Religious |
| R - Reading | L - Language | CL - Cultural | AR - Age Related | E - Emotional |
| A - Auditory | N - None | | | |

**Who**

| Patient | F - Family | O - Other |
|---|---|---|

**Learning Method Used**

| | | | |
|---|---|---|---|
| D - Demonstration | TV - Video/TV/Audio | W - Written | GR - Group Work |
| P - Pamphlet | V - Verbal Instruction | MED - Medication Instruction Sheet | O - Other |

**Comprehension**

1. Verbalized or demonstrated understanding.
2. Not receptive/cooperative.
3. Needs further instruction.
4. Medical condition limits understanding.
5. _____
6. _____

| DATE/TIME | PROVIDER INITIAL | TOPIC | READINESS TO LEARN | BARRIERS TO LEARNING | WHO | LEARNING METHOD USED | COMPREHENSION | PREFERRED LEARNING METHOD: _____ <br> INFORMATION TAUGHT |
|---|---|---|---|---|---|---|---|---|
| 11/7/05 1740 | (init) | M,D,T | VG | N | P,O | V | 1 | Meds, sedation activity precautions wtn as directed. Weds AH GV |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |



Interdisciplinary
Patient/Family
Education Flowsheet

PRINTED: 02/27/2006 09:37

PATIENT INFORMATION

ERT   ERT   —
MCBAY, GARY BRICE
11/07/2005   MR 0000359017
PHYSICIAN, E R
DOB ██████   0531100375
M  29Y

AF FROM DEFAULT Sent 11/08/05 at 10:20:00    Page 1

* * * * * MHG **PATIENT INQUIRY** Demand Report * * * * *

Patient: MCBAY, GARY BRICE
Age: 29Y  Sex: M  DOB: ███
MR#: 0000359017
Admit Phys: PHYSICIAN, E R DE
Attend Phys: KILLEBREW, LARRY MD

Loc: ERT
Admit#: 0531100375
Order Phys: KILLEBREW, LARRY MD
Consult Phys:

Facility: ER Trauma
** PI DEMAND REPORT **
RunID: R1621536
Reported: 11/08/05 10:19

* * * * * * * * * TOXICOLOGY * * * * * * * * * *

| | 11/07/05 17:30 | REF RANGE | UNITS |
|---|---|---|---|
| Amphet | Negative | Negative | |
| Barb | Negative | Negative | |
| Benzo | Negative | Negative | |
| Cannab | Negative | Negative | |
| Cocaine | Negative | Negative | |
| Opiate | Negative | Negative | |
| Comment | See Note[1] | Negative | |

[1]Results are for medical / screening purposes only. Confirmation testing by reference lab available if ordered within 48 hours

Patient: MCBAY, GARY BRICE

Page 1 of 1

Clinical / Pathology Laboratory * Memorial Hospital at Gulfport * 4500 13th Street * Gulfport, MS 39501
Phone: 228-575-2300 * Fax: 228-575-2387

MHG Dept. of Pathology.   P. Saccoccia, Jr., MD   C. Slonaker, MD   M.J. Gandour, MD   J. Causey, MD

* * * * * * * * * * TOXICOLOGY * * * * * * * * * *