# Exhibit A
## Video To Be Filed Via Conventional Filing