# Exhibit C
## Video Excerpts to Be Filed Via Conventional Filing