# Exhibit D

Case 1:07-cv-01205-LG-RHW    Document 315-5    Filed 12/14/09    Page 2 of 11

McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson    August 14, 2009

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

Southern Division

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GARY BRICE McBAY,                         *

    Plaintiff,                        *

    v.                                *       Civil Action No.

HARRISON COUNTY, MISSISSIPPI  *       1:07CV1205-LG-RHW

BY AND THROUGH ITS BOARD OF   *

SUPERVISORS, et al.,              *

    Defendants.                       *

COPY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VIDEO-RECORDED DEPOSITION OF

MORGAN THOMPSON

August 14, 2009

11:48 a.m. - 12:45 p.m.

Hopewell, Virginia

REPORTED BY: Kurt D. Hruneni, CCR-VA

Case 1:07-cv-01205-LG-RHW    Document 315-5    Filed 12/14/09    Page 3 of 11

McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson                August 14, 2009

Page 9

```
 1      A      Yes, sir.
 2      Q      Did you request medical evaluation for
 3   injuries that he received from the use of force or from
 4   preexisting injuries?
 5      A      From the use of force.
 6      Q      All right.  So then the use of force
 7   resulted in Brice having facial swelling and bleeding
 8   from the nose.
 9      A      Yes, sir.
10      Q      And in this booking photograph, which is
11   page 3 of Exhibit 9, were those the injuries that Brice
12   received from the use of force by you?
13      A      He didn't look like that when I left.
14      Q      When you left?
15      A      When I left for the shift that evening.
16      Q      So he did not look like this after you used
17   excess -- or after you used force on Brice?
18      A      Not the purple and -- no.  No, sir.
19      Q      Well, then how do you explain how he looks
20   there?
21      A      It very well could have happened when we
22   got in the fight.  But I did not see him look like
23   that, personally.
24      Q      The report, on page 3 of Exhibit 7, says he
25   -- "McBay appeared intoxicated but able to follow
```

Case 1:07-cv-01205-LG-RHW   Document 315-5   Filed 12/14/09   Page 4 of 11

McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson          August 14, 2009

Page 15

```
 1      Q      All right.  And then that's when you had
 2   problems and what happened -- you say one thing, the
 3   report says another thing.  Whatever happened, happened
 4   in the shower.
 5      A      Uh-huh.
 6      Q      Outside of the camera.
 7      A      I was punched.  Right.
 8      Q      Yeah.
 9      A      On the left side of the head.
10      Q      And Brice was punched by you.
11      A      After punching me twice.  Yes.
12      Q      And how many times did you punch him?
13      A      Probably two or three times.
14      Q      And then you brought him out of the
15   shower --
16      A      Yes, sir.
17      Q      -- after you punched him?
18      A      Yes, sir.
19      Q      And what did you do with him at that point?
20      A      Put him in a holding cell.
21      Q      Okay.  Now, you would wear a hat while you
22   were on duty at times, wouldn't you?
23      A      Yes, sir.
24      Q      All right.  What is the significance, for
25   you, when you have your hat on forward or when you turn
```

Case 1:07-cv-01205-LG-RHW    Document 315-5    Filed 12/14/09    Page 5 of 11

McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson                August 14, 2009

Page 44

```
 1      Q       Without cameras.
 2      A       Yes, sir.
 3      Q       You hit Brice in the face.  You admit that.
 4      A       Yes, sir.
 5      Q       You got teased by a lot of the other
 6  booking officers about hitting inmates in the face;
 7  didn't you?
 8      A       Yes, sir.
 9      Q       All right.  The whole red light/green light
10  thing?
11      A       Yes, sir.
12      Q       Tell us about that.
13      A       Simple.  They would say red light's the
14  face, green light at the motor points.  And they said I
15  always went on the red light.  And McBay was a big
16  reason for that.
17      Q       And the booking officers teased you because
18  of -- well, we've already covered that.  You got teased
19  for hitting inmates in the face.
20      A       Because I gave him a black eye.
21      Q       And red light means anything that clothes
22  can cover, that you can't see.  No.  Wait.  I think I
23  got that backwards.
24              Red light is when you hit them in the face
25  and it leaves a mark people can see; is that right?
```

McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson                August 14, 2009

Page 45

1      A      Yes.
2      Q      And a green light is where you can hit
3  them, but it's hidden by the clothes and people can't
4  see it.
5      A      Green light's all the approved motor
6  points, the things you're supposed to hit.  Yeah.
7      Q      Would green light be in the body, anything
8  that is covered?
9      A      Yeah.
10          MR. BUCHANAN:  All right.  Mr. Thompson,
11     that's all the questions I have.  Thank you for
12     your time.
13          THE VIDEOGRAPHER:  Okay.  The time is
14     approximately 12:34 p.m., and this concludes
15     tape --
16          MR. BUCHANAN:  No --
17          MR. GEWIN:  I don't have any questions,
18     but you might.
19          MR. BRENDEL:  I do.  I have some follow-
20     up questions.  Is that what this tape involves?
21     Do you have enough room on this tape to continue?
22          THE VIDEOGRAPHER:  Yes.
23          MR. BRENDEL:  Ready?
24
25

Case 1:07-cv-01205-LG-RHW   Document 315-5   Filed 12/14/09   Page 7 of 11

McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson                     August 14, 2009

