# Exhibit F

Page 1

1          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
2                  SOUTHERN DIVISION
3
4   GARY BRICE McBAY,
            Plaintiff,
5
6   VERSUS          CIVIL ACTION NO: 1:07cv1205LG-RHW
7
    HARRISON COUNTY, MISSISSIPPI,
8   by and through its Board of
    Supervisors; HARRISON COUNTY
9   SHERIFF, George Payne, in his
    official capacity; CORRECTIONS
10  OFFICER MORGAN THOMPSON,
    acting under color of state law,
11          Defendants.
12
13
                DEPOSITION OF GARY BRICE MCBAY
14
15      Taken at the offices of Brown Buchanan,
        P.A., 796 Vieux Marche' Mall, Suite 1,
16      Biloxi, Mississippi, on Tuesday, August
        18, 2009, beginning at 12:30 p.m.
17
18
    APPEARANCES:
19
        PATRICK R. BUCHANAN, ESQUIRE
20      Brown Buchanan, P.A.
        796 Vieux Marche' Mall, Suite 1
21      Biloxi, Mississippi  39530
            ATTORNEY FOR PLAINTIFF
22
        JOE C. GEWIN, ESQUIRE
23      HALEY BROOM, ESQUIRE
        Dukes, Dukes, Keating & Faneca, P.A.
24      2909 13th Street, Sixth Floor
        Gulfport, Mississippi  39501
25          ATTORNEYS FOR GEORGE PAYNE, JR.

1    Q.    Do you know where else you would have

2    been hit?

3    A.    I don't recall.

4    Q.    Do you remember coming out of the

5    shower?

6    A.    No.

7    Q.    Okay.  Did your attorney show you the

8    videotape of the booking area?

9    A.    Yes, sir.

10   Q.    So if you remember something today,

11   could it be because of looking at that video?

12   A.    No, sir.

13   Q.    You remember that one part right in the

14   middle, correct?

15   A.    What part in the middle?

16   Q.    In the shower being beat.

17   A.    Right.

18   Q.    And do you remember what you were saying

19   or doing at the time?

20   A.    Please, no more.

21   Q.    Do you remember anything else you said?

22   A.    No, sir.

23   Q.    Were you cursing the officers?

24   A.    I don't recall.

25   Q.    Do you remember just making noises and

Page 44

```
 1       A.    Oh, man.  I don't recall his name.

 2       Q.    Was he a local doctor?

 3       A.    DeSoto.

 4       Q.    You don't remember his name?

 5       A.    No, sir.

 6       Q.    Was he just a family doctor?

 7       A.    I believe so.

 8       Q.    Have you ever been to any kind of

 9  facility for detox?

10       A.    Yes, sir.

11       Q.    How many times?

12       A.    I don't recall, sir.

13       Q.    Is it the same place every time?

14       A.    No.

15       Q.    Well, name me the places that you've

16  been for the detox.

17       A.    I don't remember their name.

18       Q.    What state were they in?

19       A.    Texas.

20       Q.    Were they near your hometown?

21       A.    Near, yes.

22       Q.    You don't remember any of them?

23       A.    I don't remember the names.

24       Q.    When did that -- what point in your life

25  did that start?
```