# Exhibit G

# Harrison County Adult Detention Center
## George Payne, Sheriff
### Use of Force Report

| | | | |
|---|---|---|---|
| 1) Date: 11.16.2005 | 2) Time: 2100 hrs | 3) Location: Booking | 4) Incident Number |
| 5) Inmate's Name: McBAY GARY | | 6) Date of Birth: | 7) Sex: ☒ Male ☐ Female |
| 8) Docket Number: 278673 | 9) Block: N/A | 10) Section: N/A | 11) Cell: N/A |

12) Reason for use of Force:
☒ Necessary to defend another officer
☐ Necessary to defend another inmate
☒ To prevent violent behavior
☐ To restrain for inmate's safety
☐ Other: _____

| 13) Was inmate injured? ☒ yes ☐ no | 14) Transported? ☐ yes ☒ No | 15) Destination: N/A | 16) Screened by medical? ☒ Yes ☐ No |
|---|---|---|---|
| 17) # of inmates that resisted: 01 | 18) # of officers present: 02 | 19) Supervisor notified / time: SGT MATHIS 2115 HRS | 20) Notified supervisor's signature: _____ 157 |

21) At the time of the incident, the inmate was:
☒ Hostile Behavior   ☒ Suspected under the influence of alcohol / drugs   ☐ Mentally impaired
☐ Other: _____

22) Describe the inmate's injuries: FACIAL SWELLING, NOSE BLEED

23) Levels of resistance:
☒ Psychological Intimidation: Explain: MADE VERBAL THREATS AGAINST COUNTY STAFF
(non-verbal cues indicating inmate's attitude or physical readiness)

☐ Verbal-Non Compliance: Explain: INMATE VERBALLY REFUSED TO "DRESS OUT"
(verbal responses or threats of non-compliance to officer's directions)

☒ Passive Resistance: Explain: WOULD NOT COMPLY WITH LOUD CLEAR VERBAL COMMANDS
(dead weight or clinging to objects in an attempt to prevent the officer from gaining control)

☐ Defensive Resistance: Explain: _____
(pushing, pulling, or running away from the officer to avoid control; never attempting to harm the officer)

☒ Active Aggression: Explain: GRABBED DEPUTY THOMPSONS SHIRT AND PUNCHED HIM IN THE HEAD
(physical actions of assault)

☐ Aggravated Active Aggression: Explain: _____
(assaults with a weapon)

24) Levels of Control: (Officer Presence is Implied)
☒ Verbal Direction: Explain: McBAY WAS TOLD TO COMPLETE ACTIONS DURING DRESS OUT.
(commands of direction)

☒ Empty Hand Control (☐ Soft ☒ Hard): Explain: CLOSED HAND STRIKES TO HEAD AND FACE
☐ physical touch ☐ joint locks ☐ pressure points ☒ hand strikes ☐ leg strikes

Body Part: HEAD & FACE _____ Body Part: _____

☐ Intermediate Weapons: (Chemical etc.): _____

☐ Impact Weapons: (primary or alternative): _____

☐ Lethal Force: specify: (Firearms or other lethal force employed): _____

| 25) Reporting Officer No. 274 Name: THOMPSON | Division: BOOKING | Reviewing supervisor: No. 157 Name: Mathis | Disposition Date: | Page: 1 of 1 |

Inmate file ___ Director of Corrections ___ Captain of Security ___ Inmate medical file ___ Shift Records ___ Officer file ___

## Harrison County Adult Detention Center
### George Payne, Sheriff
### Use of Force Report

| Pressure Point Control Target Areas | Chemical Spray Target Area |
|---|---|

**Effects of Chemical Spray**

| 26) Was Spray Effective? | Were Further Control Methods Needed? |
|---|---|
| ☐ Yes  ☐ No | ☐ Yes  ☐ No |
| Number of Times Sprayed: | Approximate distance from subject: |
| Eyes: ☐ closure ☐ tears ☐ No effect | Skin: ☐ Redness ☐ Burning ☐ No effect |
| Nose: ☐ Discharge ☐ Irritation ☐ No effect | Chest: ☐ Coughing ☐ Labored Breathing |
| O.C. Spray administrative warning? ☐ Yes ☐ No Time: _____ | Decontamination: Start Time: _____ End Time: _____ |

P.P. --- Pressure point
HEH --- Hard empty hand
I.W. --- Impact Weapon

Variables affecting levels of control
1. Officer / subject size and gender
2. Environmental conditions and totality of circumstances
3. Reaction time

**This section to be completed by Medical staff only!**

27) Injuries Sustained by officer:
☒ yes ☐ No
Explain: Officer was grabed by inmate and hit several times in the head.

28) Injuries Sustained by Inmate:
☒ yes ☐ No Explain: Small superficial abrasion to back of head swollen brusied Ⓛ eye.

