# Exhibit I

# Harrison County Adult Detention Facilit

George Payne, Jr., Sheriff

## Post Assignment

Shift: 1900-0700                                          Date: 11-06-05

| A-Tower | Booking | A-Block Headcount |
|---|---|---|
| Barnes #215 | Sgt. Mathis #157 | Lamey #175 |
| | Rhodes #192 | |
| A-Floor | Thompson #224 | |
| Lamey #175 | Windham #226 | |
| | Booking Control | B-Block Headcount |
| | Stover #308 | F.T.O. Foster #230 |
| B-Tower | | |
| Kocke #576 | Perimeter | |
| | Jaspers #199 | |
| D-Floor | | C-Block Headcount |
| F.T.O. Foster #230 | Medical Security | F.T.O. Priest #288 |
| | Boney #208 | |
| Intake Watch B/F | Front Desk | |
| Greer #191 | Beal #264 | D-Block Headcount |
| Lockdown Unit B/D | Williams #561 | Pettway #225 |
| | Tate #735   P/T | |
| Juvenile Unit B/C | Receptionist | F.T.O. Allen #243 |
| Cristaldi #249 | Glacier #734   P/T | |
| C-Tower | | Officers in Training |
| Nicholson #262 | Shift Supervisor | Drongowski #247 Medical Watch |
| | Sgt. Thomas #160 | Pettway #225 D - Floor |
| C-Floor | Secondary Supervisor | |
| F.T.O. Priest #288 | | |
| | | |
| | Annual/Sick Leave | Day Off |
| D-Tower | Sgt. Collins #153   A/L | Sgt. Caldwell #152 |
| Celentano #578 | Helken #254 Called In Sick | Sgt. Leonard #156 |
| | | F.T.O. Hester #252 |
| D-Floor | | Bennett #190 |
| Pettway #225 | | Alfonso #259 |
| | | Tippetts #257 |
| F.T.O. Allen #243 | | Richards #171 |
| Medical Watch D/F | | Moore #282 |
| Drongowski #247 | Response Team | Rankin #174 |
| F.T.O. Blankinchip #303 | Sgt. Thomas #160 | Lacour #231 |
| Central Control | F.T.O. Priest #288 | McLain #255 |
| Cornett #204 | F.T.O. Allen #243 | Roberson #326 |
| | Pettway #225 | Hubbard #241 |
| Rover | Payne #317 | Lacson #580 |
| Payne #317 | | White #562 |
| | | Spivey #553 |
| Hall Escort | | Adamson #197   P/T |
| | | Barnes #183 |
| | | Lorenzo #278 |
| | | Teel #329 |
| | | Stolze #251 |

Security Personnel on duty: 24
Part Time Personnel on duty: 02
Total Personnel on duty: 26