# Exhibit O

```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                          SOUTHERN DIVISION


GARY BRICE McBAY,
     Plaintiff,


VERSUS              CIVIL ACTION NO: 1:07cv1205LG-RHW


HARRISON COUNTY, MISSISSIPPI,
by and through its Board of
Supervisors; HARRISON COUNTY
SHERIFF, George Payne, in his
official capacity; CORRECTIONS
OFFICER MORGAN THOMPSON,
acting under color of state law,
     Defendants.



         30(b)(6) DEPOSITION OF HARRISON
            COUNTY SHERIFF'S DEPARTMENT,
          GEORGE H. PAYNE, JR., DESIGNEE

     Taken at the offices of Dukes, Dukes,
     Keating & Faneca, P.A., 2909 13th
     Street, Sixth Floor, Gulfport,
     Mississippi, on Thursday, October 1,
     2009, beginning at 9:05 a.m.

APPEARANCES:
     PATRICK R. BUCHANAN, ESQUIRE
     MARK V. WATTS, ESQUIRE
     Brown Buchanan, P.A.
     796 Vieux Marche' Mall, Suite 1
     Biloxi, Mississippi 39530
        ATTORNEYS FOR PLAINTIFF
```

1    Q.   And what did he tell you was
2    specifically addressed in it?
3    A.   I don't remember.  Like I said,
4    Mr. Martin and I talked probably twice a month.
5    Q.   All right.  Back to my original
6    question, then:  These pleas, how did you miss
7    what was going on in booking?
8    A.   I probably depended too much on the FBI
9    and justice and finding out what was going on and
10   not reporting it.
11   Q.   Do you believe that this is a -- this
12   problem in these plea exhibits is a problem you
13   should have known about?
14   A.   Yeah.  I don't know if it was possible
15   for me to know about it, but I wish I'd have known
16   about it.
17   Q.   Why wouldn't it be possible for you to
18   know about it?
19   A.   Well, I mean, if it was concealed -- and
20   it appears they concealed it, concealed it from
21   everybody, not only concealed it to me, but
22   concealed it from the FBI and the justice
23   department and the National Institute of
24   Corrections, which I had in that place probably a
25   half a dozen times.

1      Q.   And who would have been the person that
2   did that investigation?
3      A.   It would have either been Major Riley or
4   Steve Campbell with our professional standards
5   unit to see if there's any validity to it, to see
6   if the people were still working there, did we
7   have complaints, was it something we knew about or
8   didn't know about, things of that nature.
9      Q.   Do you know whether or not Riley or
10  Campbell investigated this?
11     A.   I'm sure they did.
12     Q.   Do you know what the findings were?
13     A.   I don't remember.
14     Q.   Do you know whether or not they would
15  have generated a written report relative to their
16  investigation of these concerns?
17     A.   If they were founded, yes.
18     Q.   Well, that may -- that probably leads to
19  a better question I should have asked you.  Are
20  you disputing the findings of the report, Exhibit
21  2?
22     A.   I'm not disputing the fact that some
23  people probably told Steve Martin some of these
24  things.
25     Q.   All right.  Mr. Martin says, These four