# Exhibit P

```
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                   SOUTHERN DIVISION
 3
 4   GARY BRICE McBAY,
         Plaintiff,
 5
 6   VERSUS              CIVIL ACTION NO: 1:07cv1205LG-RHW
 7
     HARRISON COUNTY, MISSISSIPPI,
 8   by and through its Board of
     Supervisors; HARRISON COUNTY
 9   SHERIFF, George Payne, in his
     official capacity; CORRECTIONS
10   OFFICER MORGAN THOMPSON,
     acting under color of state law,
11       Defendants.
12
13
              30(b)(6) DEPOSITION OF HARRISON
14              COUNTY SHERIFF'S DEPARTMENT,
              STEPHEN E. CAMPBELL, DESIGNEE
15
16       Taken at the offices of Dukes, Dukes,
         Keating & Faneca, P.A., 2909 13th
17       Street, Sixth Floor, Gulfport,
         Mississippi, on Thursday, October 1,
18       2009, beginning at 1:23 p.m.
19
20   APPEARANCES:
21       PATRICK R. BUCHANAN, ESQUIRE
         MARK V. WATTS, ESQUIRE
22       Brown Buchanan, P.A.
         796 Vieux Marche' Mall, Suite 1
23       Biloxi, Mississippi  39530
             ATTORNEYS FOR PLAINTIFF
24
25
```

```
 1        Q.    And what did Mr. Martin ask you about
 2   the Towner incident?
 3        A.    Well, he just -- he just didn't like it.
 4        Q.    What did he not like about it?
 5        A.    Well, what I got from him was inmates
 6   never do anything wrong, correction officers
 7   always screw up.
 8        Q.    So he felt that in the Towner incident
 9   that it was the correctional officers that did
10   wrong to the inmate?
11        A.    Well, they did; but the way he was
12   portraying it, it was -- it was a lot more severe
13   than what happened.
14        Q.    Did he feel that -- did you do an
15   investigative report on James Towner?
16        A.    I did.
17        Q.    Did he feel that your report did not
18   capture exactly what happened?  Is that what he
19   tried to convey to you?
20        A.    No.  I don't know if he read the report
21   or not, but -- I tell you what -- no, he just --
22   he kind of just didn't believe it.
23        Q.    Didn't believe the report?
24        A.    I don't know if he didn't believe the
25   report.  He just didn't believe that -- yeah, he
```

```
 1   THE WITNESS:
 2          I'm sorry?
 3   MR. WATTS:
 4     Q.    You can answer.
 5   MR. GEWIN:
 6          I'll object to the form of the question.
 7   He's asking for your thoughts, but if you can
 8   answer it, you can give it a shot.
 9     A.    Well, Steve Martin is a well respected
10   guy in his field, but the report -- I read the
11   report, but the sheriff didn't tell me to do
12   anything, okay, pursuant to that report.  And I
13   read it just to read it.  I mean, he gave it to me
14   to read, just to read it.  He didn't say -- he
15   didn't tell me to do anything.  And so I read it.
16          And, you know, he met -- Martin met, I
17   think, with Riley and maybe the sheriff after he
18   completed what he did and so -- you know, I'm not
19   putting anything off on them, but they -- you
20   know, that was their deal.  And, you know, if he
21   told me to do it, do something, you know, if he
22   said go do this, I would have done it.
23   MR. WATTS:
24     Q.    But what were your thoughts when you
25   read that there's -- a very disturbing pattern of
```