# Exhibit R

```
 1                UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 3                     SOUTHERN DIVISION
 4
 5   KASEY D. ALVES,
 6         Plaintiff,
 7      VS.                    CAUSE NO.: 1:06cv912 LG-JMR
 8   HARRISON COUNTY MISSISSIPPI, BY AND
     THROUGH THE BOARD OF SUPERVISORS;
 9   HARRISON COUNTY SHERIFF'S DEPARTMENT;
     SHERIFF GEORGE PAYNE, JR.; AND,
10   HEALTH ASSURANCE, LLC.,
11         Defendants.
12
13                        DEPOSITION
14                            OF
15                   ROBERT N. ELEUTERIUS
16          Taken on behalf of the Plaintiff
17      9:37 a.m., Wednesday, March 12th, 2008
18                          before
19              Lisa H. Brown, CSR #1166
20
21
22
23              COAST-WIDE REPORTERS
                   Court Reporters
24               Post Office Box 95
            Biloxi, Mississippi  39533-0095
25                 (228) 374-5066
```


ORIGINAL

```
 1  him.
 2       Q.   Have you ever met Mr. Steve Martin?
 3       A.   No, sir.
 4       Q.   All right.  Go to page seven.  Second
 5  paragraph, number one, Staff Use of Force.  Do you see
 6  that in the middle of the page?
 7       A.   I have Security Administration on page seven.
 8       Q.   Yeah, right below that.
 9       A.   Okay.  I'm sorry.  Yeah, I see it.
10       Q.   Okay.  And then it says, "In the six
11  previous reports filed since 1997 there was a single
12  instance in which I reported on a misapplication of
13  force, chemical agents or restraints."
14            Do you see that?
15       A.   Yes.
16       Q.   And then, the next sentence says, "As
17  aforementioned, there were thirty-one incidents of
18  force in December 2004, which represents a serious
19  increase in the use of force at HCDC."
20            Do you see that one?
21       A.   Yes, I do.
22       Q.   Do you remember reading this report and
23  seeing -- or being informed of this finding in this
24  report?
25       A.   I do remember being informed about it, yes.
```

```
 1        Q.   Did the Board take any action in response to
 2   that report to you?
 3        A.   I don't recall if that's one thing that we
 4   may have gone to the District Attorney with or not.  I
 5   just don't remember.  It's been too long ago.
 6        Q.   And then, it says, "In reviewing the use of
 7   force incident packages for November/December 2004, a
 8   very disturbing pattern of misuse of force is
 9   evident."
10             Do you remember being informed of that
11   finding?
12        A.   Yes.
13        Q.   And, again, do you remember if the Board took
14   any action or response to that?
15        A.   I do not.
16        Q.   And then, it says, "Of the four incidents
17   summarized below, it should be noted that four of the
18   same officers were involved in two or more of the four
19   incidents."  Were you made aware of that finding?
20        A.   No, I was not.
21        Q.   Again, when the sheriff submits -- the
22   sheriff has to submit the hiring of an individual to
23   the Board for approval; is that correct?
24        A.   Yes.
25        Q.   When the sheriff submits an individual for
```