```
1              IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
2                     SOUTHERN DIVISION

3

4    GARY BRICE McBAY,
          Plaintiff,
5

6    VERSUS          CIVIL ACTION NO: 1:07cv1205LG-RHW

7

8    HARRISON COUNTY, MISSISSIPPI,
     by and through its Board of
     Supervisors; HARRISON COUNTY
9    SHERIFF, George Payne, in his
     official capacity; CORRECTIONS
10   OFFICER MORGAN THOMPSON,
     acting under color of state law,
11        Defendants.

12

13   _____

              DEPOSITION OF REGINA L. RHODES
14   _____

15        Taken at the offices of Brown Buchanan,
          P.A., 796 Vieux Marche' Mall, Suite 1,
16        Biloxi, Mississippi, on Thursday,
          September 17, 2009, beginning at 2:22
17        p.m.

18

19   APPEARANCES:

20        PATRICK R. BUCHANAN, ESQUIRE
          MARK V. WATTS, ESQUIRE
21        Brown Buchanan, P.A.
          796 Vieux Marche' Mall, Suite 1
22        Biloxi, Mississippi  39530
             ATTORNEYS FOR PLAINTIFF
23
          JOE C. GEWIN, ESQUIRE
24        Dukes, Dukes, Keating & Faneca, P.A.
          2909 13th Street, Sixth Floor
25        Gulfport, Mississippi  39501
             ATTORNEY FOR GEORGE PAYNE, JR.
```

SIM                 **EXHIBIT**                 (228) 388-3130
                                                rting.com
tabbies        "C"

      _____

1      Q.    So it was just kind of a risk you took

2  working in booking; is that right?

3      A.    It wasn't explained to me as that way.

4      Q.    How was it explained to you?

5      A.    That we were going to work in booking.

6      Q.    If Jessie Lee Williams hadn't have been

7  beat to death that night, do you think you would

8  have gone to prison at all?

9      A.    No, sir.

10      Q.    There wasn't any real conspiracy, was

11  there?

12      A.    Conspiracy as in everybody wrote false

13  reports, yes, they did.

14      Q.    But not to murder somebody?

15      A.    I don't believe there was a conspiracy

16  to murder somebody.

17      Q.    You testified at your trial that you

18  didn't record these conversations except as to

19  protect yourself if someone said something to the

20  contrary; is that right?

21      A.    Yes, sir.

22      Q.    So your testimony today is that you did

23  not tape-record these deputies, booking deputies

24  that called you except as for future reference,

25  that you were not trying to lower your own prison