```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     SOUTHERN DIVISION



MARGUERITE CARRUBBA,
     Plaintiff,


VERSUS              CIVIL ACTION NO: 1:07cv1238


HARRISON COUNTY, MISSISSIPPI,
by and through its Board of
Supervisors; HARRISON COUNTY
SHERIFF, George Payne;
WAYNE PAYNE; DIANE GATSON RILEY;
STEVE CAMPBELL; RICK GATSON;
RYAN TEEL; KARLE STOLZE;
WILLIAMS PRIEST; JAMES A.
GONDLES, JR; AMERICAN
CORRECTIONAL ASSOCIATION;
JOHN AND JANE DOES 1-3; HEALTH
ASSURANCE, LLC AND J.L. WHITE,
     Defendants.
```

---

**DEPOSITION OF KARL STOLZE**

---

Taken at the offices of Dukes, Dukes, Keating & Faneca, 2909 13th Street, Sixth Floor, Gulfport, Mississippi, on Tuesday, September 22, 2009, beginning at 8:36 a.m.

**REPORTED BY:**

F. DUSTY BURDINE, CSR No. 1171
Simpson Burdine & Migues
Post Office Box 4134
Biloxi, Mississippi 39535
dusty@SBMreporting.com
(228) 388-3130

EXHIBIT "D"

```
 1       A.   No.
 2       Q.   Okay.  And you pled guilty to one count
 3  of conspiracy to deprive rights under color of
 4  law; is that correct?
 5       A.   Yes.
 6       Q.   Tell me about that conspiracy.  When did
 7  it start and end?
 8       A.   Well, according to the plea agreement,
 9  it started somewheres around August and ended in
10  January.
11       Q.   Okay.  Who were the co-conspirators?
12  Can you name them?
13       A.   Just -- I don't know.  Whoever was in
14  the trial, I suppose.
15       Q.   Was George Payne a part of your
16  conspiracy?
17       A.   Not that I can remember.
18       Q.   Did he ever meet with you or tell you
19  what to do?
20       A.   No.
21       Q.   Okay.  Was it a policy of the Harrison
22  County Jail that you knew about to abuse prisoners
23  for sport?
24       A.   No.
25       Q.   When did you first meet with the -- did
```

```
 1   you meet with the FBI first or just DOJ
 2   attorneys --
 3       A.   The attorneys.
 4       Q.   -- during the investigation?
 5       A.   I don't remember the date.
 6       Q.   How many times did you meet with them?
 7       A.   Twice.
 8       Q.   Did they tell you that you faced a long
 9   time in jail?
10       A.   Yes.
11       Q.   Were they specific, like life or just
12   20, 30 years, or what did they actually tell you?
13       A.   They were specific.
14       Q.   What was that?
15       A.   Life.
16       Q.   So were you offered the possibility of
17   serving life in prison if you didn't agree to this
18   one count plea?
19       A.   Yes.
20       Q.   At the sentencing hearing, did the U.S.
21   Probation Department present any testimony or
22   documents regarding their recommendations on the
23   sentencing?
24       A.   Only to the judge.
25       Q.   Okay.  Was it discussed in open court in
```