# EXHIBIT A

Case 1:07-cv-01205-LG-RHW   Document 338-2   Filed 01/14/10   Page 1 of 4

Case 1:07-cv-01205-LG-RHW   Document 338-2   Filed 01/14/10   Page 2 of 4

McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson                    August 14, 2009

Page 1



IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

Southern Division

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GARY BRICE McBAY,                    *

    Plaintiff,                   *

    v.                           *      Civil Action No.

HARRISON COUNTY, MISSISSIPPI  *      1:07CV1205-LG-RHW

BY AND THROUGH ITS BOARD OF   *

SUPERVISORS, et al.,          *

    Defendants.                  *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VIDEO-RECORDED DEPOSITION OF

MORGAN THOMPSON

August 14, 2009

11:48 a.m. - 12:45 p.m.

Hopewell, Virginia

REPORTED BY:  Kurt D. Hruneni, CCR-VA

Case 1:07-cv-01205-LG-RHW    Document 338-2    Filed 01/14/10    Page 3 of 4

McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson                August 14, 2009

Page 10

```
 1   verbal commands."
 2       A      Yes, sir.
 3       Q      You asked him to remove his clothing.  He
 4   indicated that he wouldn't "get naked," and took an
 5   aggressive posture towards you with closed fists.
 6              Where is this going on?  Where is he taking
 7   -- what part of the jail is he in or where is he
 8   located when he's taking this aggressive, closed fist
 9   posture towards you?
10       A      In the shower area, where we dress out
11   everybody.
12       Q      "Deputy Thompson moved toward McBay to
13   employ a soft empty hand control hold.  McBay grabbed
14   Deputy Thompson by the shirt and struck Deputy Thompson
15   approximately 2 times on the side of the head with a
16   closed fist."
17              During the attack, you felt you were in
18   physical danger and returned multiple blows with closed
19   fists to the head and face area of McBay.
20       A      That's not correct.  I didn't -- I had Teel
21   write this report out for me, because I was busy doing
22   property.
23       Q      All right.  What's not correct about it?
24       A      The soft empty hand control, however he put
25   it in there.  I didn't do that.  I had reached out the
```

Case 1:07-cv-01205-LG-RHW    Document 338-2    Filed 01/14/10    Page 4 of 4

McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson                August 14, 2009

Page 13

```
 1   people to enter into the computers.  And Teel offered,
 2   and I took him up on it.
 3       Q      All right.  Is that an accepted procedure,
 4   or was that an accepted procedure at the jail, to do
 5   reports for each other?
 6       A      Yes, sir.
 7       Q      Was that in writing?  I mean, was that
 8   authorized --
 9       A      Not in writing.  No.
10       Q      -- by your supervisors?
11       A      No.  It was just -- it was kind of assumed
12   that it was okay to do.  I mean, nobody had any
13   problems with it.  I had to go home to my kids.  I
14   don't want to stay there an extra two hours, you know.
15   So he offered to do it for me, and I let him do it.
16       Q      Did he witness what happened?  Teel?
17       A      No, sir.  No, sir.
18       Q      He just took what you told him?
19       A      Yes, sir.  Now, he had heard.  He had
20   heard, because we had an open spot in the side of the
21   shower, like a little pass-through, where we could hand
22   clothes and whatnot through.
23              And he had heard the verbal exchange, but
24   he didn't know anything about the physical exchange.
25       Q      So as I understand it then, it was you and
```