# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

GARY BRICE MCBAY                                                                PLAINTIFF

VERSUS                                                        CAUSE NO.: **1:07cv1205-LG-RHW**

HARRISON COUNTY, MISSISSIPPI, ET AL.                              DEFENDANTS

### DEFENDANT GEORGE PAYNE'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSIONS

COMES NOW Defendant George Payne, Jr., in his Official Capacity, by and through his attorneys, Dukes, Dukes, Keating & Faneca, P.A., pursuant to the Federal Rules of Civil Procedure, and produces this his Responses to Plaintiff's Request for Admissions, as follows, to wit:

Defendant reserves his right to supplement these Responses as investigation and discovery continue.

### REQUESTS FOR ADMISSIONS

**REQUEST NO. 1:** With reference to **Exhibit "A"** attached hereto, admit that the persons listed as being on duty on November 6, 2005 were present at the Harrison County Adult Detention Center on November 6, 2005.

**RESPONSE:** According to the Officer's time sheets, it is admitted that each person identified on the Post Assignment Sheet for shift 1900-0200, for November 6, 2005, did work and was present at the Harrison County Adult Detention. Please see the individual time sheets attached cumulatively as **Exhibit "1"**.

1

**REQUEST NO. 2:** With reference to **Exhibit "A"** attached hereto, admit that the persons listed as off duty on November 6, 2005 were not present at the Harrison County Adult Detention Center on November 6, 2005.

**RESPONSE:** According to the Officer's time sheets, it is admitted that each person listed under "Annual Leave/Sick Leave" and "Day Off" on the Post Assignment Sheet, Shift 1900-0200, dated November 6, 2005, did not work. However, to the extent Plaintiff is seeking an answer as to whether those individuals were even present at the Harrison County Adult Detention Center on the date in question, Defendant Payne is without sufficient information or belief to either admit or deny such request. Please see the individual time sheets attached cumulatively as **Exhibit "2"**.

RESPECTFULLY SUBMITTED, this the 18th day of September, 2009.

                                                   GEORGE PAYNE, JR., DEFENDANT

                     BY:    DUKES, DUKES, KEATING & FANECA, P.A.

                           BY:    *s/Cy Faneca*
                                      CY FANECA

Cy Faneca, MSB #5128
Joe Gewin MSB #8851
Haley Broom MSB #101838
**DUKES, DUKES, KEATING AND FANECA, P.A.**
2909 13th St., Sixth Floor
Post Office Drawer W
Gulfport, MS 39502
Telephone: 228/868-1111
Facsimile: 228/863-2886

2

## CERTIFICATE OF SERVICE

I, CY FANECA, do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Counsel for Plaintiff
        Robert G. Harenski
        P.O. Box 4961
        Biloxi, MS 39535

        Brown Buchanan, PA
        796 Vieux Marche, Suite 1
        Biloxi, MS 39530

    Counsel for Harrison County:
        Karen Jobe Young
        MEADOWS LAW FIRM
        P. O. Box 1076
        Gulfport, MS 39502

