# EXHIBIT C



# Brown Buchanan
ATTORNEYS AT LAW
*A Professional Association*

**PASCAGOULA OFFICE**
3112 Canty Street
Post Office Box 2220
Pascagoula, Mississippi 39569-2220
Tel: 228.762.0035
Fax: 228.762.0299

www.brownbuchanan.com

**BILOXI OFFICE**
796 Vieux Marché, Suite 1
Post Office Box 1377
Biloxi, Mississippi 39533-1377
Tel: 228.374.2999
Fax: 228.435.7090

Patrick R. Buchanan
228.374.2999
mailb@brownbuchanan.com
Reply to: Biloxi

September 21, 2009

*Via Facsimile & U. S. Mail*
Ms. Haley N. Broom
Mr. Joe C. Gewin
Dukes, Dukes, Keating & Faneca
P.O. Drawer W
Gulfport, MS 39502-0680

      Re:   *Gary Brice McBay v. Harrison County, MS, et al*
              United States District Court for the Southern District of Mississippi
              Cause No. 1:07-cv-01205-LG-RHW

Dear Haley & Joe:

      Please provide us with the name, address and current telephone number of the person who completed the Use of Force report dated November 6, 2008. As you know, Officer Thompson testified that even though his name is on the report, he did not complete the report. Officer Thompson said Officer Teel completed the report. However, based on documents produced by you, and the testimony of Ms. Rhodes, it appears Officer Teel was not working on November 6, 2008. Therefore, Officer Teel could not have completed this report. You produced this Use of Force report in your pre-discovery disclosures, and I believe we are entitled to know the identity of the author.

      I again call upon you to either produce the booking assembly view for the relevant time period, or provide an explanation as to why this view is missing. As you now know from Ms. Rhodes' testimony, it appears Officer Thompson performed a takedown of Mr. McBay in this area. This action is contrary to Officer Thompson's testimony, and this tape is obviously important evidence.

Ms. Haley N. Broom
Mr. Joe C. Gewin
September 21, 2009
Page Two

I look forward to hearing from you.

Sincerely,

BROWN BUCHANAN, P.A.

PATRICK R. BUCHANAN

PRB/sg
cc:   Mr. Mark V. Watts
W9011Broom-Gewin092109sg