IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GARY BRICE MCBAY**     **PLAINTIFF**

**V.**     **CIVIL ACTION NO. 1:07CV1205-LG-RHW**

**HARRISON COUNTY, MISSISSIPPI, ET AL.**     **DEFENDANTS**

### DEFENDANT MORGAN THOMPSON'S MOTIONS IN LIMINE

COMES now Defendant Thompson, by and through his undersigned counsel, and submits this, his motions in limine, and respectfully requests that the Court exclude the following evidence that Thomson anticipates Plaintiff will introduce at trial, to wit:

1. Thompson's arguments and authorities in support of the instant motion are set forth more fully in the accompanying memorandum of authorities in support of motions in limine.

2. In support of the instant motion, Thompson submits the following exhibits, to wit:

   A. Exhibit "1" - Excerpts taken from Regina Rhodes' deposition transcript;

   B. Exhibit "2" - Written Notes Allegedly Made by Regina Rhodes at the Harrison County Adult Detention Center;

   C. Exhibit "3" - Various Newspaper Articles and Internet Articles

   D. Exhibit "4" - Booking Photographs of Other Inmate

   E. Exhibit "5" - Booking Photographs of Plaintiff

WHEREFORE, premises considered, Defendant Thompson requests that the above motions in limine be well taken and sustained.

RESPECTFULLY SUBMITTED, this the 1st day of April, 2010.

        MORGAN THOMPSON,
        Defendant

BY:   /s IAN A. BRENDEL
       JAMES L. DAVIS, III
       IAN A. BRENDEL
       Attorneys for Morgan Thompson

## CERTIFICATE OF SERVICE

I, IAN A. BRENDEL, attorney at law, do hereby certify that the undersigned counsel of record has been notified via ECF:

Robert G. Harenski, Esq.
P.O. Box 4961
Biloxi, MS 39533

Karen J. Young, Esq.
The Meadows Law Firm
P.O. Box 1076
Gulfport, MS   39502

Cy Faneca, Esq.
Dukes, Dukes, Keating & Faneca
P.O. Drawer W
Gulfport, MS   39502

Patrick R. Buchanan, Esq.
Mark Watts, Esq.
Brown Buchanan, PA
796 Vieux Marche
Suite 1
Biloxi, MS 39530

Tim Holleman, Esq.
Boyce Holleman & Associates
1730 23rd Ave.
Gulfport, MS 39501

THIS the 1st day of April , 2010.

BY: /s IAN A. BRENDEL
IAN A. BRENDEL

JAMES L. DAVIS, III - MS Bar #5820
IAN A BRENDEL -  MS Bar # 102659
Law Offices of Jim Davis
1904 – 24th Avenue
P. O. Box 1839
Gulfport, MS  39502
Ph:  228/864-1588