

3/13/2005 — 3/14/2005

8/20/2003

http://www.harrisoncountysheriff.com/docket/getimage.asp?docket=CJ0000248412        11/21/2007



http://www.harrisoncountysheriff.com/docket/getimage.asp?docket=CI0000260802    11/21/2007