

EXHIBIT

"8"

