

**EXHIBIT**
"9"