```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                       SOUTHERN DIVISION
 3
 4     GARY BRICE MCBAY,
            Plaintiff,
 5
 6     VERSUS              CIVIL ACTION NO: 1:07CV1205-LG-RHW
 7
       HARRISON COUNTY, MISSISSIPPI,
 8     BY AND THROUGH ITS BOARD OF
       SUPERVISORS; HARRISON COUNTY
 9     SHERIFF GEORGE PAYNE; WAYNE
       PAYNE; DIANE GASTON RILEY;
10     STEVE CAMPBELL; RICK GASTON;
       RYAN TEEL; MORGAN THOMPSON;
11     JOHN DOES 1 - 4; AMERICAN
       CORRECTIONAL ASSOCIATION;
12     JAMES A. GONDLES, JR.; UNKNOWN
       DEFENDANTS 1 - 3 EMPLOYEES OF
13     AMERICAN CORRECTIONAL
       ASSOCIATION; HEALTH ASSURANCE,
14     LLC, AND UNKNOWN DEFENDANTS 1
       - 2 EMPLOYEES OF AMERICAN
15     CORRECTIONAL ASSOCIATION,
            Defendants.
16
17
18            DEPOSITION OF THOMAS RANDAZZO
19
20       Taken at the offices of Dukes, Dukes,
         Keating & Faneca, 2909 13th Street,
21       Sixth Floor, Gulfport, Mississippi, on
         Thursday, July 9, 2009, beginning at
22       9:32 a.m.
23
24                    EXHIBIT
25                       A
```

1   going on or what, but I know there was quite a few
2   people there.
3       Q.   Did reading this narrative that you gave
4   one of the investigating police officers, does
5   that refresh your memory of any injuries that Mr.
6   McBay was showing that night?
7       A.   I really couldn't say because I don't
8   know if I injured him when I put him to the ground
9   either time.
10      Q.   I'm not asking what caused it, but your
11  report says that Mr. McBay had a bloody nose.
12      A.   Okay.  Well, if he did, I mean, that's
13  the only thing I can say is it happened when I put
14  him on the ground.  I'm not positive that I caused
15  injuries.
16      Q.   We're not asking that, just if he had a
17  bloody nose or not?
18      A.   I don't remember.  I really can't recall
19  now.
20      Q.   But you did this contemporaneous --
21      A.   If I said it in there, yes, that's what
22  happened.
23  MR. GEWIN:
24           Off the record, please.
25                 (Off the record.)

```
 1   him.
 2        Q.   And you felt like just putting a bear
 3   hug would have pretty much put him under control,
 4   too?
 5        A.   Yeah.
 6        Q.   After he hit you in the jaw, I believe
 7   you said you hit him?
 8        A.   Yes, sir.
 9        Q.   Where did you hit him?
10        A.   I'm not positive.  I know it was
11   somewhere above the neck -- or shoulder area.  I
12   mean, I may have caught him in the jaw, I may have
13   caught him in the nose, I may have caught him in
14   the top of the head.  I don't really remember.
15   But once I hit him, he went down, and that's when
16   I sat on him.
17        Q.   So after you hit him one time, he went
18   down?
19        A.   Yes, sir.
20        Q.   And then you sat on him.  Did you hit
21   him hard, as hard as you could?
22        A.   Probably.
23        Q.   Probably.  And at that point, he was
24   pretty much under control after you hit him one
25   time?
```