# HARRISON COUNTY SHERIFF'S OFFICE
## OFFENSE FORM I

INCIDENT NUMBER: 05-21278 (corrected to 21728)

### OFFENSE
- **1. Type Offense:** PUBLIC DRUNK
- **2. Code:** 2301
- **6. Date Offense Reported:** 11-06-05
- **7. Time Offense Reported:** 1929 HOURS
- **8. Location of Offense (Street Address):** 18009 TILLMAN RD. GULFPORT, MS 39503
- **9. Firm Name (If Commercial):** CHOPPERS LOUNGE
- **10. Grid:** N/A
- **11. Patrol Area:** S. WEST
- **12. Shift:** MIDNIGHT
- **13. Day(s) of Week Occurred:** S
- **5. Offense Occurred:** Earliest Date 11-06-05, Time 1929 / Latest Date 11-06-05, Time 1953

### VICTIM & WITNESS
**2. RP/W** - RANDAZZO, THOMAS SSN
- **25. Residence Address:** 1906 46TH AVE. GULFPORT, MS 39501
- **26. Res. Phone:** 228-547-4393
- **28. Sex:** M  **29. Race:** W
- **30. Employer/School:** CHOPPERS LOUNGE
- **31. Business/School Address:** 18009 TILLMAN RD. GULFPORT, MS 39503
- **32. Bus. Phone:** UNKNOWN

**3. RP** - ALLEN, KENNETH N.
- **35. Residence Address:** ON FILE
- **36. Res. Phone:** ON FILE
- **37. DOB:** ON FILE  **38. Sex:** M  **39. Race:** W
- **40. Employer/School:** HARRISON CO. SHERIFF DEPT.
- **41. Business/School Address:** P.O. BOX 1480 GULFPORT, MS
- **42. Bus. Phone:** 228-865-7060

**43. Victim/Suspect Relationship:** Alcohol Related ☒

### 62. Narrative of Offense
ON 11-06-05 DEPUTY ALLEN RESPONDED TO CHOPPER LOUNGE IN REFERENCE A DRUNK AND DISORDERLY COMPLAINT. UPON ARRIVAL DEPUTY ALLEN SPOKE TO THOMAS RANDAZZO WHO STATED THAT A WHITE MALE, LATER IDENTIFIED AS GARY MCBAY, WAS DISTURBING THE BUSINESS AND ASKED TO LEAVE. MR RANDAZZO SAID THAT HE WATCHED AS MR. MCBAY WAS LEAVING AND NOTICED HIM FALLING OVER AND HITTING OTHER VEHICLES. MR. RANDAZZO TOLD MR. MCBAY THAT HE DID NOT NEED TO BE DRIVING AND TO WAIT FOR THEM TO CALL HIM A TAXI. MR. RANDAZZO STATED THAT MR. MCBAY THEN ATTEMPTED TO ASSAULT HIM. MR. RANDAZZO THEN GRABBED MR. MCBAY AND HELD HIM DOWN UNTIL THE SHERIFF'S DEPT ARRIVED. DEPUTY ALLEN OBSERVED MR. RANDAZZO SITTING ON TOP OF MR. MCBAY AND NOTICED THAT MR MCBAY HAD A BLOODY NOSE. AMR RESPONDED AND MR. MCBAY REFUSED ANY TREATMENT. DEPUTY ALLEN THEN PLACED MR. MCBAY INTO CUSTODY AND TRANSPORTED HIM TO THE JAIL. MR. MCBAY WAS CHARGED WITH PUBLIC DRUNK.

### 64. MOI
| | Code | | Code |
|---|---|---|---|
| 1. Type of Premise | F | 7. Weapon Type | - |
| 2. Object of Attack | - | 8. Use of Weapon | - |
| 3. Point of Entry | - | 9. Method of Departure | C |
| 4. Method of Entry | - | 10. Demeanor of Suspect | F |
| 5. Method of Attack (Person) | - | 11. Evidence Obtained | - |
| 6. Method of Attack (Property) | - | 12. Place of Offense | C |
| | | 13. Solvability Factors | A |

**65. OFFENSE STATUS:** CLOSED - 10 Cleared Adult Arrest ☒; Signed Affidavit: Yes ☒

**66. Reporting Officer:** No. 75, Name: N. ALLEN
**67. Division:** PATROL
**68. Reviewing Supervisor:** No. 44
**69. Date of Status:** 11/06/05
**72. Attachments:** Custody Form ☒

EXHIBIT 3 Randazzo

EXHIBIT B

Page 01 of 02