Case 1:07-cv-01205-LG-RHW    Document 358-4    Filed 04/01/10    Page 1 of 4

McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson                August 14, 2009

Page 1

```
            IN THE UNITED STATES DISTRICT COURT

         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

                    Southern Division

************************************************

GARY BRICE McBAY,                *

     Plaintiff,                  *

     v.                          *    Civil Action No.

HARRISON COUNTY, MISSISSIPPI     *    1:07CV1205-LG-RHW

BY AND THROUGH ITS BOARD OF      *

SUPERVISORS, et al.,             *

     Defendants.                 *

************************************************

              VIDEO-RECORDED DEPOSITION OF

                   MORGAN THOMPSON

                   August 14, 2009

              11:48 a.m. - 12:45 p.m.

                 Hopewell, Virginia
```

REPORTED BY:   Kurt D. Hruneni, CCR-VA




(fax) 434.975.5400           Cav[alier Reporting]  [Videogra]phy          (direct) 434.293.3300
www.cavalier-reporting.com                                      production@cavalier-reporting.com

EXHIBIT C

McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson                August 14, 2009

Page 15

```
 1      Q      All right.  And then that's when you had
 2   problems and what happened -- you say one thing, the
 3   report says another thing.  Whatever happened, happened
 4   in the shower.
 5      A      Uh-huh.
 6      Q      Outside of the camera.
 7      A      I was punched.  Right.
 8      Q      Yeah.
 9      A      On the left side of the head.
10      Q      And Brice was punched by you.
11      A      After punching me twice.  Yes.
12      Q      And how many times did you punch him?
13      A      Probably two or three times.
14      Q      And then you brought him out of the
15   shower --
16      A      Yes, sir.
17      Q      -- after you punched him?
18      A      Yes, sir.
19      Q      And what did you do with him at that point?
20      A      Put him in a holding cell.
21      Q      Okay.  Now, you would wear a hat while you
22   were on duty at times, wouldn't you?
23      A      Yes, sir.
24      Q      All right.  What is the significance, for
25   you, when you have your hat on forward or when you turn
```

Case 1:07-cv-01205-LG-RHW   Document 358-4   Filed 04/01/10   Page 3 of 4

McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson                August 14, 2009

Page 44

```
 1      Q      Without cameras.
 2      A      Yes, sir.
 3      Q      You hit Brice in the face.  You admit that.
 4      A      Yes, sir.
 5      Q      You got teased by a lot of the other
 6   booking officers about hitting inmates in the face;
 7   didn't you?
 8      A      Yes, sir.
 9      Q      All right.  The whole red light/green light
10   thing?
11      A      Yes, sir.
12      Q      Tell us about that.
13      A      Simple.  They would say red light's the
14   face, green light at the motor points.  And they said I
15   always went on the red light.  And McBay was a big
16   reason for that.
17      Q      And the booking officers teased you because
18   of -- well, we've already covered that.  You got teased
19   for hitting inmates in the face.
20      A      Because I gave him a black eye.
21      Q      And red light means anything that clothes
22   can cover, that you can't see.  No.  Wait.  I think I
23   got that backwards.
24             Red light is when you hit them in the face
25   and it leaves a mark people can see; is that right?
```

Case 1:07-cv-01205-LG-RHW    Document 358-4    Filed 04/01/10    Page 4 of 4

McBay v. Harrison County, Mississippi, by and through its Board of Supervisors, et al
Videotaped deposition of: Morgan Lee Thompson                August 14, 2009

Page 54

```
 1    A       We were doing 10- to 12-hour shifts.
 2    Q       How many days a week?
 3    A       Any where from five to six days a week.
 4    Q       And if you were adequately staffed, how
 5    many hours would you be working?
 6    A       Probably 40, 45 hours a week.
 7            MR. BRENDEL:  That's all the questions I
 8    have.
 9
10         F U R T H E R    E X A M I N A T I O N
11            BY MR. BUCHANAN:
12    Q       Just a couple of follow-ups.
13            You said you took him into the shower, you
14    turned away.  And when you turned away, he hit you, and
15    that surprised you.
16    A       Yeah.
17    Q       All right.  And then hit you again?
18    A       Uh-huh.
19            MR. BRENDEL:  You have to say yes or no.
20            THE WITNESS:  Yes, yes.  I'm sorry.
21
22            BY MR. BUCHANAN:
23    Q       And then you had no choice, once he hit you
24    again, but to hit him with a closed fist to the face.
25    A       Yes, sir.
```