Page 1

```
1            IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
2                    SOUTHERN DIVISION
3
4   GARY BRICE McBAY,
        Plaintiff,
5
6   VERSUS            CIVIL ACTION NO: 1:07cv1205LG-RHW
7
    HARRISON COUNTY, MISSISSIPPI,
8   by and through its Board of
    Supervisors; HARRISON COUNTY
9   SHERIFF, George Payne, in his
    official capacity; CORRECTIONS
10  OFFICER MORGAN THOMPSON,
    acting under color of state law,
11      Defendants.
12
13
            DEPOSITION OF REGINA L. RHODES
14
15      Taken at the offices of Brown Buchanan,
        P.A., 796 Vieux Marche' Mall, Suite 1,
16      Biloxi, Mississippi, on Thursday,
        September 17, 2009, beginning at 2:22
17      p.m.
18
19  APPEARANCES:
20      PATRICK R. BUCHANAN, ESQUIRE
        MARK V. WATTS, ESQUIRE
21      Brown Buchanan, P.A.
        796 Vieux Marche' Mall, Suite 1
22      Biloxi, Mississippi  39530
            ATTORNEYS FOR PLAINTIFF
23
        JOE C. GEWIN, ESQUIRE
24      Dukes, Dukes, Keating & Faneca, P.A.
        2909 13th Street, Sixth Floor
25      Gulfport, Mississippi  39501
            ATTORNEY FOR GEORGE PAYNE, JR.
```

EXHIBIT
D

1    had a discussion with Officer Thompson about that

2    "X"?

3         A.    Yes, I did.

4         Q.    In that discussion, did Officer Thompson

5    tell you that "X" came from Brice's head

6    contacting the drain in the shower?

7         A.    Yes, he did.

8         Q.    Based on your training as a correction

9    officer for the Harrison County Detention Center,

10   was it okay to use force when people cussed you?

11        A.    No.

12        Q.    So if a drunk cussed you, you couldn't

13   take them down, cuff them or do anything else

14   physical to them?

15        A.    No.

16        Q.    Or, I guess, you shouldn't?

17        A.    Not according to policy.

18        Q.    Mr. Gewin talked with you about brachial

19   plexus stun and if an inmate approached you with a

20   shank, or a shiv I think was the word he used,

21   and, you know, could you defend yourself.  Exhibit

22   9 I'm going to show you is Brice's Use of Force

23   Report.  If you could just verify for me -- here

24   on the first page where it says --

25        A.    Active aggression?