# Harrison County Adult Detention Center
## George Payne, Sheriff
## Use of Force Report

1) Date: 11.16.2005
2) Time: 2100 hrs
3) Location: Booking
4) Incident Number:

5) Inmate's Name: McBay, Gary
6) Date of Birth:
7) Sex: ☒ Male ☐ Female

8) Docket Number: 278873
9) Block: N/A
10) Section: N/A
11) Cell: N/A

12) Reason for use of Force:
☒ Necessary to defend another officer
☐ Necessary to defend another inmate
☒ To prevent violent behavior
☐ To restrain for inmate's safety
☐ Other:

13) Was inmate injured? ☒ yes ☐ no
14) Transported? ☐ yes ☒ No
15) Destination: N/A
16) Screened by medical? ☒ Yes ☐ No

17) # of inmates that resisted: 01
18) # of officers present: 02
19) Supervisor notified / time: Sgt Mathis 2115 hrs
20) Notified supervisor's signature: [signature] 157

21) At the time of the incident, the inmate was:
☒ Hostile Behavior   ☒ Suspected under the influence of alcohol / drugs   ☐ Mentally impaired
☐ Other:

22) Describe the inmate's injuries: Facial Swelling, Nose Bleed

23) Levels of resistance:
☒ Psychological Intimidation: Explain: ___
(non-verbal cues indicating inmate's attitude or physical readiness)

☐ Verbal-Non Compliance: Explain: Inmate verbally refused to "press out" / made verbal threats against County Staff
(verbal responses or threats of non-compliance to officer's directions)

☒ Passive Resistance: Explain: Would not comply with loud clear verbal commands
(dead weight or clinging to objects in an attempt to prevent the officer from gaining control)

☐ Defensive Resistance: Explain: ___
(pushing, pulling, or running away from the officer to avoid control; never attempting to harm the officer)

☒ Active Aggression: Explain: Grabbed Deputy Thompsons shirt and punched him in the head
(physical actions of assault)

☐ Aggravated Active Aggression: Explain: ___
(assaults with a weapon)

24) Levels of Control: (Officer Presence is Implied)
☒ Verbal Direction: Explain: McBay was told to complete actions during press out.
(commands of direction)

☒ Empty Hand Control (☐ Soft ☒ Hard): Explain: Closed hand strikes to head and face
☐ physical touch ☐ joint locks ☐ pressure points ☒ hand strikes ☐ leg strikes
Body Part: Head & Face    Body Part: ___

☐ Intermediate Weapons: (Chemical etc.): ___

☐ Impact Weapons: (primary or alternative): ___

☐ Lethal Force: specify: (Firearms or other lethal force employed): ___

25) Reporting Officer No. 274 Name: Thompson    Division: Booking    Reviewing supervisor: No. 157 Name: McHn-s    Disposition Date:    Page: 1 of 1

**EXHIBIT E**

Inmate file ___ Director of Corrections ___ Cap[tain] ___ medical file ___ Shift Records ___ Officer file ___

# Harrison County Adult Detention Center
## George Payne, Sheriff
## Use of Force Report

**Pressure Point Control Target Areas** | **Chemical Spray Target Area**

### Effects of Chemical Spray

26) Was Spray Effective? ☐ Yes ☐ No
Number of Times Sprayed: _____

Were Further Control Methods Needed? ☐ Yes ☐ No
Approximate distance from subject: _____

Eyes: ☐ closure ☐ tears ☐ No effect
Skin: ☐ Redness ☐ Burning ☐ No effect
Nose: ☐ Discharge ☐ Irritation ☐ No effect
Chest: ☐ Coughing ☐ Labored Breathing

O.C. Spray administrative warning? ☐ Yes ☐ No   Time: _____
Decontamination: Start Time: _____ End Time: _____

P.P. —Pressure point
HEH—Hard empty hand
I.W.—Impact Weapon

Variables affecting levels of control
1. Officer / subject size and gender
2. Environmental conditions and totality of circumstances
3. Reaction time

**This section to be completed by Medical staff only!**

27) Injuries Sustained by officer:
☒ yes ☐ No
Explain: Officer was grabed by inmate and hit several times in the head.

