IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

GARY BRICE McBAY,
    Plaintiff,

VERSUS            CIVIL ACTION NO: 1:07cv1205LG-RHW

HARRISON COUNTY, MISSISSIPPI,
by and through its Board of
Supervisors; HARRISON COUNTY
SHERIFF, George Payne, in his
official capacity; CORRECTIONS
OFFICER MORGAN THOMPSON,
acting under color of state law,
    Defendants.

---

**DEPOSITION OF GARY BRICE MCBAY**

---

Taken at the offices of Brown Buchanan, P.A., 796 Vieux Marche' Mall, Suite 1, Biloxi, Mississippi, on Tuesday, August 18, 2009, beginning at 12:30 p.m.

**APPEARANCES:**

PATRICK R. BUCHANAN, ESQUIRE
Brown Buchanan, P.A.
796 Vieux Marche' Mall, Suite 1
Biloxi, Mississippi  39530
    ATTORNEY FOR PLAINTIFF

JOE C. GEWIN, ESQUIRE
HALEY BROOM, ESQUIRE
Dukes, Dukes, Keating & Faneca, P.A.
2909 13th Street, Sixth Floor
Gulfport, Mississippi  39501
    ATTORNEYS FOR GEORGE PAYNE, JR.

SIMPSON BURDINE & MIGUES  (228) 388-3130
E-mail: lmigues@sbmreporting.com



EXHIBIT "C"

```
 1        Q.   The bottom paragraph on this page, it
 2   says, With regard to his behavioral status, the
 3   patient reported he is more irritable and easily
 4   frustrated.
 5        You've had a pretty quick temper your
 6   whole life, haven't you?
 7        A.   That's not true.
 8        Q.   How about when you're drinking?
 9        A.   No, not really.
10        Q.   You don't get combative?
11        A.   No.
12        Q.   It says, Mr. McBay acknowledged that
13   following the incident he stayed drunk for a long
14   time to avoid thinking about what had happened to
15   him.  Is that a fair statement?
16        A.   That's fair.
17        Q.   You told him that?
18        A.   That's fair.
19        Q.   You didn't stay any drunker than you
20   usually did, did you?
21        A.   I don't know.
22        Q.   I mean, you drank a lot for a long time
23   way before this happened, didn't you?
24        A.   No.
25        Q.   One of your medical histories is
```

```
1      A.    Who is this from?
2      Q.    This is Dr. Martin's notes.  That's what
3  it says at the bottom, S Martin.  Page 20 we're
4  on.
5      A.    Okay.  I see.  The question again, now?
6      Q.    Is that an accurate statement?
7  MR. BUCHANAN:
8           What it says here?
9  MR. GEWIN:
10          Yes, sir.
11 MR. BUCHANAN:
12          All right.  Do you know what ETOH means?
13 THE WITNESS:
14          No, I don't.
15 MR. BUCHANAN:
16          All right.  You can verify what it says,
17 but if you don't know what ETOH means --
18 MR. GEWIN:
19     Q.    Well, how about was drinking too much,
20 do you know what that means?
21     A.    Yes.
22     Q.    Okay.  What period of time were you
23 drinking too much?
24     A.    Afterwards.
25     Q.    But not before?
```

