UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

GARY BRICE MCBAY                                                                                           PLAINTIFF

V.                                                       CIVIL ACTION NO. 1:07CV1205-LG-RHW

HARRISON COUNTY, MISSISSIPPI BY AND
THROUGH ITS BOARD OF SUPERVISORS;
HARRISON COUNTY SHERIFF GEORGE PAYNE;
WAYNE PAYNE; DIANE GATSON RILEY;
STEVE CAMPBELL; RICK GATSON; RYAN TEEL;
MORGAN THOMPSON; JOHN DOES 1-4;
AMERICAN CORRECTIONAL ASSOCIATION;
JAMES A GONDLES, JR.; UNKNOWN DEFENDANTS
1-3 EMPLOYEES OF AMERICAN CORRECTIONAL
ASSOCIATION; HEALTH ASSURANCE LLC AND
UNKNOWN DEFENDANTS 1-2 EMPLOYEES OF
AMERICAN CORRECTIONAL ASSOCIATION                                          DEFENDANTS

## RECORDS AFFIDAVIT

STATE OF MISSISSIPPI
COUNTY OF HARRISON

Personally appeared before me, the undersigned authority in and for the aforesaid jurisdiction, Christus Santa Rosa Hospital, (or alternatively, records custodian), who upon his/her oath, stated that (1) he/she has first hand knowledge of the maintenance and/or storage of the attached records; (2) the attached records are a true and correct copy of the medical records that were kept in the regular course of the examination, evaluation, and/or treatment of GARY BRICE MCBAY; and (3) pursuant to the regular course and scope of activities of the office of Christus Santa Rosa Hospital, and made at or near the time of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

I certify the above declaration is true and correct under penalty of perjury.

_____
Affiant

SWORN to and subscribed before me, this the 13 day of July, 2009.

_____
Notary Public

My commission expires:

8-4-2012

GRACE B. ANCIRA
Notary Public
STATE OF TEXAS
My Comm. Exp. Aug. 04, 2012

EXHIBIT

"D"

```
                        Christus Santa Rosa HealthCare Lab                    PAGE 2
CHRISTUS SANTA ROSA   ER OUTPATIENT DOCTOR REPORT-MEDICAL RECORDS
Health Care
RUN DATE: 12/23/03                      LOCATION
RUN TIME: 2231                  SR Emergency Department
```

| Patient: MCBAY,GARY B | #RD0020588398 | (Continued) |
|---|---|---|

| Test | Normal | Abnormal | Flag | Reference |
|---|---|---|---|---|
| SGPT/ALT | 20 | | | 10-50 U/L |
| | *New test methodology.* | | | |
| | *Reference range and units may have changed.* | | | |
| ALK PHOS | | 151 | H | 40-129 U/L |
| | *New test methodology.* | | | |
| | *Reference range and units may have changed.* | | | |
| ALCOHOL | | 507(b) | *H | NONE DETECT MG/DL |
| | *Death can occur at this level. Those inexperienced with alcohol will have medullary paralysis. Cardiac and respiratory paralysis are iminent. A few heavy chronic drinkers may still be free of frank coma even at this level. New test methodology. Reference range and units may have changed.* | | | |

```
Spec #: 1223:H00182S    Coll: 12/23/03-0258  Recd: 12/23/03-0307   REQ #: 02993466
ID #:                   Room:                                      STATUS: COMP
Pt Ph:                  Other Doctor:
Ordered:   CBC, PT/PTT
Comments:  Collector's Name: VICK
```

| Test | Normal | Abnormal | Flag | Reference |
|---|---|---|---|---|
| CBC(b) | | | | |
| WBC | 10.8 | | | 4.5-11.0 th/mm3 |
| RBC | 4.70 | | | 4.5-5.9 MIL/mm3 |
| HGB | 15.1 | | | 13.5-17.5 g/dL |
| HCT | 45.1 | | | 41-53 % |
| MCV | 96.0 | | | 80-100 fL |
| MCH | 32.1 | | | 26-34 pg |
| MCHC | 33.4 | | | 31-37 g/dL |
| RDW | 13.6 | | | 11.5-14.5 % |
| PLT | 312 | | | 140-440 TH/mm3 |
| MPV | 7.6 | | | 6.1-9.1 fL |
| | *New result range effective 4/2/01.* | | | |
| NEU# | 5.26 | | | 1.8-7.7 TH/mm3 |
| LYM# | 4.40 | | | 1.0-4.8 TH/mm3 |
| MONO# | 0.47 | | | 0.3-0.7 TH/mm3 |
| | *New normal ranges effective 6/9/02* | | | |
| EOS# | 0.52 | | | 0.2-0.6 TH/mm3 |
| | *New normal ranges effective 6/9/02* | | | |
| BASO# | 0.10 | | | 0.00-0.20 TH/mm3 |
| NEU% | 48.8 | | | 40-70 % |
| LYM% | 41.0 | | | 24-44 % |
| MONO% | 4.4 | | | 3.0-11.0 % |
| EOS% | | 4.8 | H | 1.0-3.0 % |

(b)  Test performed at : Christus Santa Rosa Laboratory
                         333 N. Santa Rosa St.  San Antonio, Texas 78207

** CONTINUED ON NEXT PAGE **

**LABORATORY REPORT**

0219145 (4/02)                                                              MNA