## <u>MEDICAL RECORDS AFFIDAVIT</u>

STATE OF TEXAS

COUNTY OF DALLAS

      Personally appeared before me, the undersigned authority in and for the aforesaid

jurisdiction, _Will Williams_, (or alternatively, _Will Williams_, Records

Custodian), who, upon his/her oath, stated that (1) he/she has first-hand knowledge of the

maintenance and/or storage of the attached records; (2) the attached records are a true and correct

copy of the medical records that were kept on file in the regular course of the examination,

evaluation, and/or treatment of **Gary Brice McBay**, Date of Birth: ▊▊▊▊▊▊, Social

Security No.: ▊▊▊▊▊▊; and (3) the records were generated in the regular course and

activities of **Cedars Hospital, Desoto, Texas**, and made at or near the time of the matters set

forth by, or from information transmitted by, a person with knowledge of those matters.

      I certify the above declaration is true and correct under penalty of perjury.

_(signature)_

AFFIANT

Sworn to and subscribed before me, this _19_ day of _November_, 200_9_.

_(signature)_

My Commission Expires:

_5-5-2012_

Notary Public



MARY COBB
NOTARY PUBLIC
State of Texas
Comm. Exp. 05-05-2012



**EXHIBIT**

"E"

# THE CEDARS HOSPITAL

## DISCHARGE SUMMARY

**PATIENT NAME:** Gary McBay
**MEDICAL RECORD #:** 20991
**ADMISSION DATE:** 06-05-05
**DISCHARGE DATE:** 06-07-05
**ATTENDING PHYSICIAN:** Manoochehr Khatami, M.D.
**DICTATED BY:** Ray Garcia

**INITIAL DIAGNOSIS:**
**AXIS I:**     Alcohol dependence.
**AXIS II:**    None.
**AXIS III:**   None.
**AXIS IV:**    Severe.
**AXIS V:**     Current GAF is 35. Highest past year is 50.

**DISCHARGE DIAGNOSIS:**
**AXIS I:**     Alcohol dependence.
**AXIS II:**    None.
**AXIS III:**   None.
**AXIS IV:**    Economic.
**AXIS V:**     Current GAF is 45. Highest past year is 50.

**IDENTIFICATION/REASON FOR ADMISSION:** This 28-year-old male was admitted for hospitalization as a result of significant alcohol use, identifying drinking up to a case of beer per day. He indicated deterioration in self-care activities as well as amassing large beer tabs. The patient was identifying impairments in concentration and attention spans, low self-esteem, as well as isolative and withdrawn. He was drinking until he passed out. He was assessed as at high risk for withdrawals as well as unable to maintain abstinent status and therefore admitted for inpatient detoxification and stabilization.

**PSYCHIATRIC HISTORY:** The patient was indicating previous outpatient trials of Ambien, Zoloft and Paxil with limited response with no other treatment interventions noted.

**PHYSICAL STATUS:** Medically stable.

**LAB EXAMINATIONS:** Drug screen results were negative. Ethanol levels below 10. Urinalysis results in range.

**HOSPITAL COURSE:** The patient was admitted to the inpatient program to address significant alcohol use, impending withdrawals, inability to abstain as well as lack of coping

**Gary McBay**                                        Discharge Summary
DOA:  06-05-05
Page 2

skills.  He was initially placed on close observation status with the patient started on a
Valium countdown to address withdrawal symptoms.

He was initially having some difficulties adjusting to treatment milieu, preoccupied with
discharge, and wanting to leave treatment.  He was encouraged to stay and agreed to do so,
especially in light of high relapse potential as well as high risk for withdrawals.  He
continued to benefit from medication administration in helping to alleviate severity of
withdrawal symptoms with vital signs stabilizing.  He was encouraged to initiate Step work,
as well as encouraged to work on better utilizing external support.  The need to work on
increasing awareness of the disease process was reinforced with the patient slowly better
engaging as well as better aware of his need for treatment.  He was indicating plans to
pursue sponsorship as well as to pursue 12-Step participation.  The patient was able to
identify reduction and subsequent cessation of further withdrawal symptoms as well as
indicating feeling better about himself and about the future.  He was subsequently
discharged effective 06/07 to outpatient status.

