MEMORIAL HOSPITAL AT GULFPORT
CERTIFICATION BY CUSTODIAN OF MEDICAL RECORDS

STATE OF MISSISSIPPI

COUNTY OF HARRISON

The undersigned being duly sworn does state on oath as follows:

1.      That she is the duly authorized custodian of the hospital medical records of
        MEMORIAL HOSPITAL AT GULFPORT and has the authority to certify records.

2.      That the within and annexed are true and correct copies of requested portions
        from the medical records of MCBAY, GARY, DOB: 08/05/1976 as described in
        the correspondence received for these records.

3.      The within and annexed records were prepared either by the personnel of the
        hospital or it's staff, physicians or by persons acting under the control either of
        them, in the ordinary course of hospital business at or near the time of the act,
        condition or event reported therein.

_____ RHIA
Signature of Custodian

SWORN AND SUBSCRIBED before me, this the ____ day of _____

_____
Notary Public

MISSISSIPPI STATEWIDE NOTARY
MY COMMISSION EXPIRES SEPT 8, 2010
BONDED THRU STEGALL NOTARY SERVICE

**EXHIBIT**

"A"

**PHNS Inc - Hunter Account**
*Health Information Specialists*

DUKES DUKES KEATING AND FANECA
2909 13TH ST
FL 6
GULFPORT, MS 39501-1925

---

**Wednesday, May 20, 2009**
**Reference Number: MS36-2275973W**

    **Facility:** MEMORIAL HOSPITAL AT GULFPORT
        4500 13TH ST
        GULFPORT, MS 39501-2515
        (228) 865-3044

**Regarding Patient:** GARY MCBAY

Dear Requestor:

Your request for medical records has been received by PHNS Inc - Hunter Account. PHNS Inc - Hunter Account has contracted with this medical facility to provide you with copies of the medical records you requested. Copies are made from the medical facility's original medical records. The confidentiality of these records is protected by federal and state law. These medical records are intended exclusively for the requested purpose and cannot be recopied or redistributed for other purposes without written informed consent of the patient.

Your request for medical records has been completed. There is a cost for providing these copies and an invoice is enclosed. Please see the attached invoice for payment details.

**PLEASE REMIT CHECK TO:**
**PHNS Inc - Hunter Account**
PO BOX 671281,
Dallas, TX 75267-1281
Phone: 800-778-4839
Federal Tax ID Number: 72-1292247

BILL TO:



DUKES DUKES KEATING AND FANECA
2909 13TH ST
FL 6
GULFPORT, MS 39501-1925

|  |  |  | Ship To: |
|---|---|---|---|
| **Date:** | **5/20/2009 9:39:33 AM** | | DUKES DUKES KEATING AND FANECA |
| **Invoice#:** | **MS36-2275973W** | | 2909 13TH ST |
| **Amount Due:** | **$0.00** | | FL 6 |
| | | | GULFPORT, MS 39501-1925 |

| Facility Name: | MEMORIAL HOSPITAL AT GULFPORT | | Insured Name: | |
|---|---|---|---|---|
| Requested By: | DUKES DUKES KEATING AND FANECA | | Reference#: | |
| | | | Fee Approval: | |
| **Patient Name:** | **MCBAY, GARY** | | Pages Sent: | 10 |
| **Date of Birth:** | 8/5/1976 | | | |
| SSN: | ***-**-4195 | | | |

| Charge | Quantity | Rate | SubTotal | BaseFee | SearchFee | Tax | Shipping | CertMail | Total |
|---|---|---|---|---|---|---|---|---|---|
| Electronic Copy Fee | 10 | 2.00 | $20.00 | $0.00 | $0.00 | $0.00 | $2.00 | $0.00 | $22.00 |
| Affidavit Fee | 1 | 25.00 | $25.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.00 |
| | | Totals: | $45.00 | $0.00 | $0.00 | $0.00 | $2.00 | $0.00 | **$47.00** |

The copy fee rate reflects the average rate for all items copied.

Pages 1 to 1 = $20.00/pg

Pages 2 to 20 = $0.00/pg

Pages 21 to 100 = $1.00/pg

Pages 101+ = $0.50/pg

MEMORIAL HOSPITAL AT GULFPORT has contracted with PHNS Inc - Hunter Account to provide medical information requested on GARY MCBAY. This request has been processed and the records are enclosed. We must receive your payment within 30 days of the invoice date. For questions regarding this invoice, call & phoneNumber & or write the address listed below. Checks returned for non-sufficient funds will be charged up to a $0.00 fee.

**Online Payment:** Conveniently and securely pay your invoice online at www.huntermedicalsystems.com

**Check:** Please return a copy of this invoice with your payment and write the invoice number on your check. Make check payable to: PHNS Inc - Hunter Account, PO BOX 671281, Dallas, TX 75267-1281. Federal Tax I.D No. 72-1292247

**Credit Card:** Pay online or mail this section to the address listed above or fax to 214-257-7173

| Invoice #: | | | | Print Name: |
|---|---|---|---|---|
| Patient Name: GARY MCBAY | | | | Address: |
| Amount to Charge: _____ | Total Due: | $0.00 | | Address: |
| ☐ Amex  ☐ Visa  ☐ Mastercard  ☐ Discover | | | | City, State, Zip: |

LAW OFFICES OF

# Dukes, Dukes, Keating & Faneca, P.A.

WILLIAM F. DUKES
(1927 - 2003)

Walter W. Dukes
Hugh D. Keating
Cy Faneca
Phillip W. Jarrell *
W. Edward Hatten, Jr.
Trace D. McRaney
Bobby R. Long

_____

Je'Nell B. Blum **
Haley N. Broom
Jon S. Tiner
Matthew M. Williams
Adam B. Harris

* ALSO LICENSED IN TX
** ALSO LICENSED IN CA

2909 13th Street, Sixth Floor
Gulfport, Mississippi 39501
Telephone:  228-868-1111
Facsimile: 228-863-2886
www.ddkf.com

Gulfport Mailing Address:
Post Office Drawer W
Gulfport, Mississippi  39502
Toll Free:  (888) 542-2034



PRIMERUS
DEFENSE
INSTITUTE

Hattiesburg Office:
100 Dudley W. Conner Street
Hattiesburg, Mississippi  39401
Telephone:  601-583-0999
Facsimile:  601-583-0997

April 15, 2009

Dr. Larry Killebrew
Memorial Hospital
4500 13th St.
Gulfport, MS 39502-1810

RECEIVED
APR 2 2 2009
BY: HMS1

Re:  *Gary Brice McBay v. Harrison County Mississippi by and through its Board of supervisors; Harrison County Sheriff George Payne, in his official and individual capacity; Direct of Operations Major Wayne Payne, in his official and individual capacity; Director of Operations Major Wayne Payne, in his official and individual capacity; Director of Corrections Major Dianne Gaston Riley, in her official and individual capacity; Director of Professional Standards Unit Captain Steve Campbell, in his official and individual capacity; Supervisor of Booking Captain Rick Gaston, in his official and individual capacity; Corrections Officer Sergeant Ryan Teel, in his official and individual capacity; Corrections Officers John Doe 1-4 in their official and individual capacity; American Correctional Association and its Executive Director James A. Gondles, Jr. And employee(s) John and/or Jane Doe 1-3; Health Assurance LLC and its employee(s) John and/or Jane Doe 1-2*
Civil Action No. 1:07cv1205LG-JMR
Our File No. 1811.0119

To Whom It May Concern:

Our firm represents a defendant in a civil right lawsuit which has been filed by Gary Brice McBay.