Page 47

```
 1   tough he was, and what he was going to do to everybody
 2   when he saw them on the street.
 3       Q      What did he smell like when you walked into
 4   the shower area?
 5       A      Sweat, alcohol. Smelled pretty bad.
 6       Q      Okay. When you say "alcohol," what do you
 7   mean by that?
 8       A      You could smell it on his breath. You
 9   could smell the beer on his breath. You know, when
10   somebody drinks a lot, you can kind of smell it coming
11   off their body, to. It's a real sour, nasty smell.
12       Q      Okay. So we're at the point now where he's
13   talking to you. What happens after that?
14       A      In the shower?
15       Q      Yes, sir.
16       A      I told him to remove his clothes, started
17   the dress out procedure. And I turned around to look
18   away to get more clothes for him, and he hit me in the
19   side of the head.
20       Q      You said you turned around and looked away.
21       A      Yes.
22       Q      Were you look --
23       A      I was looking out the door away, I'm
24   assuming, to get clothes. I was thinking that we had
25   clothes up on the ledge. But I was trying to get a
```

Case 1:07-cv-01205-LG-RHW    Document 315-5    Filed 12/14/09    Page 8 of 11

McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson                    August 14, 2009

Page 48

```
 1   jumpsuit for him.
 2             And when I was turned away, he hit me, back
 3   here around the jaw, right around my ear.
 4       Q     Had you done anything prior to that to
 5   provoke him doing that?
 6       A     No.  I mean, aside from just throwing
 7   answers like, "Oh, listen to you.  You've got little
 8   man syndrome," and all that, you know.  Just pretty
 9   much blowing it off.
10       Q     Is that the way you'd normally handle
11   inmates like that?
12       A     Yeah.
13       Q     Is that to kind of defuse the situation?
14       A     Yeah.
15       Q     And just so that we're clear.  You were
16   looking in the opposite direction when you got hit in
17   the head; is that right?
18       A     Yeah, yeah.
19       Q     Okay.  What part of the head did you get
20   hit on?
21       A     He caught me once in the jaw, back here
22   around my ear.
23       Q     Okay.  What side are you referring to?
24       A     On my left side.
25       Q     On your left side.  Was it with an open
```

Case 1:07-cv-01205-LG-RHW    Document 315-5    Filed 12/14/09    Page 9 of 11

McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson          August 14, 2009

Page 51

```
 1    like he was getting ready to do it.  And because he had
 2    already hit me twice, what's going to stop him from
 3    hitting me a third, fourth, fifth time.
 4         Q    Were you looking for a fight when you went
 5    into the shower?
 6         A    No.
 7         Q    Let me ask you a question.  Was this near
 8    the beginning or end of your shift?  Do you remember?
 9         A    I don't recall.
10         Q    Don't remember?  Okay.
11              We saw on the tape earlier, before you went
12    into the shower, it looked like Mr. McBay had gone to
13    the ground.  Do you remember pushing him to the ground?
14         A    No, I don't.  I don't.  You know, when you
15    saw it at the beginning of the tape and then you saw it
16    happen again at the end of the tape, some people will
17    sit down to put their shoes on and take their shoes
18    off.
19              That could have been what he was doing.  I
20    don't know.  But no.  I didn't put him on the ground.
21         Q    I mean, did you punch him when he went down
22    on the ground?  Did you do that before he went into the
23    shower?
24         A    No.
25         Q    The first time you all had a physical
```

Case 1:07-cv-01205-LG-RHW   Document 315-5   Filed 12/14/09   Page 10 of 11

McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson                August 14, 2009

Page 52

```
 1   altercation was in the shower; is that right?
 2        A     Yes, sir.
 3        Q     Okay.
 4        A     I was kind of stunned that he did it, to
 5   begin with.  Like I said, he caught me off guard.
 6        Q     Did you ever have a chance to talk to
 7   Mr. McBay after the incident?
 8        A     Yeah, yeah.  When he --
 9        Q     First of all, let me just -- let's set up
10   the time frame.  Approximately how long after the
11   incident did you all talk?
12        A     Probably -- probably about four or five
13   hours --
14        Q     Okay.
15        A     -- afterwards.
16        Q     What did you talk about?
17        A     He had -- I don't remember what cell he was
18   in.  But I remember him asking nicely, "Hey, man.  Can
19   I use the phone?"
20              Wow.  You know, that's a different version.
21   I walked up to him and I said, "Are you feeling a
22   little cool now?"
23              And he was like, "Yeah, yeah, yeah.  I just
24   need to use the phone.  Sorry about what happened."
25              Okay.  You know, I brought him out.  He
```

Case 1:07-cv-01205-LG-RHW   Document 315-5   Filed 12/14/09   Page 11 of 11

McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson                August 14, 2009

Page 54

```
 1      A       We were doing 10- to 12-hour shifts.
 2      Q       How many days a week?
 3      A       Any where from five to six days a week.
 4      Q       And if you were adequately staffed, how
 5   many hours would you be working?
 6      A       Probably 40, 45 hours a week.
 7              MR. BRENDEL:  That's all the questions I
 8   have.
 9
10           F U R T H E R   E X A M I N A T I O N
11              BY MR. BUCHANAN:
12      Q       Just a couple of follow-ups.
13              You said you took him into the shower, you
14   turned away.  And when you turned away, he hit you, and
15   that surprised you.
16      A       Yeah.
17      Q       All right.  And then hit you again?
18      A       Uh-huh.
19              MR. BRENDEL:  You have to say yes or no.
20              THE WITNESS:  Yes, yes.  I'm sorry.
21
22              BY MR. BUCHANAN:
23      Q       And then you had no choice, once he hit you
24   again, but to hit him with a closed fist to the face.
25      A       Yes, sir.
```