29) Location of Examination: Booking
Time of Examination: 2100

30) Examined by:
Staff Name: ᒪᒡᗩ Davidson ___ Badge #:

31) Medical treatment administered:
☒ Yes ☐ No
Explain: BP 130/88 P 81 R16. I/m AAOx3 PERRLA

32) Signature of Physician:

33) Narrative: I/m placed in shower to dress out I/m grabed officer and hit him several times in the head. I/m has small superficial cut to back of head, swollen and brusied. Ⓛ eye, PERRLA, AAOx3. Ⓝ other injuries noted at present time. — ᒪᒡᗩ Davidson
I/m stated when asked if his jaw was hurting I/m stated "No my jaw does not hurt." — ᒪᒡᗩ Davidson

34) Inmate Classification:
☐ Juvenile ☐ Minimum security ☐ Medium ☐ Maximum security ☐ Inmate worker

| 35) Reviewing Shift Lieutenant: | Division: | 36) Disposition: |
|---|---|---|
| No.    Name: | | ☐ Closed  ☐ Open  ☐ Under review |

Inmate file __   Director of Corrections __   Captain of Security __   Inmate medical file __   Shift Records __   Officer file __

# NARRATIVE FORM

| ☐ Juvenile Involved | | | |
|---|---|---|---|
| ☒ Original Report ☐ Offense Supplement ☐ Custody Supplement ☐ Other | Type Incident/C .e: INFORMATIONAL | Date of This Repo: 11/06/2005 | Date of Original Report 11/06/2005 |
| | Suspect/Victim Name MCBAY, GARY # 278873 | List Complaint Numbers of Connected Cases | |

| Status | Qty. | Article | Brand/Make | Model Name | Description | Serial No. or OAN | Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

ON NOVEMBER 6TH 2005, DEPUTY M. THOMPSON #224 WAS POSTED IN THE BOOKING DEPARTMENT FOR THE 1900 - 0700 HOURS SHIFT. AT APPROXIMATELY 2115 HOURS DEPUTY THOMPSON WAS PERFORMING THE DRESS OUT PROCEEDURE WITH NEW INMATE MCBAY, GARY H.C.A.D.C. DOCKET #278873. INMATE MCBAY APPEARED INTOXICATED BUT STILL ABLE TO FOLLOW VERBAL COMMANDS GIVEN BY DEPUTY THOMPSON. WHEN DEPUTY THOMPSON ASKED MCBAY TO REMOVE HIS (MCBAY) CLOTHING, MCBAY INDICATED THAT HE WOULD NOT "GET NAKED " AND TOOK AN AGGRESSIVE POSTURE TOWARDS DEPUTY THOMPSON WITH RAISED CLOSED FISTS. DEPUTY THOMPSON MOVED TOWARD MCBAY TO EMPLOY A SOFT EMPTY HAND CONTROL HOLD AND MCBAY THEN GRABBED DEPUTY THOMPSON BY THE SHIRT AND STRUCK DEPUTY THOMPSON APPROXIMATELY 2 TIMES ON THE SIDE OF THE HEAD WITH A CLOSED FIST. DURING THE ATTACK DEPUTY THOMPSON FELT HE WAS IN PHYSICAL DANGER AND RETURNED MULTIPLE BLOWS WITH CLOSED FISTS TO THE HEAD AND FACE AREA OF MCBAY. DEPUTY THOMPSON STOPPED ALL ACTIONS WHEN MCBAY LET GO OF HIS (THOMPSONS) SHIRT . DEPUTY THOMPSON REQUESTED MEDICAL EVALUATION VIA RADIO DUE TO MCBAY BLEEDING FROM THE NOSE AND FACIAL SWELLING. MEDICAL NURSE EVALUATED MCBAY AT APPROXIMATELY 2125 HOURS AND FOUND NO SERIOUS INJURIES TO HIS PERSON. MCBAY THEN COMPLIED WITH ALL FURTHER INSTRUCTIONS GIVEN BY DEPUTY THOMPSON AND COMPLETED THE DRESS OUT PROCESS WITH NO FURTHER INCIDENT. DEPUTY THOMPSON TOOK NO FUTHER ACTION IN THIS MATTER.

END OF NARRATIVE

**DISPOSITION**
☐ A. Cleared Adult Arrest
☐ B. Cleared Exceptional Adult
☐ C. Cleared Juvenile Custody
☐ D. Cleared Exceptional Juvenile
☐ E. Unfounded
☐ F. Other - Cleared Exceptional
☐ G. Suspended Closed

| Reporting Officer: No. 224  Name  M.THOMPSON | Division BOOKING | Reviewing Supervisor: No.   Name | Disposition Date |
|---|---|---|---|

White - Records    Canary - Crime Analysis    Pink - Court/CID    Gold - Patrol       Page  01  of  01

## NURSES NOTES

| DATE | TIME | |
|---|---|---|
| 11/6/05 | 2100 | Called to booking I/m started ERROR TO hit officer. I/m has small superficial cut on the back of his head. I/m (L) eye swollen and bruised. I/m denies any other injuries. I/m stated "I am OK." I/m is A&Ox3, PERRLA. I/m voices Ø other c/o at this time. I/m can move his jaw up and down, side to side without difficulty. Will place on Dr call next available visit. I/m was intoxicated and unable to sign consents at present time. Will follow up PRN. JuDavidson |

INITIAL  SIGNATURE
JD   JuDavidson

INITIAL  SIGNATURE

INITIAL  SIGNATURE

NAME-LAST: Mchay    FIRST: Gary    MIDDLE:    ALLERGIES:
INMATE # 27878

NURSE NOTES

EXHIBIT "2"