1. This, the 18th day of September, 2009.

                                              _s/Cy Faneca_
                                              CY FANECA

3

# Harrison County Adult Detention Facility
## George Payne, Jr., Sheriff
### Post Assignment

Shift: 1900-0700                                    Date: 11-06-05

| | | |
|---|---|---|
| **A-Tower** | **Booking** | **A-Block Headcount** |
| Barnes #215 | Sgt. Mathis #157 | Lamey #175 |
| | Rhodes #192 | |
| **A-Floor** | Thompson #224 | |
| Lamey #175 | Windham #226 | |
| | **Booking Control** | **B-Block Headcount** |
| | Stover #308 | F.T.O. Foster #230 |
| **B-Tower** | | |
| Kocke #576 | **Perimeter** | |
| | Jaspers #199 | |
| **B-Floor** | | **C-Block Headcount** |
| F.T.O. Foster #230 | **Medical Security** | F.T.O. Priest #288 |
| | Boney #208 | |
| **Intake Watch B/F** | **Front Desk** | |
| Greer #191 | Beal #264 | **D-Block Headcount** |
| **Lockdown Unit B/D** | Williams #561 | Pettway #225 |
| | Tate #735  P/T | |
| **Juvenile Unit B/C** | **Receptionist** | F.T.O. Allen #243 |
| Cristald #249 | Glaczier #734  P/T | |
| **C-Tower** | | **Officers in Training** |
| Nicholson #262 | **Shift Supervisor** | Drongowski #247 Medical Watch |
| | Sgt. Thomas #160 | Pettway #225 D - Floor |
| **C-Floor** | **Secondary Supervisor** | |
| F.T.O. Priest #288 | | |
| | **Annual/Sick Leave** | **Day Off** |
| **D-Tower** | Sgt. Collins #153 A/L | Sgt. Caldwell #152 |
| Celentano #578 | Heiken #254 Called In Sick | Sgt. Leonard #156 |
| | | F.T.O. Hester #252 |
| **D-Floor** | | Bennett #190 |
| Pettway #225 | | Alfonso #259 |
| | | Tippetts #257 |
| F.T.O. Allen #243 | | Richards #171 |
| **Medical Watch D/I** | | Moore #282 |
| Drongowski #247 | **Response Team** | Rankin #174 |
| F.T.O. Blankinchip #303 | Sgt. Thomas #160 | Lacour #231 |
| **Central Control** | F.T.O. Priest #288 | McLain #255 |
| Cornett #204 | F.T.O. Allen #243 | Roberson #326 |
| | Pettway #225 | Hubbard #241 |
| **Rover** | Payne #317 | Lacson #580 |
| Payne #317 | | White #562 |
| | | Spivey #553 |
| **Hall Escort** | | Adamson #197  P/T |
| | | Barnes #183 |
| | | Lorenzo #278 |
| | | Teel #329 |
| | | Stolze #251 |

Security Personnel on duty: 24
Part-Time Personnel on duty: 02
Total Personnel on duty: 26

EXHIBIT "A"

HARRISON COUNTY SHERIFF'S OFFICE
14 DAY REPORTING FORM FOR HOURLY 7-K

Name: Ryan Teel #329

Area of Assignment: Corrections

Reporting Period: October 31st, 05 — November 13th, 05
BEGINNING — ENDING

APPROVED: I hereby certify these hours as recorded are true and correct

_____
IMMEDIATE SUPERVISOR

REVIEWED: Riley
DIVISION SUPERVISOR

I hereby certify these hours, as recorded, are true and correct:

RT #329
EMPLOYEE'S SIGNATURE

RECORDED: _____
TIME CLERK

| DATE | DAY | WORK CODE | TIME IN | MEAL IN | MEAL OUT | TIME OUT | TIME IN | TIME OUT | TOTAL HRS. WORKED |
|---|---|---|---|---|---|---|---|---|---|
| 10-31 | 1/Mon | D | | | | | | | |
| 11-01 | 2/Tues | D | | | | | | | |
| 11-02 | 3/Wed | W | 1900 | | | 0715 | | | 12.25 |
| 11-03 | 4/Thur | W | 1900 | | | 0730 | | | 12.50 |
| 11-04 | 5/Fri | W | 1900 | | | 0730 | | | 12.50 |
| 11-05 | 6/Sat | W | 1900 | | | 0400 | | | 9.0 |
| 11-06 | 7/Sun | D | | | | | | | |
| 11-07 | 8/Mon | D | | | | | | | |
| 11-08 | 9/Tues | D | | | | | | | |
| 11-09 | 10/Wed | W | 1900 | | | 0715 | | | 12.25 |
| 11-10 | 11/Thur | W | 1900 | | | 0730 | | | 12.50 |
| 11-11 | 12/Fri | W | 1900 | | | 0730 | | | 12.50 |
| 11-12 | 13/Sat | W | 1900 | | | 0745 | | | 12.75 |
| 10-13 | 14/Sun | D | | | | | | | |

TOTALS
| CODE | HOURS | DAYS |
|---|---|---|
| W | 96.25 | 8 |
| D | 0.0 | 6 |
| A | | |
| S | | |
| X | | |
| U | | |
| H | | |
| M | | |
| C | | |

CODE   W- Worked
       D-Day Off
       A-Personal Leave
       S-Major Medical Leave*
       X-Administrative Leave
       U-Unexcused Absence
       H-Holiday
       M-Military Leave
       C-Compensatory

*Major Medical Leave is granted ONLY after one (1) day of Personal Leave is used. The fourth day of major medical leave must be accompanied by a doctor's certificate.

SUMMARY OF HOURS
Hrs. Enf. _____
Hrs. Trng. _____
Hrs. Crt. _____

FOR PERSONAL USE ONLY
HRS. WORKED.... 96.25
FLSA............... 86
                 10.25
               X  1.5
Compensatory
  Earned........... 15.38

86 Reg.
23.38  8 Hol
      10.25 OT
      X 1.5
      15.38

11/30/05