28) Injuries Sustained by Inmate:
☒ yes ☐ No  Explain: Small superficial abrasion to back of head swollen bruised Ⓛ eye.

29) Location of Examination: Booking
Time of Examination: 2100

30) Examined by: Staff Name: JO Davidson RN  Badge #: _____

31) Medical treatment administered:
☒ Yes ☐ No
Explain: BP 130/88 P86 R16. I/m AAOx3 PERRLA

32) Signature of Physician: _____

33) Narrative:
I/m placed in shower to dress out. I/m grabed officer and hit him several times in the head. I/m has small superficial cut to back of head. Swollen and brusied Ⓛ eye, PERRLA, AAOx3. ∅ other injuries noted at present time.  — JO Davidson RN
I/m stated when asked if his jaw was hurting I/m stated "No my jaw does not hurt."  — JO Davidson RN

34) Inmate Classification:
☐ Juvenile ☐ Minimum security ☐ Medium ☐ Maximum security ☐ Inmate worker

35) Reviewing Shift Lieutenant:
No. _____  Name: _____
Division: _____

36) Disposition:
☐ Closed ☐ Open ☐ Under review

Inmate file ___  Director of Corrections ___  Captain of Security ___  Inmate medical file ___  Shift Records ___  Officer file ___

| | | Harrison County Sheriff's Office | | Case Number |
|---|---|---|---|---|
| ☐ Juvenile Involved | | NARRATIVE FORM | | |

| ☑ Original Report | Type Incident/Offense: | Date of This Report | Date of Original Report |
|---|---|---|---|
| ☐ Offense Supplement | INFORMATIONAL | 11/06/2005 | 11/06/2005 |
| ☐ Custody Supplement | Suspect/Victim Name | List Complaint Numbers of Connected Cases | |
| ☐ Other | MCBAY, GARY # 278873 | | |

| Status | Qty. | Article | Brand/Make | Model Name | Description | Serial No. or OAN | Value |
|---|---|---|---|---|---|---|---|

ON NOVEMBER 6TH 2005, DEPUTY M. THOMPSON #224 WAS POSTED IN THE BOOKING DEPARTMENT FOR THE 1900 - 0700 HOURS SHIFT. AT APPROXIMATELY 2115 HOURS DEPUTY THOMPSON WAS PERFORMING THE DRESS OUT PROCEEDURE WITH NEW INMATE MCBAY, GARY H.C.A.D.C. DOCKET #278873. INMATE MCBAY APPEARED INTOXICATED BUT STILL ABLE TO FOLLOW VERBAL COMMANDS GIVEN BY DEPUTY THOMPSON. WHEN DEPUTY THOMPSON ASKED MCBAY TO REMOVE HIS (MCBAY) CLOTHING, MCBAY INDICATED THAT HE WOULD NOT "GET NAKED " AND TOOK AN AGGRESSIVE POSTURE TOWARDS DEPUTY THOMPSON WITH RAISED CLOSED FISTS. DEPUTY THOMPSON MOVED TOWARD MCBAY TO EMPLOY A SOFT EMPTY HAND CONTROL HOLD AND MCBAY THEN GRABBED DEPUTY THOMPSON BY THE SHIRT AND STRUCK DEPUTY THOMPSON APPROXIMATELY 2 TIMES ON THE SIDE OF THE HEAD WITH A CLOSED FIST. DURING THE ATTACK DEPUTY THOMPSON FELT HE WAS IN PHYSICAL DANGER AND RETURNED MULTIPLE BLOWS WITH CLOSED FISTS TO THE HEAD AND FACE AREA OF MCBAY. DEPUTY THOMPSON STOPPED ALL ACTIONS WHEN MCBAY LET GO OF HIS (THOMPSONS) SHIRT. DEPUTY THOMPSON REQUESTED MEDICAL EVALUATION VIA RADIO DUE TO MCBAY BLEEDING FROM THE NOSE AND FACIAL SWELLING. MEDICAL NURSE EVALUATED MCBAY AT APPROXIMATELY 2125 HOURS AND FOUND NO SERIOUS INJURIES TO HIS PERSON. MCBAY THEN COMPLIED WITH ALL FURTHER INSTRUCTIONS GIVEN BY DEPUTY THOMPSON AND COMPLETED THE DRESS OUT PROCESS WITH NO FURTHER INCIDENT. DEPUTY THOMPSON TOOK NO FUTHER ACTION IN THIS MATTER.