1   A.   No.
2   Q.   Can black out, did you black out from
3   drinking before this incident at the jail?
4   A.   I don't recall.  I don't think so.
5   Q.   Let's look on Page 21, if you would.
6   And it says, At the time of the incident had a
7   home in -- is that Canton, Texas?
8   A.   Pretty much, yes.
9   Q.   Not there a lot, I guess because of
10  Katrina, always being gone, living there with
11  Crystal times so many years.  Can you tell how
12  many years that is?  Is that one year?
13  A.   I can't tell, sir.
14  Q.   I can't either.  It looks like it's
15  either one year or seven years.
16  A.   Well, I know it ain't seven.
17  Q.   But, anyway, at the time of the
18  incident, you and Crystal lived at the house that
19  your parents bought you; is that correct?
20  A.   No.
21  Q.   Is this a different house?
22  A.   No.
23  Q.   All right.  Home in Canton, Texas?
24  A.   Pretty much.
25  Q.   When you say "pretty much," what do you

```
 1        A.    Going up there with my dad Christmas and
 2   help him.
 3        Q.    Was he adjusting something --
 4        A.    Uh-huh.
 5        Q.    -- some kind of storm up there?
 6        A.    Uh-huh.
 7        Q.    Is that yes?
 8        A.    Yes, sir.
 9        Q.    For Eberl?
10        A.    No.
11        Q.    Pilot?
12        A.    Pilot.
13        Q.    Was this just a winter storm?
14        A.    Yes, sir.
15        Q.    Wind damage?
16        A.    I don't recall.
17        Q.    And you and your dad were -- you were
18   driving?
19        A.    No, sir.  I was on a train.
20        Q.    Was your dad on the train with you?
21        A.    No, sir.
22        Q.    How did your dad go up there?
23        A.    He flew.
24        Q.    Was he already there?
25        A.    Yes, sir.
```

```
 1     Q.   Are you afraid to fly?
 2     A.   No, sir.
 3     Q.   Why did you take a train?
 4     A.   I had never took a train.
 5     Q.   How long had your dad already been in
 6  Washington?
 7     A.   I'm not sure.
 8     Q.   Days or weeks?
 9     A.   I'd say weeks.
10     Q.   Okay.  He didn't want you there in a
11  hurry?
12     A.   That wasn't it.  I wanted to take a
13  train.
14     Q.   All right.  And where did you catch the
15  train, in San Antone or --
16     A.   Dallas.
17     Q.   Dallas.  So did the train, did it lay
18  over in San Antone?
19     A.   That's correct.
20     Q.   For how long did it lay over?
21     A.   I don't know.
22     Q.   Overnight?
23     A.   I suppose.
24     Q.   Did you have a sleeper car or just
25  coach?
```

```
 1        A.    Coach.
 2        Q.    So the train -- this is right at
 3   Christmas, right?
 4        A.    Correct.
 5        Q.    So you get on the train by yourself?
 6        A.    Correct.
 7        Q.    Nobody went with you.  How long does it
 8   take to get from -- was it from Dallas?
 9        A.    Uh-huh.
10        Q.    Is that yes?
11        A.    Yes.
12        Q.    Dallas to San Antone?
13        A.    On a train?
14        Q.    Yeah.
15        A.    Awhile, with multiple stops.
16        Q.    So was it -- apparently you started on
17   the train, then, before the day before Christmas
18   Eve?
19        A.    No.  It would have been that day.
20        Q.    Okay.  So they said we're going to stop
21   for -- do you remember how long they said they
22   were going to stop for?
23        A.    No, I don't.
24        Q.    Had you been drinking on the train?
25        A.    Yes.
```

```
 1      Q.   How much had you had to drink on the
 2   train?
 3      A.   Not much.
 4      Q.   Okay.  So what did you do when you got
 5   off the train?
 6      A.   Went to a bar.
 7      Q.   Okay.  What was the name of it?
 8      A.   I don't recall.
 9      Q.   Was it near Frio Street downtown San
10   Antone?
11      A.   I don't know.
12      Q.   How long did you stay in the bar?
13      A.   Not long.
14      Q.   Thirty minutes, five hours?
15      A.   No.
16      Q.   Did you miss the train?
17      A.   Uh-huh.
18      Q.   Is that yes?
19      A.   Yes, sir.
20      Q.   Did you talk to people when you were
21   drinking in the bar?
22      A.   I'm sure I did.
23      Q.   Did anything happen, any altercation,
24   disagreement, argument?
25      A.   No, no.
```

```
 1    Q.   Okay.  Were you drinking beer?
 2    A.   Yes.
 3    Q.   Do you have any idea how many beers you
 4  had on the train?
 5    A.   No idea, sir.
 6    Q.   Do you have any idea how many beers you
 7  had in the bar?
 8    A.   No, sir.
 9    Q.   Did you pass out in the street?
10    A.   From what I hear.
11    Q.   What's the last thing -- do you remember
12  leaving the bar?
13    A.   No, sir.
14    Q.   Do you remember drinking in the bar?
15    A.   Uh-huh.
16    Q.   Is that yes?
17    A.   Yes.
18    Q.   And that's when everything went blank,
19  when you were drinking in the bar?
20    A.   That's correct.
21    Q.   And what's the first thing you remember
22  after -- you remember drinking in the bar, and
23  then is it blank?
24    A.   Uh-huh.
25    Q.   Is that yes?
```