**CONDITION ON DISCHARGE:**  Somewhat improved.  Affect and mood were more
stable.  He was oriented x 3.  Memories for recent and remote events were essentially intact.
No overt delusions or hallucinations were noted.  Denying any overt suicidal or homicidal
thoughts.  Insight and judgment had improved.

**DISCHARGE MEDICATIONS:**  None noted.

**DISCHARGE/AFTERCARE INSTRUCTIONS:**    The patient was encouraged to
continue with outpatient 12-Step meetings as well as regular sponsor contact.

**DIET:**  As tolerated.

**ACTIVITY:**  As tolerated.

**PROGNOSIS:**  Fair with continued follow up.


Manoochehr Khatami, M.D.
DICTATED BY:  Ray Garcia
MK: RG/kc-mv/MT          D:  06-06-06          T:  06-06-06    # 01536

# PSYCHIATRIC EVALUATION FORM

| Patient's Name: BRICE McBAY | ☒ Male ☐ Female | Age: 28 |
|---|---|---|

| Date Seen by ~~Physician~~ 6/5/05 | Time Seen by Physician: 6:15 pm | Source of Information: Patient | Reliability: |
|---|---|---|---|

**Reason for Admission:** "My drinking — I drink way too much."
(Mother wants patient to be here)

**Chief Complaint:** "I drink too much & I'm tired of "

**Precipitating Stresses:** Pressure from mother/father who are supportive and explored Rx options for patient

**History of Present Illness:**

28 y/o WM seeking inpt Rx of ETOH ism.
Employed in insurance traveling, 5 yrs; impaired functioning at work — "doesn't complete responsibilities, Consumes Case beer/day (12 oz cans) least drink 3AM; drives while drunk; PWI - 3 yrs ago); Consumed Case/day, Age 21-24, ↑'d consumption but ince ? lemon ago — related to traveling. Identifies mother stressors; No significant others; Drinks c̄ friends — "all my friends drink." First drink age 9 at Grandfathers house c̄ a cousin; in HS drank every weekend; in 10-12th drank every morning before school; Consumption ↑'d when got out of athletics — played baseball, martial arts.
No current legal problems. Last time tried to quit 2 yrs ago — stayed sober 4 days — resumed "out of boredom" Denies Craving
No AM drinking. Binge drinker as a teenager No H/o DTs of ETOH W/D seizures

**Recorded by:** ___ RN            **Attending Physician:** ___

Mini-Mental Status Examination to be completed?  ☐ Yes (If yes, see attached MMSE)  ☐ No            SCORE: [          ]



THE CEDARS HOSPITAL

## PSYCHIATRIC EVALUATION FORM
(Complete at time of admission)

Revised: 10/04; 05/04; 09/04

PATIENT IDENTIFICATION

| PATIENT NAME Gary McBay | LOCATION OF ASSESSMENT Cedars | DATE 6/5/05 | TIME |
|---|---|---|---|

| DATE OF BIRTH 8/5/76 | AGE 28 | SS# 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 | SEX ☒ MALE ☐ FEMALE | MARITAL STATUS ☒ S ☐ M ☐ D ☐ S ☐ W | MR# |
|---|---|---|---|---|---|

| FAMILY PHYSICIAN | PHONE# | REFERRAL SOURCE |
|---|---|---|

## PRECIPITATING EVENT (Why is the patient seeking treatment at this time)

I drink too much

Had gone once before but wat ready for help

## PRESENTING PROBLEM

Beer tabs going out are $300. Physical condition getting worse not taking care of myself Daily drinking gets a 130 pk every other day plus what he drinks when he goes out.