Please forward to us all records you have reflecting Gary Brice McBay's treatment by you including, but not limited to, the following:

Copied By PHNS
Date:
Rep:
Dr.:
DOS:

OS3110037S

| | | | | |
|---|---|---|---|---|
| 1. | Questionnaires | | 5. | Surgical/Pathology Reports |
| 2. | Histories | | 6. | All Hospital Records |
| 3. | X-ray Reports | | 7. | Medical Reports and Summaries |
| 4. | Office notes (handwritten and transcribed) | | 8. | Consultations |
| | | | 9. | Any and all bills incurred for his/her care and treatment at your facility. |

Enclosed is a medical authorization form which complies with HIPAA.

Also enclosed is a Records Affidavit for your convenience in certification of these records. The Affidavit will need to be signed in front of a notary public for proper certification. Once the records have been obtained and the Affidavit has been executed, please forward same to me at the above listed address.

If there is a charge for this service, please forward a statement with the records; however, if the charge exceeds $100, please contact me prior to processing this request.

Thank you in advance for your cooperation and attention in this matter.

Sincerely,

DUKES, DUKES, KEATING & FANECA, P.A.

Haley N. Broom

HNB/lc
Enclosures

cc:    Michael Bruffey, Esquire

RECEIVED
APR 2 2 2009
BY: HMSI

**AUTHORIZATIC      O USE OR DISCLOSE PROTECTED HE/      H INFORMATION**

I hereby authorize ___Memorial Hospital_____ to use or disclose the following protected health information (PHI) from the medical records of the patient listed below to:

0531100375

Requestor Name:       Dukes, Dukes, Keating and Faneca, P.A.
                      P.O. Drawer W
                      Gulfport, MS 39502

NcBay Gary
RECEIVED
APR 2 2 2009
BY: HMSI

Patient Name:                      Gary Brice McBay
Patient DOB:                        August 5, 1976
Patient Social Security Number:    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
Patient Address:                   c/o Michael Bruffey
                                   496 Vieux Marche, Suite 1
                                   Biloxi, MS 39533

*Disclose the following PHI for treatment dates (08/05/76) to Present.*

☒Abstract/Pertinent      ☒History and Physical      ☒Physician Orders      ☒Entire Chart
☒Operative Report        ☒Progress Notes            ☒X-ray                 ☒Billing
☒ER Report               ☒Lab                       ☒Consult
☒Other specified         ☒Discharge Summary         ☒Nurse Notes
☒Other Specified: All other such records in your possession, custody or control.

The above information is disclosed for the following purposes:
☐Medical Care      ☒Legal      ☐Insurance      ☐Personal      ☐Other

X    *initials*  I acknowledge, and hereby consent to such, that the release of information may contain alcohol and drug abuse, psychiatric, HIV or genetic information

This authorization shall expire upon this expiration date: final disposition of **Gary Brice McBay** or five (5) years from the date of this authorization, whichever comes first
**If I fail to specify an expiration date or event, this authorization will expire six (6) months from the date on which it was signed.

- I understand that I have the right to revoke this authorization at any time. I understand that I must do so in writing and present the written revocation to ___Memorial Hospital_____ . *I understand that the revocation will not apply to information that has already been released to this authorization.*

- The information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient and no longer protected.

I have read the above and authorize the disclosure of the protected health information as stated. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.

X  _Gary Brice McBay_____          _4-6-09_____
Signature of Patient/Legal Representative          Date

If signed by legal representative, relationship to patient: _____

_____          _____
Signature of Witness                              Date

If signed by legal representative, relationship to patient: _____

_____          _____
Signature of Witness                              Date

SWORN TO AND SUBSCRIBED BEFORE ME, this the _6_ day of _April_ , 2009.

_____
NOTARY PUBLIC

My Commission Expires:

_8-7-10_

**This authorization is designed to be in compliance with the Health Insurance Portability and Accountability Act ("HIPAA") 45 CFR Parts 160 and 164.**

JARROD P JOHNSON
Notary Public
STATE OF TEXAS
My Comm. Exp. 08-07-10

RECEIVED

APR 2 2 2009

BY:

F/C:S    P/T:ERT

MCBAY,GARY B                    05311-00375                    11/07/05  11/07/05    1

                                                          E R PHYSICIAN

        GARY BRICE MCBAY                      NO INSURANCE
        300 VZ COUNTY ROAD 3506
        EDGEWOOD TX        75117-3466                              04/29/09


          CODE    DESCRIPTION                          QTY
          ***250  PHARMACY
11/07     002834  TETANUS-DIPHTHERIA TOXOIDS-TD          1        49.90
                                    AREA TOTAL ***                49.90

          ***272  STERILE SUPPLY
11/07     013013  KIT URINE CULTURE CLEAN CATCH          1        48.50
                                    AREA TOTAL ***                48.50

          ***309  OTHER LABORATORY
11/07     075164  DRUG SCREEN-URINE RAPID (6 DRUGS)      1       500.60
                                    AREA TOTAL ***               500.60

          ***351  CT SCAN/HEAD
11/07     050017  CT BRAIN WITHOUT IV CONTRAST           1     1,693.50
11/07     050023  CT ORBIT/SELLA/P FOSSA/IAC W/O CX      1     1,693.50
                                    AREA TOTAL ***             3,387.00

          ***450  EMERGENCY ROOM
11/07     000100  INJECTION SQ/IM                        1        33.60
11/07     060209  LEVEL VB-W DIAG TEST/PROCEDURE         1     1,008.10
                                    AREA TOTAL ***             1,041.70

          ***981  PROFESSIONAL FEES E/R
11/07     069321  E&M LEVEL III                          1       230.40
                                    AREA TOTAL ***               230.40


          TOTAL CHARGES                                        5,258.10


          TOTAL PAYMENTS/ADJUSTMENTS                              0.00


                                                              5,258.10

                                                                  0.00

                                                              5,258.10

# PATIENT REGISTRATION

**Memorial**
*Quality in Healthcare Community*

E15    CP

| MR | PATIENT NAME | | | ROOM NO. | ACCOUNT NO. |
|---|---|---|---|---|---|
| 0000359017 | MCBAY,GARY BRICE | | FC    S  - | | 05311-00375 |

| PATIENT ADDRESS | CITY | STATE ZIP CODE |
|---|---|---|
| 1109 SILVER CREEK | DE SOTO | TX 75115 |

| SOCIAL SECURITY NO. | ADMISSION DATE | ADM HOUR | ADM TYPE | ADM SOURCE | ADDDD CODE | DISCHARGE DATE | MED SV CD | ADM. PHY. | ATT. PHY. | ATT. PHYS. NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| 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 | 11/07/05 | 1502 | 1 | 7 | | ERT   ER | | 999 | 999 | PHYSICIAN,E R |

| PATIENT PHONE | BIRTHDATE | AGE | SEX | ORIGIN | MARITAL | RELIGION | CHURCH PREFERENCE |
|---|---|---|---|---|---|---|---|
| (972)223-2083 | 08/05/76 | 29Y | M | 4 | S | UAF | UNAFFILIATED |

| SPOUSE'S NAME | NEAREST RELATIVE | RELATIONSHIP | PATIENT'S MAIDEN NAME |
|---|---|---|---|
| | | | |

| IN CASE OF EMERGENCY NOTIFY | RELATIONSHIP | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| MCBAY,GARY | FATHER | 1109 SILVER CREEK | DE SOTO | | |