END OF NARRATIVE

DISPOSITION
☐ A. Cleared Adult Arrest
☐ B. Cleared Exceptional Adult
☐ C. Cleared Juvenile Custody
☐ D. Cleared Exceptional Juvenile
☐ E. Unfounded
☐ F. Other - Cleared Exceptional
☐ G. Suspended Closed

| Reporting Officer: | | Division | Reviewing Supervisor: | | Disposition Date |
|---|---|---|---|---|---|
| No. 224 Name M.THOMPSON | | BOOKING | No. Name | | |

White - Records    Canary - Crime Analysis    Pink - Court/CID    Gold - Patrol    Page 01 Of 01

# Harrison County Adult Detention Facility
George Payne, Jr., Sheriff
**Post Assignment**

Shift: 1900-0700                                                                 Date: 11-06-05

| A-Tower | Booking | A-Block Headcount |
|---|---|---|
| Barnes #215 | Sgt. Mathis #157 | Lamey #175 |
|  | Rhodes #192 |  |
| **A-Floor** | Thompson #224 |  |
| Lamey #175 | Windham #226 |  |
|  | **Booking Control** | **B-Block Headcount** |
|  | Stover #308 | F.T.O. Foster #230 |
| **B-Tower** |  |  |
| Kocke #576 | **Perimeter** |  |
|  | Jaspers #199 |  |
| **B-Floor** |  | **C-Block Headcount** |
| F.T.O. Foster #230 | **Medical Security** | F.T.O. Priest #288 |
|  | Boney #208 |  |
| **Intake Watch B/F** | **Front Desk** |  |
| Greer #191 | Beal #264 | **D-Block Headcount** |
| **Lockdown Unit B/D** | Williams #561 | Pettway #225 |
|  | Tate #735  P/T |  |
| **Juvenile Unit B/G** | **Receptionist** | F.T.O. Allen #243 |
| Cristaldi #249 | Glaczier #734  P/T |  |
| **C-Tower** |  | **Officers in Training** |
| Nicholson #262 | **Shift Supervisor** | Drongowski #247  Medical Watch |
|  | Sgt. Thomas #160 | Pettway #225  D - Floor |
| **C-Floor** | **Secondary Supervisor** |  |
| F.T.O. Priest #288 |  |  |
|  | **Annual / Sick Leave** | **Day Off** |
| **D-Tower** | Sgt. Collins #153  A/L | Sgt. Caldwell #152 |
| Celentano #578 | Heiken #254  Called In Sick | Sgt. Leonard #156 |
|  |  | F.T.O. Hester #252 |
| **D-Floor** |  | Bennett #190 |
| Pettway #225 |  | Alfonso #259 |
|  |  | Tippetts #257 |
| F.T.O. Allen #243 |  | Richards #171 |
| **Medical Watch D/F** |  | Moore #282 |
| Drongowski #247 | **Response Team** | Rankin #174 |
| F.T.O. Blankinchip #303 | Sgt. Thomas #160 | Lacour #231 |
| **Central Control** | F.T.O. Priest #288 | McLain #255 |
| Cornett #204 | F.T.O. Allen #243 | Roberson #326 |
|  | Pettway #225 | Hubbard #241 |
| **Rover** | Payne #317 | Lacson #580 |
| Payne #317 |  | White #562 |
|  |  | Spivey #553 |
| **Hall Escort** |  | Adamson #197  P/T |
|  |  | Barnes #183 |
|  |  | Lorenzo #278 |
|  |  | Teel #329 |
|  |  | Stolze #251 |

Security Personnel on duty: 24
Part-Time Personnel on duty: 02
Total Personnel on duty: 26