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | What's the next thing you remember? |
| 3 | A. | Waking up the next morning. |
| 4 | Q. | Where were you when you woke up? |
| 5 | A. | Hospital. |
| 6 | Q. | Okay. In San Antone? |
| 7 | A. | Correct. |
| 8 | Q. | Did someone call your parents for you? |
| 9 | A. | No -- well, yeah. When they released me, I went into the checkout, then they called my parents. |
| 12 | Q. | Did anyone come to pick you up or meet you in San Antone? |
| 14 | A. | Taxi. |
| 15 | Q. | And where did the taxi take you? |
| 16 | A. | Back to my home in DeSoto. |
| 17 | Q. | How long a taxi ride is that? |
| 18 | A. | A while. |
| 19 | Q. | Hundreds of miles? |
| 20 | A. | I don't know, from here -- |
| 21 | Q. | How long did the trip take you? |
| 22 | A. | From here to Dallas -- I mean, it would be from San Antonio to Dallas, five, six hours, seven. |
| 25 | Q. | Okay. This is -- they're not numbered, |

1  but it's the last page in this Exhibit 5.  They
2  tested your blood alcohol.  It said it was .507.
3       A.   Okay.
4       Q.   Did anybody ever tell you that?
5       A.   No, sir.
6       Q.   And underneath the .507 it says, Death
7  can occur at this level.  Those inexperienced with
8  alcohol will have medullary paralysis.  Cardiac
9  and respiratory paralysis are imminent.  A few
10 heavy chronic drinkers may still be free of frank
11 coma even at this level.
12      A.   Okay.
13      Q.   It sounded like you had more than a few
14 beers if you had a .5 plus BAC.
15      A.   Okay.
16      Q.   I mean --
17      A.   I don't recall.
18      Q.   That's saying you almost died from it.
19      A.   Okay.
20      Q.   And you've told us several times how
21 your mom is wrong about you had an alcohol
22 problem.
23      A.   Uh-huh.
24      Q.   You still believe that?
25      A.   I drank too much that night.

```
 1       Q.   That says chronic -- only chronic
 2  drinkers could live through what happened to you.
 3       A.   Okay.
 4       Q.   I mean, before that night you had had a
 5  good bit to drink, right?
 6       A.   Okay.
 7       Q.   Do you agree?
 8       A.   I suppose.
 9       Q.   I mean, do you or not, yes or no?
10       A.   Yeah.
11  MR. GEWIN:
12            What number is that, Pat, five?
13  MR. BUCHANAN:
14            Five.
15  MR. GEWIN:
16            This is the going to be the East Texas
17  Medical Center in Tyler, Texas record, Number 6.
18            (Exhibit 6 was marked.)
19  MR. GEWIN:
20       Q.   Let me see it.  Do you remember going to
21  the East Texas Medical Center in Tyler, Texas?
22       A.   Yes, sir.
23       Q.   Okay.  And according to the record, it
24  says you were admitted March 31st, 2006,
25  correct?  Does that sound right?
```