Doesn't know how to communicate in life in general

CURRENT STRESSORS: found a Job, social skills

| # Days Psychiatric problems in last 30 days: | # Days Marital problems in last 30 days: | # Days CD problems in last 30 days: |
|---|---|---|

| Previous Diagnosis: | SPN (Special Provider Network): |
|---|---|

Current Diagnosis
Axis I: Alcohol Dep
Axis II: Deferred
Axis III: None
Axis IV: Work
Axis V: 35

## PREVIOUS PSYCHIATRIC & CHEMICAL DEPENDENCY TREATMENT HISTORY (Inpatient & Outpatient)

| WHERE | DATE | PSYCH OR CD | WHERE | DATE | PSYCH OR CD |
|---|---|---|---|---|---|
| none | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Outpatient Psychiatrist none | | Phone Number |
|---|---|---|
| Outpatient Therapist none | | Phone Number |

THE CEDARS HOSPITAL

2000 N. Old Hickory Trail
DeSoto, Texas 75115
(972) 298-7323
www.cedarshospital.com

PATIENT IDENTIFICATION

## INTAKE PSYCHOSOCIAL ASSESSMENT

Revised; 12/04; 11/02

PAGE 1 OF 6

FORM IR-03

## ALCOHOL / DRUG USE (Past & Present) CONTINUED

Ever experienced the following? ☒Blackouts   ☐ Hallucinations   ☐ Seizures   ☒Shakes

☒Overdose   When and what: _Alcohol Poisoning (his heart stopped)_

☐ Other consequences: _____

Withdrawal symptoms / Behaviors from alcohol or drug use:

☐ Aggressive / Assaultive   ☐ Cramps   ☐ Agitation   ☐ Weakness   ☐ Sweats

☒Change in Blood Pressure   ☐ Tingling   ☒Tachycardia   ☒Diarrhea   ☒Fever / Chills

☐ Nausea / Vomiting   ☒Tremors   ☐ Irritability   ☐ Delirium   ☐ Anorexia

If experienced these, when: _while drinking "alcohol is_
_like speed to me"_

Does the patient have any medical problems that are related to alcohol or drug use?   ☐ Yes   ☒No

If yes, list: _____

What is the longest period of sobriety? _2-3 days_          When? _____

Does the patient have a sober support system? ☒Yes   ☐ No   If so, who: _____

AA / NA Involvement: ☒Yes   ☐ No   Sponsor: ☐ Yes   ☒No   Last contact: _____

## LEGAL HISTORY

Has patient ever been arrested? ☐ Yes   ☐ No.   Number of times arrested: _1_   Reason for arrest: _____
_on DWI      several on PI_

Arrests involving violence: ☐ Yes   ☒No   If Yes, Explain: _____

Current or past ⟨DWI,⟩DUI, or ⟨Public intoxication?⟩ ☒Yes   ☐ No   If yes, when and why: _____

Probation (Past or Present): ☒Yes   ☐ No   Why and When: _served_

Parole (Past or Present): ☐ Yes   ☒No   Why and When: _____

Involved in pending litigation / bankruptcy or other proceedings: ☐ Yes   ☒No   If Yes, Explain: _____

## SPIRITUAL ASSESSMENT

Religious Preference: _Christian_

Do you believe in a higher power? ☐ Yes   ☐ No   If yes, who or what do you define as your higher power: _God_

How do you connect with your higher power and/or feel connected to others? _____

## PSYCHOSOCIAL ASSESSMENT

FAMILY HISTORY:   ☐ No psych/chemical dependency history
☐ Mental disorder (Who & What) _____
☐ Suicide in family (Who & When) _____
☒Chemical Dependency (Who) _Runs in family both sides_

FAMILY & SOCIAL: _____

Number of Marriages: _0_   How Long? Current: _____   Previous: _____

Number of Children: _0_   Ages: _____

CHILDHOOD HISTORY: Describe any milestones: _____



THE CEDARS HOSPITAL

**INTAKE PSYCHOSOCIAL ASSESSMENT**

Revised: 12/04; 11/02

PATIENT IDENTIFICATION

PAGE 4 OF 6

FORM IR-03