| PRIMARY EMERGENCY PHONE | ALT. EMERGENCY PHONE | PATIENT EMPLOYER |
|---|---|---|
| (972)223-2083 | | SELF |

| ADDRESS OF EMPLOYER | CITY | STATE | ZIP CODE | PHONE |
|---|---|---|---|---|
| | | | | |

| OTHER EMPLOYER | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| MCBAY,GARY BRICE | | | | |

| GUARANTOR EMPLOYER | PHONE | GUARANTOR SOCIAL SECURITY NO. |
|---|---|---|
| SELF | | 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 |

| ADDRESS OF GUARANTOR EMPLOYER | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| | ACCIDENT | | DATE | TIME |
|---|---|---|---|---|
| ALTERCATION | ALTERCATION W/SHERIFF DE | 11/06/05 | 2000 |

| NAME OF INSURANCE NO. 1 | NAME OF INSURANCE NO. 2 | NAME OF INSURANCE NO. 3 |
|---|---|---|
| | | |
| GROUP NAME | GROUP NAME | GROUP NAME |
| | | |
| GROUP NO. / POLICYHOLDER | GROUP NO. / POLICYHOLDER | GROUP NO. / POLICYHOLDER |
| | | |
| STREET ADDRESS | STREET ADDRESS | STREET ADDRESS |
| | | |
| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
| | | | | | | | | |

Admitting Diagnosis (Record here or on Physical Examination)                                                                Days

PRINCIPAL Diagnosis                                                                                                          Codes

Complications and/or Additional Diagnosis (List All)

Principal Procedure

All Other Procedures

PRINTED BY: slh9337
DATE    5/19/2009

Consultation with

| DISCHARGE STATUS | ☐ ALIVE ☐ TRANSFER | ☐ AMA | ☐ DIED (AUTOPSY ☐ YES ☐ NO) |
|---|---|---|---|

MHG#1460 (Rev. 7/99)                                        An Affiliate of Voluntary Hospitals of America Inc. VH

T 10



1340A

## CONSENT FOR ADMISSION TO HOSPITAL AND MEDICAL TREATMENT

I, *Gary Brice McBay* , give permission for such examination and treatment as the doctor(s) considers necessary or advisable for the
care of  MCBAY,GARY BRICE  (Patient's Name).
**I understand:**
1. That examination and treatment may include x-rays, drawing blood, medical/surgical care, medicines, anesthesia, or other healing measures.
2. That unexpected situations may arise and I now give permission, in the event I am later unavailable or unable to consent, for the doctor(s) to do what is necessary to save the health, or life, of the above named patient.
3. If I/the above named patient deliver a baby during this hospital stay, I give permission for such examination and treatment of that baby as the doctor(s) considers necessary and advisable.
4. The practice of medicine and surgery is not an exact science. There are no guarantees of success.
5. I have read and do understand this consent. I have had a chance to ask questions. The MHG staff answered my questions.

## OTHER TERMS OF ADMISSION
**I understand:**
1. Memorial Hospital at Gulfport will send me/the above named patient a bill.
2. Each physician specialist who examines or treats me or the above named patient will send a separate bill.
3. Physicians working in the Hospital Emergency Department are not employees of the hospital. They work for Emergency Care Specialists of Mississippi, Ltd., a separate organization which is an independent contractor to Memorial Hospital at Gulfport.
4. I am responsible for calling my insurance company before admission. The insurance company may reduce my benefits if I do not follow procedures. The hospital will contact the insurance company only as a courtesy.
5. If I am in a Managed Care Plan requiring approval of a primary care physician (PCP), the hospital will contact the PCP for instructions. My insurer may not pay if I receive services without their approval. In this case, I may be personally responsible for all charges for these services.
6. Memorial Hospital will not deny or delay treatment for any emergency medical condition in order to contact or receive approval from my insurance company or any PCP.

## WAIVER OF CLAIM FOR LOSS OR DAMAGE TO PERSONAL PROPERTY
**I understand:**
1. I may place my personal property in the Hospital safe.
2. I am responsible for loss of or damage to personal property that I do not place in the Hospital safe.

*Wendy Hayes* Witness  Date NOV 0 6 2005  Time 3:04   *X Brice McBay* Signature of patient or person permitted to sign for patient  Date NOV 0 6 2005

## AUTHORIZATION TO RELEASE INFORMATION TO INSURER & ASSIGNMENT
I give permission to the Hospital to release medical information needed to process any claim related to this hospital stay against any of my insurance companies, including automobile or other liability insurance companies. MHG can release this medical information only to the insurance company or any third party payor involved in this claim. Third party payors may be Medicare, Medicaid, CHAMPUS, CHAMPVA, automobile or other liability insurance, or any worker compensation plan. This permission is good for the time provided in MHG's Health Information Management Department policy unless I deliver to the Hospital written notice of cancellation.
I assign all insurance benefits and all third party claims up to the amount owed to Memorial Hospital at Gulfport and to any physicians who provide services to me or the above named patient. I direct third party payors to pay all benefits directly to MHG and these physicians.
I have given current and correct information about my insurance or other benefit status to the Hospital.

*W Hayes* Witness  Date NOV 0 6 2005   *X Brice McBay* Signature of patient or person permitted to sign for patient  Date NOV 0 6 2005

## FINANCIAL AGREEMENT AND GUARANTY OF PAYMENT
In consideration of services rendered the above named patient, I unconditionally guarantee payment for services not covered by insurance or a benefit program while a patient in Memorial Hospital at Gulfport. I guarantee this payment within 60 days of final billing. If I do not pay in full, within that time, MHG may refer the bill to an attorney or collection agency. If the bill is referred to an attorney, either by MHG or by a collection agency, I will be responsible for attorneys' fees of up to 33 1/3% in addition to the amount of the bill and legal interest from date 60 days after final billing. I understand that the Hospital has the right to examine credit bureau files for financial information on unpaid debts. MHG may inform any credit bureau of any hospital bill not paid within 60 days of final billing.
I have read and understand this financial agreement. I have had a chance to ask questions. The MHG staff answered my questions.

*W Hayes* Witness  Date NOV 0 6 2005   *X Brice McBay* Signature of Patient or Guarantor of Account  Date NOV 0 6 2005
Relationship to Patient_____

## IF PATIENT IS UNABLE TO CONSENT TO THE FOREGOING OR IS A MINOR, COMPLETE THE FOLLOWING:
PATIENT IS A MINOR _____ YEARS OF AGE / IS UNABLE TO CONSENT BECAUSE _____

_____ Date ____ /___ /____     _____ Date ____ /___ /____
Witness     Person Permitted to Sign for Patient

Important Message from Medicare received: _____

| Signature of Patient | Clerk Initials | Date |
|---|---|---|



**Memorial**
*Building a Healthier Community*

**Consent for Admission to Hospital and Medical Treatment**
PRINTED BY: STU035
DATE

PATIENT INFORMATION
ERT    ERT    -
MCBAY,GARY BRICE
11/07/2005  MR 0000359017
PHYSICIAN,E R
DOB 08/05/1976  0531100375
M 29Y

| Name McBay G Brice | DOB 8-5-96 | Age 29 |
|---|---|---|

| Triage Level | ☐ Emergent Priority | ☑ Urgent Priority | ☐ Non-Urgent Priority | Emotional Status: ☐ Comatose ☐ Anxious ☐ Hostile | ☑ Calm ☑ Cooperative ☐ Combative ☐ Other: | ☐ Adv. Directive ☐ Living Will ☐ DNR ☑ NONE |

| ☐ 24-72 Hour Return ☐ Same Complaint ☑ New Complaint ☐ Call Back | On the Job Accident: ☐ Yes ☑ No Date: Time of Event: | Mode of Arrival: ☐ W/C ☐ Carried ☑ Ambulatory ☐ Ambulance | Arrived With: ☐ Friend ☐ Self ☐ Police ☐ Spouse ☐ Relative ☑ Parent | Treatment Prior to Arrival: ☑ None ☐ Yes ☐ Ice ☐ IV ☐ ACLS ☐ O/2 ☐ Spine Board/C-Collar ☐ Monitor ☐ Splint/dressing ☐ Other |