HEALTH ASSURANCE LLC

## NURSES NOTES

| DATE | TIME | |
|---|---|---|
| 11/16/05 | 2100 | Called to booking. I/m effort Error to hit officer. I/m has small superficial cut on the back of his head. I/m Ⓛ eye swollen and bruised. I/m denies any other injuries. I/m stated "I am ok." I/m is AAOx3, PERRLA. I/m voices ø other c/o at this time. I/m can move his jaw up and down, side to side without difficulty. Will place on Dr call next available visit. I/m was intoxicated and unable to sign consents at present time. Will follow up PRN. — L. Davidson — |

INITIAL  SIGNATURE   INITIAL  SIGNATURE   INITIAL  SIGNATURE
LD      L. Davidson

NAME-LAST: Mckay    FIRST: Gary    MIDDLE:     ALLERGIES:
INMATE # 278783

NURSE NOTES

```
RMR              Sheriff Custody - Medical Observations (Page 1)    DATE: 12/14/07
QPADEV00 LE100S02                                                   TIME: 10:41:12

(en) Next Screen                                    (24) Exit
Docket: CJ    278783 File #     92765    Name MCBAY,GARY BRICE
 1) Obvious pain/bleeding/injury/illness requiring medical treatment? Y
    INMATE HAD A BLOODY NOSE WHEN HE CAME IN SEEN BY MEDICAL
 2) Was taken to hospital prior to intake? N

 3) Appear UI Alcohol Y    Drugs N
    INMATE UI OF ALCOHOL
 4) Visible signs of Alcohol/Drug withdrawal? N

 5) Obvious signs of fever/jaundice/infection which might be contagious? N

 6) Skin free of vermin? Y
    CLEAN
 7) Difficulty understanding questions or spoken language? Y
    INMATE MAKING STRANGE STATEMENTS
```

```
  RMR              Sheriff Cust .y - Medical Observations   ige 2)    DATE: 12/14/07
  QPADEV00 LE100S03                                                   TIME: 10:41:12

 (en) Next Screen      (4) Previous Screen      (24) Exit
Docket: CJ    278783 File #     92765    Name MCBAY,GARY BRICE
 8) Experiencing/Demonstrating/exhibiting signs of   Stress Y   Assaultive Y
Anger    Y  Hostility Y  Violent Behavior Y  Lifeless reaction Y
Passive  N  Depression N  Disorientation   Y  Hearing Voices   N
Bizarre Behavior      Y  Extreme emotions Y  Nervousness       Y
    INMATE ACTING VERY BIZARRE AND TALKING TO HIMSELF


 9) Have scars on wrists, legs or neck (possibly self-inflicted) N
```



## INQUIRY — BOOKING HISTORY

### System Info Header
- DocketID: CJ0000278783
- SSN: 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
- Severity: Misdemeanor
- PIN: 92765
- Inmate Status: RELEASED
- Release Date: 11/07/2005

### Inmate Name
- Last: MCBAY
- First: GARY
- Middle: BRICE

### Assigned Documents
(none)

### Booking History

| DocketID | Booking Date/Tm | Booking Agency | Release Date/Tm | Facility | PIN | Arresting Agency | Charge Descrip |
|---|---|---|---|---|---|---|---|
| CJ0000278783 | 11/06/2005 / 21:24:00 | | 11/07/2005 / 1:18:00 | | 92765 | H. HARRISON CO. | PUBLIC DRUNK |

### Controls
Attach Document | Print Report | Back | Next

---

USER: FERRELL MADINE
DATE: 10:53:51 Friday 12/14/2007
PROCESSING:

F2 – Form Menu, F3 – Screen Menu, F10 – Logoff, F1 – Submit, F4 – Next Screen, F5 – Previous Screen,
F6 – Add To List, F8 – Print Screen