Visual Acuity RT 20/___
LT 20/___
Both 20/___

TET Tox _Unknn_   LMP ___   Wt. /   Ht. ___
☐ Actual ☑ Estimate

TB Screen  ☐ Persistent Cough > 2 weeks  ☐ Wt Loss  ☐ Hx of TB
☐ Bloody Sputum  ☐ Fever  ☐ Night Sweats  ☐ Anorexia
☑ No Symptoms  ☐ In Foreign Country Recently

PAIN ASSESSMENT
☐ None  ☐ Pt Uncooperative  ☐ Unable to assess due to acuity

Date 11/7/05  Time 1442  Chief Complaint: (In Patient's Words) _Dislocation_
_State arrests last p ___ but c pt all_
_____ 90 op bld pw _____ to jaw_
_abrasion. Blackness eyes _____ 1_

RN Signature _____

Pain now: (circle)
0  1  2  3  4  5  6  (7)  8  9  10
For PEDS, use faces scale; document as 0-10.

How long have you been in pain? _____
Location(s) (specify each site) _____ elbow
☐ Sharp ☐ Stabbing ☐ Shooting ☑ Burning ☐ Dull ☐ Other _____
What worsens pain? _touch_
What relieves pain? _____
Pain interferes with: ☑ Function ☐ Sleep ☐ Appetite ☐ Other
What level of pain would be able to tolerate (Ex. Would allow you to sleep, perform ADLs, move post-op, etc.) _____

| Private Physician(s): _None_ | ☐ STAT (ED) Placement to Room #___ Reported to ☐ To Lobby after triage - Awaiting Bed Availability ☑ To Room #_155_ at _1450_ Report to ☐ LWBS at _____ ☐ Refusal Obtained |

Social History:
Lives – ☐ Alone ☐ N.H. ☑ Family ☐ Homeless
Smoker ☐ Yes ☑ No ☐ PPD
ETOH Use ☐ Yes ☐ No
Abuse – ☐ Yes ☐ No

Past Surgical History:

ALLERGIES  ☐ NONE KNOWN

| Food, Medication, Latex, Tape, Iodine, Other | Rash | Hives | Dyspnea | N/V | Other |
|---|---|---|---|---|---|
| 1. _Mycins_ | | | | | |
| 2. _Rondent_ | | | | | |
| 3. | | | | | |

Past Medical History:

| Family | Patient | Family | Patient |
|---|---|---|---|
| ☐ | Arthritis | ☐ | Hypertension |
| ☐ | Asthma | ☐ | Lung Disease |
| ☐ | Cancer | ☐ | COPD |
| ☐ | CVA | ☐ | Bronchitis |
| ☐ | Diabetes | ☐ | Nerves |
| ☐ | GI | ☐ | Back Problems |
| ☐ | Ulcer | ☐ | Seizures |
| ☐ | Glaucoma | ☐ | PVD |
| ☐ | Heart Disease | ☐ | Mental |
| ☐ | Angina | ☐ | Renal |
| ☐ | CAD | ☐ | Thyroid |
| ☐ | Hepatitis | ☐ | None |
| ☐ | HIV | | |

Comments: _Hypoglycemia_

Initial Vitals
BP 124/92
☐ NIBP ☐ Audible ☐ Palpable
Pulse 120-116
☐ Regular ☐ Irregular ☐ Weak
Resp 18
☐ Regular ☐ Shallow ☐ Labored
Temperature 98
☐ Oral ☐ Rectal ☐ Axillary
SpO2 ☐ Room Air ☐ O/2 at ___ L/Min
99%

Mental Status
☑ Alert ☐ Uncooperative
☑ Oriented X 3 ☐ Combative
☐ Lethargic ☐ Drowsy
☐ Unresponsive ☐ Disoriented

Skin Color
☑ Normal Pink ☐ Ashen
/Dark Pigment
☐ Cyanotic ☐ Flushed
☐ Pale ☐ Jaundiced

Speech
☑ Coherent
☐ Incoherent
☐ Slurred
☐ Silent

Skin
☑ Dry
☐ Moist
☐ Diaphoretic

Skin Temp
☐ Warm
☐ Hot
☐ Cool

Respiratory
☑ Regular
☐ Labored
☐ Shallow
☐ Retractive
☐ Absent

Pupils
☐ N/A
☑ Perl
☐ Unequal
☐ RT
☐ LT

Special Needs or Physical Ability Needs
☐ N/A  ☐ Blind Y/N Interpreter
☐ Foreign language interpreter
☐ Teeth/Mouth problems
☐ Deaf Y/N Interpreter
☐ Financial ☐ Emotional ☐ Spiritual ☐ Cultural

Memorial
Building a Healthier Community
9753 (Page 1 of 2)  (4/05)

Emergency
Department
Nursing
Record
PRINTED BY: aeq2177
DATE     11/8/2005

PATIENT INFORMATION

_Dr brown_
_Crockets/503_
_olo_

MCBAY,GARY BRICE
PHYSICIAN,E R          11/07/2005
MR 0000359017    DOB 08/05/1976
                 ERT M    29Y
                 0531100375
                 070410375

Patient Name _____    Account # _____    Date: _____

| Time | T | P | R | BP | Time | T | P | R | BP |
|------|---|---|---|----|------|---|---|---|----|
|      |   |   |   |    |      |   |   |   |    |
|      |   |   |   |    |      |   |   |   |    |
|      |   |   |   |    |      |   |   |   |    |
|      |   |   |   |    |      |   |   |   |    |

**Ongoing Assessment Treatment**

1455 Pt.c̄ multiple bruises - blackened eyes Lt & Rt happened early am at Police Station - nose is not straight abrasion across Rt forehead abrasion to Rt forehea elbow minor knee contusions - to pillebras to see pt ☐er 1510 CT ☐ orbits/brain ordered - db as belo ☐per 1535 pt to CT ☐mb & H EDT, 1555 pt to Rm from CT ☐.H, EPT 1732 Labs obtained & delivered to lab. Welcome ☐ care ☐ family to rtn tomorrow for results - pt ☐ A & O x 3 & fully ambulatory. ☐ no acute Ds noted ☐

| Time | Medication | Dose | Mode | Site | Signature | Time | Medication | Dose | Mode | Site | Signature |
|------|-----------|------|------|------|-----------|------|-----------|------|------|------|-----------|
| 1500 | dT | 6.5cc | IM | [illeg] | [signature] |      |           |      |      |      |           |

MCBAY,GARY BRICE
PHYSICIAN,E R
MR 0000359017
11/07/2005
DOB 08/05/1976
ERT M    29Y
0531100375

| | Amt | Solution | Additive | Device | Site | Rate | Start | Stop | Total Amount | Signature | Intake | Output |
|---|-----|----------|----------|--------|------|------|-------|------|--------------|-----------|--------|--------|
| I N F U S I O N |  |  |  |  |  |  |  |  |  |  |  |  |