JMS 1.4
SP6

```
 RMR       LE100S71       Sheriff Custody - Event History           11/27/2007
                                                                    10:15:35
 (1) Display   (2) First   (3) Next  11 - 7 - 2005 Time 13 : 32    (24) Exit

Arrest No: CJ    278783 File #      92765 Name MCBAY,GARY BRICE

 Date       Time  Type      Code   Comment
 11/06/2005 21:29 PERSON    ADD
 11/06/2005 21:31 BSC       H
 11/06/2005 21:31 CHARGE    ADD
 11/06/2005 21:31 CHRGSTAT  NI
 11/06/2005 21:32 PROPERTY  ACQ    PANTS        SHORTS
 11/06/2005 21:32 PROPERTY  ACQ    SHOES        X2 WHITE
 11/06/2005 21:32 PROPERTY  ACQ    SHIRT        BROWN
 11/06/2005 21:32 PROPERTY  ISS    BLANKET
 11/06/2005 21:32 PROPERTY  ISS    CUP
 11/06/2005 21:32 PROPERTY  ISS    SOAP
 11/06/2005 21:32 PROPERTY  ISS    MATTRESS
 11/06/2005 21:32 PROPERTY  ISS    PROP SHEET
 11/06/2005 21:32 PROPERTY  ISS    SHEET
 11/06/2005 21:32 MEDICAL   ADD
 11/07/2005 01:13 CHARGE    MOD
 11/07/2005 01:14 CHARGE    NOTES
 11/07/2005 13:32 RELEASED         BC
```

```
 RMR       LE100S71        Sheriff Custody - Event History              11/27/2007
 QPADEV00                                                                10:15:35
 (1) Display    (2) First    (3) Next  11 - 6 - 2005  Time  22 : 58     (24) Exit

Arrest No: CJ    278783 File #     92765 Name MCBAY,GARY BRICE

   Date       Time  Type       Code   Comment
11/07/2005   13:32  RELEASED           BC
11/07/2005   13:33  PROPERTY   REL     PANTS       SHORTS
11/07/2005   13:33  PROPERTY   REL     SHOES       X2 WHITE
11/07/2005   13:33  PROPERTY   REL     SHIRT       BROWN
11/07/2005   13:33  PROPERTY   RET     BLANKET
11/07/2005   13:33  PROPERTY   RET     CUP
11/07/2005   13:33  PROPERTY   RET     SOAP
11/07/2005   13:33  PROPERTY   RET     SANDALS     TWO
11/07/2005   13:33  PROPERTY   RET     PANTS
11/07/2005   13:33  PROPERTY   RET     SPOON
11/07/2005   13:33  PROPERTY   RET     TOOTHPASTE
11/18/2005   15:36  RECORDS    NUMB    92765
11/18/2005   15:36  PERSON     MOD
```

```
RMR      LE100S10              eriff Custody - Personal              11/27/2007
QPADEV00                                                              10:26:38
         age 2      (13) Charges    (14) History    (15) Property   (16) Medical
  (17) Scheduling  (18) Accounting  (19) View Photo  (20) Line-up    (24) Exit

Docket:  CJ    278783   Arrest Date  11 - 6 - 2005 Time 21 :  5 Ofcr 192
                        Release Date 11 - 7 - 2005 Time 13 : 32 Ofcr 261
Rel Code BC BONDING COMPAN Bond Co 2285390349         ASAP PROFESSIONAL BOND CO
Bond Amt     500.00  Receipt Number                Name  B WILLIAMS
===============================================================================
         MCBAY, GARY BRICE                Alias
Address  1109 SILVER CREEK                Occ:     UNEMPLOYED
City     DE SOTO              ST TX  ZIP 75115      Phone  (    )    -
Race:  W  Sex: M  Height 5  6  Weight 150  Hair BLN  Eyes BLU
SSN:                  Driver License Num:                      DL State: TX
DOB:    -   -      Age 29   Birth City: DALLAS            Birth State: TX
File Number     92765    FBI Number NONEFOUND   DOC Number

                       -----------------------------------------
Cell CJ HC4    HOLDING CELL 4              BSC Code H  HARRISON CO SO
-------------------------------------------------------------------------------
Photograph Y (Y/N)  Fingerprints N (Y/N) Phone Call Y (Y/N)
```