Disposition 1732 ☐AM/PM   ☐ Admitted Time   Room No.   Ready Room Time ☐ Discharged via   ☑ Ambulatory   ☐ Wheelchair
☐ In Arms   ☐ Ambulance

PRINTED BY: aeq2177
DATE    11/8/2005

**HISTORY AND PHYSICAL**     Time: _____

CC/PHI:        FMH:

SH:

```
*4000A*
```

29 yo involved in altercation ē
police last pm —
Pain chest, arms, face

PE
Lungs clear
cv RSR
NV intact
Bruising over arms bilaterally —
Bruising chest
large ® periorbital hematoma
Bruising under ® eye

| ROS: | • if neg. |
| --- | --- |
| Gen: | ○ _____ |
| Card: | ○ _____ |
| Resp: | ○ _____ |
| Renal: | ○ _____ |
| End: | ○ _____ |
| GI: | ○ _____ |
| Neuro: | ○ _____ |
| Eye: | ○ _____ |
| ENT: | ○ _____ |
| Skin: | ○ _____ |
| Psych: | ○ _____ |
| Ms/Stl: | ○ _____ |

**ORDERS**

| Test Order | Tm/Int. |
| --- | --- |
| CT maxus | |
| CT orbits | |
| UDS | |

**LAB:**

**X-RAY**

**EKG**

**U.S./C.T.**

| Nurse Order | Tm/Int. |
| --- | --- |
| 86.8 Ca 111.000 | |

**DIAGNOSIS:** Nasal fracture

☑ May Discharge ☐ Admit    Time 16:32    ☐ Transfer ☐ AMA    Condition on Discharge ☑ Stable

*I HAVE REVIEWED THE NURSES ASSESSMENT AND HISTORY* ☐ See Dictated Notes

Physician's Signature

**Patient Instructions**
☐ Sprain & Fracture, Severe Bruises ☐ Medications ☐ Head Inj (adult) ☐ Fever ☐ Back/Neck Inj ☐ Vomiting/Diarrhea ☐ Common Cold/Viruses ☐ Sedation Instruction ☐ Reducing High Fever ☐ Orthopedic Appliance ☐ Head Inj (Child) ☐ Eye Inj ☐ Wound Care/Animal Bite ☐ Burns ☐ Other_____

**DISCHARGE INSTRUCTIONS:**
Ice
meds as ordered
return as needed

**Follow Up**    ☐ Make an appointment to see your regular physician    ☐ Follow-up Visit in Emergency Department    ☐ Have Sutures Removed in _____ Days

PATIENT/S/O VERBALIZED UNDERSTANDING OF INSTRUCTIONS

Nurse Signature

*I HAVE READ AND UNDERSTAND AND INSTRUCTIONS AND HAVE RECEIVED A COPY OF THEM*

Patient Signature

PATIENT INFORMATION

**Memorial**
Establishing a Healthier Community

**Emergency Department Physician Record**

PRINTED BY _____2177
DATE 11/8/2005

MCBAY,GARY BRICE
PHYSICIAN,E R
MR 0000359017
11/07/2005
DOB 08/05/1976
ERT M 29Y
0531100375

9931 (Rev. 7/05)

RADIOLOGY REPORT

MCBAY,GARY BRICE                    DOB:08/05/76                    AGE: 29Y
MR# G0000359017        CI# 834729    ACCOUNT # 0531100375
SERV: ERT
PT TYPE: ERT      LOC: ERT              EXAM DATE: 11/07/05
ORD: KILLEBREW,LARRY MD                 ADM: PHYSICIAN,E R MD
ATT: PHYSICIAN,E R MD

     Chk-in #    Order    Exam
      834729     0001     50017    CT BRAIN WITHOUT IV CONTRAST
                                   Ord Diag: trauma

CT BRAIN WITHOUT IV CONTRAST:

CLINICAL HISTORY PROVIDED:  Altercation with head trauma.

     Multiple sequential sections were obtained through the brain and
there is a large left temporoparietal scalp hematoma.  There is no
associated fracture.
     Brain attenuation is normal with no focal ischemic infarct, mass,
or hemorrhage.  Ventricular system is normal and midline structures are
midline.  There is no acute extraaxial fluid accumulation.
     There is some mucosal thickening of the ethmoid air cells
bilaterally.

IMPRESSION:
     THERE IS A RELATIVELY LARGE LEFT TEMPOROPARIETAL SCALP HEMATOMA OR
CONTUSION.  THERE IS NO ASSOCIATED FRACTURE OR ACUTE INTRACRANIAL
ABNORMALITY.
     THERE IS SOME MUCOSAL THICKENING OF THE ETHMOID AIR CELLS
BILATERALLY.


/Read By/ MILTON R RAINES, M.D.
/Released By/ MILTON R RAINES, M.D.             PRELIMINARY UNLESS RELEASED
               11/07/05 2016
Typed By:      SKY
Typed On:      11/07/05 1647





DRS. BARRETT, JUSTICE, TIPTON, DIAZ, MASSONY, LOVELL, RAINES, COREY,
LAWSON, STOREY, RADIOLOGISTS
FINAL                                              Page :1

                    RADIOLOGY REPORT
               PRINTED BY: aeq2177
               DATE       11/8/2005

RADIOLOGY REPORT

MCBAY,GARY BRICE                    DOB:08/05/76          AGE: 29Y
MR# G0000359017        CI#  834748    ACCOUNT # 0531100375
SERV: ERT
PT TYPE: ERT     LOC: ERT           EXAM DATE: 11/07/05
ORD: KILLEBREW,LARRY MD             ADM: PHYSICIAN,E R MD
ATT: PHYSICIAN,E R MD


    Chk-in #   Order    Exam
     834748    0003     50023    CT ORBIT/SELLA/P FOSSA/IAC W/O CX
                                 Ord Diag: ALTERCATION


CT OF THE ORBITS:

CLINICAL HISTORY PROVIDED:  Altercation.  Orbital injury.

        Multiple sequential sections were obtained through the orbits and
there is comminuted nasal bone fracture with deviation of the nasal
septum to the right posteriorly with spurring which is chronic in
appearance.  I do not see a definite orbital fracture.  There is mucosal
thickening ethmoid air cells bilaterally and frontal sinuses more on
right than left.  There is also air within the soft tissues over the
anterior and lateral right maxillary sinus although no definite orbital
floor or sinus fractures are seen.  There is soft tissue swelling over
the orbits and face bilaterally.

IMPRESSION:
        COMMINUTED NASAL BONE FRACTURE.  MUCOSAL THICKENING BILATERAL
ETHMOID AND FRONTAL SINUSES WHICH IS MORE PROMINENT ON RIGHT THAN THE
LEFT, PROBABLY RELATED TO TRAUMA AND MILD BLEEDING.  SOFT TISSUE AIR
OVER THE RIGHT MAXILLARY SINUS BUT NO DEFINITE ORBITAL OR MAXILLARY
FRACTURE IS IDENTIFIED.  PROMINENT DEVIATION OF THE NASAL SEPTUM APPEARS
CHRONIC.




/Read By/ MILTON R RAINES, M.D.
/Released By/ MILTON R RAINES, M.D.          PRELIMINARY UNLESS RELEASED
             11/07/05 2016
Typed By:       SKY
Typed On:    11/07/05 1650






DRS. BARRETT, JUSTICE, TIPTON, DIAZ, MASSONY, LOVELL, RAINES, COREY,
LAWSON, STOREY, RADIOLOGISTS
FINAL                                           Page :1

                        RADIOLOGY REPORT

                   PRINTED BY: aeq2177
                   DATE    11/8/2005

* * * * * MHG **PATIENT INQUIRY** Demand Report * * * * *

| | | | |
|---|---|---|---|
| Patient: MCBAY, GARY BRICE | | Loc: ERT | Facility: ER Trauma |
| Age: 29Y Sex: M    DOB:08/05/76 | | Admit#: 0531100375 | ** PI DEMAND REPORT ** |
| MR#: 0000359017 | | Order Phys: KILLEBREW, LARRY MD | RunID: R1621536 |
| Admit Phys: PHYSICIAN, E R DE | | Consult Phys: | Reported: 11/08/05 10:19 |
| Attend Phys: KILLEBREW, LARRY MD | | | |

* * * * * * * * * TOXICOLOGY * * * * * * * * * *

| | 11/07/05 17:30 | REF RANGE | UNITS |
|---|---|---|---|
| Amphet | Negative | Negative | |
| Barb | Negative | Negative | |
| Benzo | Negative | Negative | |
| Cannab | Negative | Negative | |
| Cocaine | Negative | Negative | |
| Opiate | Negative | Negative | |
| Comment | See Note[1] | | |

Results are for medical / screening purposes only.  Confirmation testing by reference lab available if ordered within 48 hours

Patient: MCBAY, GARY BRICE

Page 1 of 1

Clinical / Pathology Laboratory * Memorial Hospital at Gulfport * 4500 13th Street * Gulfport, MS 39501
Phone: 228-575-2300 * Fax: 228-575-2387

MHG Dept. of Pathology:    P. Saccoccia, Jr., MD    C. Slonaker, MD    M.J. Gandour, MD    J. Causey, MD

* * * * * * * * TOXICOLOGY * * * * * * * * *





| Name | McBay G Brice | | | | DOB 8-5-96 | | Age 29 |
|---|---|---|---|---|---|---|---|

| Triage Level | ☐ Emergent Priority | ☑ Urgent Priority | ☐ Non-Urgent Priority | **Emotional Status:** ☐ Comatose ☐ Anxious ☐ Hostile | ☑ Calm ☐ Combative ☐ Other: | ☑ Cooperative | ☐ Adv. Directive ☐ Living Will ☐ DNR ☑ NONE |

| ☐ 24-72 Hour Return ☐ Same Complaint ☑ New Complaint ☐ Call Back | **On the Job Accident:** ☐ Yes ☑ No Date: Time of Event: | **Mode of Arrival:** ☐ W/C ☑ Ambulatory ☐ Carried ☐ Ambulance | **Arrived With:** ☐ Friend ☐ Self ☐ Police ☐ Spouse ☐ Relative ☑ Parent | **Treatment Prior to Arrival:** ☑ None ☐ Yes: ☐ ice ☐ IV ☐ ACLS ☐ O/2 ☐ Spine Board/C-Collar ☐ Monitor ☐ Splint/dressing ☐ Other |

| **Visual Acuity** RT 20/ ___ LT 20/ ___ Both 20/ ___ | **TET Tox** under | **LMP** 0 | **Wt.** ___ | **Ht.** ___ ☐ Actual ☐ Estimate | **TB Screen** ☐ Persistent Cough > 2 weeks ☐ Wt Loss ☐ Hx of TB ☐ Bloody Sputum ☐ Fever ☐ Night Sweats ☐ Anorexia ☑ No Symptoms ☐ In Foreign Country Recently |

| Date 11/7/05 | Time 1442 | Chief Complaint: (in Patient's Words) State arrests last p → hit c pot all
Oct hly. To go w/ pain. Reforts to jaw
abrasion. Blood in eye ___
RN Signature ___ |

**PAIN ASSESSMENT**
☐ None ☐ Pt Uncooperative ☐ Unable to assess due to acuity

Pain now: (circle)
0  1  2  3  4  5  6  (7)  8  9  10

For PEDS, use faces scale; document as 0-10.

☐ None ☐ Annoying ☐ Uncomfortable ☐ Dreadful ☐ Horrible ☐ Agonizing
No Pain / Little Hurt / Little More / Even More / Whole Lot / Worst Possible

How long have you been in pain? early am
Location(s) (specify each site) face elbow
☐ Sharp ☐ Stabbing ☐ Shooting ☑ Burning ☐ Dull ☐ Other hurt
What worsens pain? touch
What relieves pain? ___
Pain interferes with: ☑ Function ☐ Sleep ☐ Appetite ☐ Other
What level of pain would be able to tolerate (Ex. Would allow you to sleep, perform ADLs, move post-op, etc.) ___

| **Private Physician(s):** ___ none | ☐ STAT (ED) Placement to Room # ___ Reported to ___ ☐ To Lobby after triage - Awaiting Bed Availability ☑ To Room # 335 at 1450 Report to ___ ☐ LWBS at ___ ☐ Refusal Obtained |

| **Social History:** Lives - ☐ Alone ☐ N.H. ☑ Family ☐ Homeless Smoker - ☐ Yes ☑ No ☐ PPD ETOH Use - ☐ Yes ☐ No Abuse - ☐ Yes ☐ No | **Past Surgical History:** ___ |

**Mental Status**
☑ Alert ☐ Uncooperative
☑ Oriented X 3 ☐ Combative
☐ Lethargic ☐ Drowsy
☐ Unresponsive ☐ Disoriented

**Speech**
☑ Coherent
☐ Incoherent
☐ Slurred
☐ Silent

**Respiratory**
☑ Regular
☐ Labored
☐ Shallow
☐ Retractive
☐ Absent

**Skin Color**
☑ Normal Pink / Dark Pigment
☐ Cyanotic
☐ Pale
☐ Ashen
☐ Flushed
☐ Jaundiced

**Skin**
☑ Dry
☐ Moist
☐ Diaphoretic

**Skin Temp**
☐ Warm
☐ Hot
☐ Cool

**Pupils**
☐ N/A
☑ Perl
☐ Unequal
☐ RT
☐ LT

**Past Medical History:**

| Family | Patient | Family | Patient |
|---|---|---|---|
| ☐ | ☐ Arthritis | ☐ | ☐ Hypertension |
| ☐ | ☐ Asthma | ☐ | ☐ Lung Disease |
| ☐ | ☐ Cancer | ☐ | ☐ COPD |
| ☐ | ☐ CVA | ☐ | ☐ Bronchitis |
| ☐ | ☐ Diabetes | ☐ | ☐ Nerves |
| ☐ | ☐ GI | ☐ | ☐ Back Problems |
| ☐ | ☐ Ulcer | ☐ | ☐ Seizures |
| ☐ | ☐ Glaucoma | ☐ | ☐ PVD |
| ☐ | ☐ Heart Disease | ☐ | ☐ Mental |
| ☐ | ☐ Angina | ☐ | ☐ Renal |
| ☐ | ☐ CAD | ☐ | ☐ Thyroid |
| ☐ | ☐ Hepatitis | ☐ | ☐ None |
| ☐ | ☐ HIV | | |

Comments: hyperglycemia
Rx none omeds

**Initial Vitals**
BP 184/93
☐ NIBP ☐ Audible ☐ Palpable
Pulse 174-116
☐ Regular ☐ Irregular ☐ Weak 18
Resp 18
☐ Regular ☐ Shallow ☐ Labored
Temperature 98
☐ Oral ☐ Rectal ☐ Axillary
SpO2 ☐ Room Air ☐ O/2 at ___ L/Min 99%

**ALLERGIES** ☐ NONE KNOWN

| Food, Medication, Latex, Tape, Iodine, Other | Rash | Hives | Dyspnea | N/V | Other |
|---|---|---|---|---|---|
| 1. Micardis | | | | | |
| 2. lovastatin | | | | | |
| 3. | | | | | |

**Special Needs or Physical Ability Needs**
☐ N/A ☐ Blind Y/N Interpreter ☐ Teeth/Mouth problems ☐ Deaf Y/N Interpreter
☐ Foreign language Interpreter ☐ Financial ☐ Emotional ☐ Spiritual ☐ Cultural

**Emergency Department Nursing Record**

PRINTED BY: SM9337
DATE 5/19/2009

9753 (Page 1 of 2) (4/05)

**Memorial**
Building a Healthier Community

**PATIENT INFORMATION**
Cr brown
crockets/503
db

**MCBAY,GARY BRICE**
PHYSICIAN,E R    11/07/2005
MR 0000359017    DOB 08/05/1976
ERT M    29Y
0531100375

Patient Name _____    Account # _____    Date: _____

| Time | T | P | R | BP | Time | T | P | R | BP |
|------|---|---|---|----|------|---|---|---|----|
|      |   |   |   |    |      |   |   |   |    |
|      |   |   |   |    |      |   |   |   |    |
|      |   |   |   |    |      |   |   |   |    |

**Ongoing Assessment Treatment**

1455 Pt c̄ multiple bruises - blackened eyes Lt & Rt
happened early AM at Police Station - nose
is not straight, abrasion across Rt forehead,
abrasion to Rt forearm, elbow, minor knee
contusions - Dr. Killebrew to see pt Again
1510 CT of Dr. Killebrew brain ordered - do as below
1535 pt to CT Amb & H EDT, 1555 pt to Rm from CT H.H. EDT, 1732 Labs obtained
& delivered to lab. Dr. Luvene in case. Family to
stion tomorrow for results - pt AAO x 3 & fully
ambulatory c̄ no acute c/o raised

(Several blank ruled lines)

| Time | Medication | Dose | Mode | Site | Signature | Time | Medication | Dose | Mode | Site | Signature |
|------|-----------|------|------|------|-----------|------|-----------|------|------|------|-----------|
| 1500 | dT | 0.5cc | IM | (initials) | (signature) |  |  |  |  |  |  |

MCBAY,GARY BRICE
PHYSICIAN,E R
MR 0000359017                    11/07/2005
                                 DOB 08/05/1976
                                 ERT  M    29Y
                                 0531100375

| | Amt | Solution | Additive | Device | Site | Rate | Start | Stop | Total Amount | Signature | Intake | Output |
|---|-----|----------|----------|--------|------|------|-------|------|--------------|-----------|--------|--------|
| **I N F U S I O N** |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |

| Disposition | ☐ Admitted Time | Room No. | Ready Room Time | ☐ Discharged via | ☑ Ambulatory | ☐ Wheelchair |
|-------------|-----------------|----------|-----------------|------------------|--------------|--------------|
| 1755 AM/PM |  |  |  |  | ☐ In Arms | ☐ Ambulance |

PRINTED BY: slh9337
DATE     5/19/2009

| HISTORY AND PHYSICAL | Time: _____ | |
|---|---|---|
| CC/PHI: | FMH: | |
| | SH: | |

29 y.o. involved in altercation c̄
police last pm —
pain chest, arms, face

PE
lungs - clear
CV RSR
NV intact
Bruising over arms bilaterally —
Bruising chest
large (L) periorbital hematoma
Bruising under (R) eye

**ROS:** ● if neg.
Gen: ○ ___
Card: ○ ___
Resp: ○ ___
Renal: ○ ___
End: ○ ___
GI: ○ ___
Neuro: ○ ___
Eye: ○ ___
ENT: ○ ___
Skin: ○ ___
Psych: ○ ___
Ms/Stl: ○ ___

**ORDERS**

| Test Order | Tm/Int. |
|---|---|
| CT brain s̄ | |
| CT orbits s̄ | |
| UDS | |

| LAB: | X-RAY | | Nurse Order | Tm/Int. |
|---|---|---|---|---|
| | EKG | | 06.5 cc Ketorolac | |
| | U.S./C.T. | | | |

**DIAGNOSIS:** Nasal fracture

| ☑ May Discharge | ☐ Transfer | Condition on Discharge | I HAVE REVIEWED THE NURSES ASSESSMENT AND HISTORY | ☐ See Dictated Notes |
|---|---|---|---|---|
| ☐ Admit | | | | |
| Time 1832 | ☐ AMA | ☑ Stable | Physician's Signature | |

**Patient Instructions**
☐ Sprain & Fracture, Severe Bruises  ☐ Medications  ☐ Head Inj (adult)  ☐ Fever  ☐ Back/Neck Inj  ☐ Vomiting/Diarrhea  ☐ Common Cold/Viruses
☐ Sedation Instruction  ☐ Reducing High Fever  ☐ Orthopedic Appliance  ☐ Head Inj (Child)  ☐ Eye Inj  ☐ Wound Care/Animal Bite  ☐ Burns
☐ Other _____

**DISCHARGE INSTRUCTIONS:**
Ice
meds as ordered
return as needed

| Follow Up | ☐ Make an appointment to see your regular physician | ☐ Follow-up Visit in Emergency Department | ☐ Have Sutures Removed in _____ Days |
|---|---|---|---|

PATIENT/S/O VERBALIZED UNDERSTANDING OF INSTRUCTIONS

Nurse Signature _____

I HAVE READ AND UNDERSTAND AND INSTRUCTIONS AND HAVE RECEIVED A COPY OF THEM

Patient Signature _____

PATIENT INFORMATION

**Memorial**
Building a Healthier Community

**Emergency Department Physician Record**

PRINTED BY: c1h9337
DATE 5/19/2009

**MCBAY, GARY BRICE**
PHYSICIAN, E R
MR 0000359017      11/07/2005
DOB 08/05/1976
ERT M    29Y
0531100375

9631 (Rev. 7/05)

* * * * *   MHG Cumulative Summary Report   * * * * *

---

Patient: MCBAY, GARY BRICE

Admit Loc: ERT                     Facility: ER Trauma

Age: 29Y  Sex: M                                **  MEDICALR DISCHARGE REPORT  **

DOB: 08/05/76                                   *** PERMANENT REPORT - DO NOT DISCARD ***

MR#: 0000359017                   Admit#: 0531100375              Dsch Date: 11/07/05

Admit Phys: PHYSICIAN, E R DE     Order Phys: KILLEBREW, LARRY MD  RunID: R1624489

Attend Phys: KILLEBREW, LARRY MD  Consult Phys:                   Reported: 11/10/05 03:11

---

* * * * * * * * *   TOXICOLOGY   * * * * * * * * *

| | 11/07/05 17:30 | | REF RANGE | UNITS |
|---|---|---|---|---|
| Amphet | Negative | | Negative | |
| Barb | Negative | | Negative | |
| Benzo | Negative | | Negative | |
| Cannab | Negative | | Negative | |
| Cocaine | Negative | | Negative | |
| Opiate | Negative | | Negative | |
| Comment | See Note[1] | | | |

---

[1]Results are for medical / screening purposes only.  Confirmation testing by reference lab available if ordered within 48 hours..

---

Patient: MCBAY, GARY BRICE                                                    Page 1 of 1

Clinical / Pathology Laboratory * Memorial Hospital at Gulfport * 4500 13th Street * Gulfport, MS 39501
Phone: 228-575-2300 * Fax: 228-575-2387

MHG Dept. of Pathology:     P. Saccoccia, Jr., MD     C. Slonaker, MD     M.J. Gandour, MD     J. Causey, MD

PRINTED BY: slh9337

* * DATE * * * * 5 * TOXICOLOGY * * * * * * * * *

RADIOLOGY REPORT

```
MCBAY,GARY BRICE                DOB:08/05/76              AGE: 29Y
MR# G0000359017        CI#  834729    ACCOUNT # 0531100375
SERV: ERT
PT TYPE: ERT      LOC: ERT              EXAM DATE: 11/07/05
ORD: KILLEBREW,LARRY MD                 ADM: PHYSICIAN,E R MD
ATT: PHYSICIAN,E R MD
```

```
   Chk-in #   Order    Exam
    834729    0001     50017   CT BRAIN WITHOUT IV CONTRAST
                               Ord Diag: trauma
```

CT BRAIN WITHOUT IV CONTRAST:

CLINICAL HISTORY PROVIDED:  Altercation with head trauma.

    Multiple sequential sections were obtained through the brain and there is a large left temporoparietal scalp hematoma.  There is no associated fracture.
    Brain attenuation is normal with no focal ischemic infarct, mass, or hemorrhage.  Ventricular system is normal and midline structures are midline.  There is no acute extraaxial fluid accumulation.
    There is some mucosal thickening of the ethmoid air cells bilaterally.

IMPRESSION:
    THERE IS A RELATIVELY LARGE LEFT TEMPOROPARIETAL SCALP HEMATOMA OR CONTUSION.  THERE IS NO ASSOCIATED FRACTURE OR ACUTE INTRACRANIAL ABNORMALITY.
    THERE IS SOME MUCOSAL THICKENING OF THE ETHMOID AIR CELLS BILATERALLY.


```
/Read By/ MILTON R RAINES, M.D.
/Released By/ MILTON R RAINES, M.D.           PRELIMINARY UNLESS RELEASED
              11/07/05 2016
Typed By:    SKY
Typed On:    11/07/05 1647
```

DRS. BARRETT, JUSTICE, TIPTON, DIAZ, MASSONY, LOVELL, RAINES, COREY, LAWSON, STOREY, RADIOLOGISTS
FINAL                                              Page :1

RADIOLOGY REPORT

PRINTED BY: slh9337
DATE     5/19/2009

```
MCBAY,GARY BRICE                  DOB:08/05/76              AGE: 29Y
MR# G0000359017        CI#  834748    ACCOUNT # 0531100375
SERV: ERT
PT TYPE: ERT      LOC: ERT            EXAM DATE: 11/07/05
ORD: KILLEBREW,LARRY MD               ADM: PHYSICIAN,E R MD
ATT: PHYSICIAN,E R MD


   Chk-in #    Order     Exam
    834748     0003      50023    CT ORBIT/SELLA/P FOSSA/IAC W/O CX
                                  Ord Diag: ALTERCATION
```

CT OF THE ORBITS:

CLINICAL HISTORY PROVIDED:  Altercation.  Orbital injury.

    Multiple sequential sections were obtained through the orbits and
there is comminuted nasal bone fracture with deviation of the nasal
septum to the right posteriorly with spurring which is chronic in
appearance.  I do not see a definite orbital fracture.  There is mucosal
thickening ethmoid air cells bilaterally and frontal sinuses more on
right than left.  There is also air within the soft tissues over the
anterior and lateral right maxillary sinus although no definite orbital
floor or sinus fractures are seen.  There is soft tissue swelling over
the orbits and face bilaterally.

IMPRESSION:
    COMMINUTED NASAL BONE FRACTURE.  MUCOSAL THICKENING BILATERAL
ETHMOID AND FRONTAL SINUSES WHICH IS MORE PROMINENT ON RIGHT THAN THE
LEFT, PROBABLY RELATED TO TRAUMA AND MILD BLEEDING.  SOFT TISSUE AIR
OVER THE RIGHT MAXILLARY SINUS BUT NO DEFINITE ORBITAL OR MAXILLARY
FRACTURE IS IDENTIFIED.  PROMINENT DEVIATION OF THE NASAL SEPTUM APPEARS
CHRONIC.


/Read By/ MILTON R RAINES, M.D.
/Released By/ MILTON R RAINES, M.D.              PRELIMINARY UNLESS RELEASED
              11/07/05 2016
Typed By:     SKY
Typed On:     11/07/05 1650


DRS. BARRETT, JUSTICE, TIPTON, DIAZ, MASSONY, LOVELL, RAINES, COREY,
LAWSON, STOREY, RADIOLOGISTS
FINAL                                           Page :1

                        RADIOLOGY REPORT

                 PRINTED BY: slh9337
                 DATE    5/19/2009
```



# INTERDISCIPLINARY PATIENT/FAMILY
# EDUCATION FLOW SHEET

| INITIAL | PROVIDER SIGNATURE | INITIALS | PROVIDER SIGNATURE |
|---------|--------------------|----------|--------------------|
|         |                    |          |                    |
|         |                    |          |                    |
|         |                    |          |                    |
|         |                    |          |                    |

## DOCUMENTATION LEGEND:

### Topic

| | | | | |
|---|---|---|---|---|
| M - Medications | P - Procedure | D - Diet | A - ADL | FDI - Food/Drug Interaction |
| E - Equipment | C - Consents | DX - Diagnosis | T - Treatment | Other _____ |

### Readiness to Learn

| | | | |
|---|---|---|---|
| Ability to Understand Verbal Instruction: | VP - Poor | VA - Average | VG - Good |
| Cognitively Able to Understand: | CP - Poor | CA - Average | CG - Good |
| Ability to Understand Written Instruction: | WP - Poor | WA - Average | WG - Good |

### Barriers to Learning

| | | | | |
|---|---|---|---|---|
| P - Physical | V - Visual | C - Cognitive | M - Motivation | R - Religious |
| R - Reading | L - Language | CL - Cultural | AR - Age Related | E - Emotional |
| A - Auditory | N - None | | | |

### Who

| | | |
|---|---|---|
| PT - Patient | F - Family | O - Other |

### Learning Method Used

| | | | |
|---|---|---|---|
| D - Demonstration | TV - Video/TV/Audio | W - Written | GR - Group Work |
| P - Pamphlet | V - Verbal Instruction | MED - Medication Instruction Sheet | O - Other |

### Comprehension

| | |
|---|---|
| 1. Verbalized or demonstrated understanding. | 4. Medical condition limits understanding. |
| 2. Not receptive/cooperative. | 5. _____ |
| 3. Needs further instruction. | 6. _____ |

**PREFERRED LEARNING METHOD:** _____

| DATE/TIME | PROVIDER INITIAL | TOPIC | READINESS TO LEARN | BARRIERS TO LEARNING | WHO | LEARNING METHOD USED | COMPREHENSION | INFORMATION TAUGHT |
|-----------|------------------|-------|--------------------|-----------------------|-----|----------------------|---------------|--------------------|
| 11/7/05 1740 | | M₄ | VG | W | to | W | 1 | Meds, sedation as family precautions Hx as directed weo AA GV |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |



Subsidiary of Healthier Community

### Interdisciplinary
### Patient/Family
### Education Flow Sheet

PRINTED BY 437

**PATIENT INFORMATION**

```
        ERT          ERT        -
MCBAY, GARY BRICE
11/07/2005    MR 0000359017
PHYSICIAN, E R
DOB 08/05/1976   0531100375
M   29Y
```

2851 (Rev 12/02) Page 1 of 2 The Relizon Company